# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN (HELENA) DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 14 2017

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

ELIJAH MONDY, JR., INDIVIDUALLY,
AND ON BEHALF OF ALL SIMILARLY
SITUATED CITIZENS OF THE CITY OF
HELENA-WEST HELENA, ARKANSAS,
    Plaintiffs

vs.

CASE NO.:2:2017-CV-_104-BRW_

ADRIAN MESSINA, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS ALDERMAN
FOR THE CITY OF HELENA-WEST HELENA, ARKANSAS;
JESSE VESCON HOLLOWELL, JR.,
MAYOR OF THE CITY OF HELENA-
WEST HELENA, ARKANSAS; CITY OF
HELENA-WEST HELENA, ARKANSAS;
WANDA CROCKETT; EVER J. FORD;
JOE ST. COLUMBIA, SR.;
CHRISTOPHER FRANKLIN, JOHN HUFF, JR.;
LARRY J. BROWN; MONICA DAVIS;
DON ETHERLY; VIVIAN HOLDER IN THEIR OFFICIAL
CAPACITIES AS ALDERMEN FOR THE CITY OF HELENA
WEST HELENA, ARKANSAS.
    Defendants.

This case assigned to District Judge _Wilson_
and to Magistrate Judge _Ray_

## PETITION FOR TEMPORARY RESTRAINING ORDER, DECLARATORY JUDGMENT, WRIT OF MANDAMUS, TO DECLARE PROPOSED MAP VALID AND OTHER RELIEF

COME NOW, Elijah Mondy, Plaintiffs, by and through their counsel, James F. Valley and

for their cause of action states as follows:

The Parties

1.   That Elijah Mondy, Jr. and the other members of the purported class are each and all

    residents and citizens of the City of Helena-West Helena, Arkansas.

**ORIGINAL**

2.  That Jesse Vescon Hollowell, Jr. is the Mayor of the City of Helena-West Helena, Arkansas and is a citizen and resident of the City.

3.  That the City of Helena-West Helena is a city of the first class under Arkansas law.

4.  That the City of Helena-West Helena has an approximate population of 11,109 people as of the most recent estimate issued by the Census Bureau of the United States in July 2015.

5.  That the City of Helena-West Helena is a mayor-council form of municipal government.

6.  That the City of Helena-West Helena has ten aldermen elected in five wards and four citywide elected officials including the mayor, city clerk, city treasurer and city attorney.

7.  That the aldermen of the City are as follows:

    Ward One:    Wanda Crockett and Ever Jean Ford

    Ward Two:    Joe St. Columbia and Adrian Messina

    Ward Three:  John H. Huff, Jr. and Christopher Franklin

    Ward Four:   Monica Williams Davis and Larry Jerome Brown

    Ward Five:   Vivian Holder and Don Etherly

8.  That the citywide elected officials are as follows:

    Mayor: J.V. Hollowell, Jr.

    City Clerk: Sandra P. Ramsey

    City Treasurer: Derrick Turner



City Attorney: Andre K. Valley

## 1.  VENUE

9.          Venue is proper in this court based upon 28 U. S.C. §1391. Venue in this action is
also appropriate in Phillips County pursuant to Arkansas Code Annotated § 16-60-101.
This action involves Jesse Vescon Hollowell who is a resident and citizen of the City of
Helena-West Helena which is in Phillips County, Arkansas.   This also involves the City
of Helena-West Helena which is a state authorized political subdivision of the State of
Arkansas located in Phillips County.

10.          ACA § 16-60-101(a)(2)(A) states a civil action . . . shall be brought in any of the
following counties: (a) The County in which an individual defendant resided at the time
of the event or omission giving rise to the cause of action.

             (a)(2)(B) states that if the defendant is an entity other than an individual, the civil
action shall be brought in a county where the entity had its principal office in this state at
the time of the event or omission giving rise to the cause of action.   Therefore, venue is
appropriate in Phillips County, Arkansas.

## 2.  JURISDICTION

11.          This case is brought pursuant to the First Amendment to the U. S. Constitution as
well as the Fourth, Fifth, and Fourteenth Amendments to the U. S. Constitution.
Jurisdiction is also invoked pursuant to 42 U.S.C. § 1983, the Civil Rights Act of 1964
and the Voting Rights Act of 1965. The plaintiffs are seeking to have the court to declare
that their proposed map complies with the principle  "one-person, one-vote"  and other
redistricting factors and should be immediately used by the City of Helena-West Helena,

# ORIGINAL

Arkansas. This action is also brought pursuant to 28 U. S.C. § 2201. Jurisdiction is also invoked pursuant to 28 U. S. C. §1331 and 28 U.S.C. § 1343(a)(3).

12. The Plaintiffs concurrently bring this action pursuant to Arkansas Code Annotated § 16-111-101 which grants to circuit courts in this state the power to declare the rights, status, and legal relations whether further relief is or could be claimed.   Under this section the declaration may be either affirmative or negative in form and effect; and such declarations shall have the force and effect of a final judgment or decree.

13.      Arkansas Code Annotated § 16-111-111 declares that when declaratory relief is sought, all persons shall be made parties who have or claim any interest which would be affected by the declaration, and no declaration shall prejudice the rights of persons not parties to the proceeding.    In any proceeding, which involves the validity of municipal ordinance or franchise, such municipality shall be made a party, and shall be entitled to be heard, and if the statute, ordinance or franchise is alleged to be unconstitutional, the attorney general of the state shall also be served with a copy of the proceeding and entitled to be heard.

14.      This action is also brought pursuant to Arkansas Code Annotated § 16-113-301(a) which states in relevant portion the injunction may be granted at the commencement of an action or at any time before judgment by the circuit court when it appears by the complaint that the plaintiff is entitled thereto.    During litigation, it may be granted by the court when it satisfactorily appears by affidavits that sufficient grounds exist therefor.

15.      This action is also brought pursuant to Arkansas Code Annotated § 16-115-101(1), "writ of mandamus"  means an order of the circuit court granted upon the petition of an

**ORIGINAL**

aggrieved party or the state when the public interest is affected, commanding an executive, judicial, or ministerial officer to perform an act or omit to do an act, the performance or omission of which is enjoined by law.

16.     Arkansas Code Annotated § 16-115-102 states the circuit court shall have the power to hear and determine petitions for writ of mandamus . . . and to issue such writ of mandamus . . . to all inferior courts, tribunals, and officers of its respective jurisdiction.

17.     Arkansas Code Annotated § 16-115-103 states that petitions for writ of mandamus . . . shall have precedence over all other actions and proceedings and it shall be heard and determined summarily.

18.     Arkansas Code Annotated § 16-115-104(a) states it shall be within the discretion of the judge having jurisdiction, within forty-five (45) days from the date of application, to determine from the petition, and the records and files of the case, whether an evidentiary hearing is warranted. See also Federal Rules of Civil Procedure Rule 65.

19.     (b)   In the event a hearing is deemed necessary; the judge shall fix and announce a day of court to be held within forty-five (45) days from the date of application.

    20. This action is also brought pursuant to the Arkansas Civil Rights Act which is codified at Arkansas Code Annotated § 16-123-105 and states in relevant portion, (a) every person who, under color of any . . . ordinance . . ., of this state or any of its political subdivisions subjects, or causes to be subjected, any person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Arkansas Constitution shall be liable to the party injured in an action in circuit court for legal and equitable relief and for other proper redress.

**ORIGINAL**

21. This suit is also brought pursuant to Arkansas Code Annotated § 14-55-102 which states in relevant portion, municipal corporations shall have the power to make and publish bylaws and ordinances, not inconsistent with the laws of this state, which, as to them, shall seem necessary to provide for the safety, preserve the health, promote the prosperity, and improve the morals, order, comfort, and convenience of such corporations and the inhabitants thereof.

22. Arkansas Code Annotated § 14-55-201 states that no bylaw or ordinance shall contain more than one subject, which shall be clearly expressed in its title.

23. Arkansas Code Annotated § 14-55-202 requires, "all bylaws and ordinances of a general or permanent nature shall be fully and distinctly read on three (3) different days unless two-thirds (2/3) of the members composing the municipal council shall dispense with the rule."

24. Arkansas Code Annotated § 14-55-203 requires (a) that the yeas and nays shall be called and recorded on the vote to pass the ordinance.

(b) The majority of the whole number of members must vote favorably in order for the ordinance to pass.

(c)   The ordinance becomes effective on the 91st day after passage by the governing body.

25. Arkansas Code Annotated § 14-55-205 requires that all ordinances after their passage be recorded in a book kept for that purpose and authenticated by the signature of the presiding officer of the governing body and the clerk of the municipality.

**ORIGINAL**

26. Arkansas Code Annotated § 14-55-206 requires that all ordinances be published in a newspaper published in the municipality.

27. Arkansas Code Annotated § 14-55-302 requires that any ordinance enacted by the governing body of any city or town in the state may be referred to a vote of the electors of the city or town for approval or rejection in the manner and procedure prescribed in Arkansas Constitution, Amendment 7, and laws enacted pursuant thereto for exercising the local initiative and referendum, and the manner and procedure prescribed therein shall be the exclusive method of exercising the initiative and referendum regarding these local measures.

28. Arkansas Code Annotated § 14-55-304 states a sponsor shall be given sixty (60) days to circulate a municipal referendum petition.

### 3.  FACTS

29.     On or about September 9, 2016, local citizens through the Plaintiff submitted nearly 900 signatures to the City Clerk on a Petition to Adopt Initiated Ordinance Number 1-2016. The Ordinance which would reduce the number of wards in the City of Helena-West Helena from five down to three and axiomatically reduce the number of council members from ten down to six. See Ark. Code Ann. § 14-43-311 (requiring two aldermen per ward).

30. The committee proposing the ward change had worked diligently throughout the Helena-West Helena community building support for the idea of ward reduction. The committee worked to get media coverage of the issue in the local newspaper and on local radio stations. The committee organized a group of dedicated

ORIGINAL

individuals to gather more than 800; nearly 900 signatures on the petition to adopt Initiated Ordinance Number 1-2016.

31.     Between September 9, 2016 and election day, November 8, 2016, the committee worked to build support for the change. There were few, if any, visible signs of opposition to the ordinance proposing the change in ward voting in Helena-West Helena. No one was surprised by the outcome at the election.

32.     The city clerk did, in a timely manner, verify the signatures on the petitions. The clerk declared that she found enough valid signatures to forward the petition to the Phillips County Election Commission (hereinafter PCEC) for further processing. The PCEC did, after consulting with the city clerk and petition sponsors, approve the ballot title and forward the appropriate information to the ballot printer for inclusion on the November 8, 2016 general election.

*33.*     During the voting period for November 8, 2016 General Election, voters throughout the city voted via absentee ballot, early voting and election day ballot casting by an overwhelmingly favorable margin of nearly sixty-two percent (62%) of the voters. The vote total was 2465 for the passage of Initiated Ordinance Number 1-2016 and 1561 against the passage of the ordinance. *See Election Results Attached as Exhibit 1. See also Exhibit 7.*

34.     The city council convened on December 6, 2016 for what may have been an illegal meeting. At that meeting, the city council voted favorably on a "motion to repeal the vote" of the people of Helena-West Helena Arkansas. The city council voted for this motion 10-0. The council, at some point after December 6, 2016, figured out that a new

**ORIGINAL**

ordinance was required in order to repeal an ordinance and their actions on December 6, 2016 were embarrassingly insufficient to strip the people of their voice.

35.     The city council convened again for another potentially illegal meeting on December 20, 2016. At that meeting, the city council had an ordinance on the agenda to repeal Initiated Ordinance 1-2016. The mayor and the city council allowed Rev. William Gant to pray at the beginning of the meeting. The council later allowed the same Rev. William Gant to speak in opposition to the Initiated Ordinance 1-2016, which had already been voted into law by the citizens, and in favor of the ordinance (37-2016) to repeal the Initiated Ordinance.    The council refused to permit Mr. James F. Valley to speak on the same issue and later said, "we didn't know what he would say" or something to that effect.

36.     The city council voted 9-0 to place the "repeal" ordinance on its third and final reading, reading the title only. Then the city council voted 8-1 to pass the ordinance to repeal Initiated Ordinance 1-2016. Then the city council voted 8-1 to pass a bogus emergency clause to purportedly put the repeal ordinance into effect immediately and thereby evade compliance with the ordinance passed by the people of the Helena-West Helena, Arkansas. In ten minutes ten people had trampled upon the rights of more than 10,000 or so residents of the city. *See Minutes of December 6 and 20, 2016 Meetings attached as Exhibits 2 and 3.*

37.     Amendment 7 which is found in Article 5, Section 1 of the Arkansas Constitution states in relevant portion:

ORIGINAL

1. "**Emergency.** If it shall be necessary for the preservation of the public peace, health and safety that a measure shall become effective without delay, such necessity shall be stated in one section, and if upon a yea and nay vote two-thirds of all the members elected to each house, or two-thirds of all the members elected to city or town councils, shall vote upon separate roll call in favor of the measure going into immediate operation, such emergency measure shall become effective without delay. **It shall be necessary, however, to state the fact which constitutes such emergency.** Provided, however, that an emergency shall not be declared on any franchise or special privilege or act creating any vested right or interest or alienating any property of the State. If a referendum is filed against any emergency measure such measure shall be a law until it is voted upon by the people, and if it is then rejected by a majority of the electors voting thereon, it shall be thereby repealed. The provision of this sub-section shall apply to city or town councils." *Emphasis Added.*

38. Amendment 7 (which was formerly designated Amendment 10 and Amendment 13) concludes with this limiting statement: "No legislation shall be enacted to restrict, hamper or impair the exercise of the rights herein reserved to the people." The ordinance to repeal, does in fact impair the rights of reserved to the people. The rights reserved to the people include passing Initiated Ordinance 1-2016 and seeing it implemented as local legislation and the city council cannot simply repeal the vote on this question without running afoul of the plain language of Amendment 7.

39.     The petitioners/plaintiffs have a first amendment right to petition government for the redress of their concerns. The people exercised that right and the city council has attempted to take that right away from them. The City Council has acted to violate the rights of the people to equal protection of the law.

40.     That Ordinance 37-2016 has not been published in any newspaper with regular circulation in Helena-West Helena, Arkansas.

# ORIGINAL

41.    That it is too late to publish the ordinance now and the ordinance is void and of
no consequence.

42.    That the court should and must direct compliance with the Initiated Ordinance 1-
2016, as the council has shown its hand with regard to banishing the ordinance.    The
city council acted selfishly to protect their jobs which require about four (4) hours of
work per month at a pay rate of nearly $175.00 per hour. The city council meets twice
monthly for about two (2) hours per meeting or four hours per month. The city council is
paid $8,400.00 per year as salary. At that rate, the city council is paid just over $323.00
per meeting. The city council members may also be receiving other lawful benefits as
well.

43.    The petitioners worked with Peter Wattson out of Minnesota to draft a new three
(3) ward map for the purpose of complying with the citizen initiated ordinance and
relevant state and federal law.

46.    The ordinance, as passed into law by the citizens on November 8, 2016, required the city
council and the mayor to implement the ordinance within 180 days from the November 8, 2016
Election. May 7, 2017, was the 180th day post November 8, 2016.

47.    The city has not implemented Initiated Ordinance 1-2016.

48.    The deadline expired on a Sunday, therefore the city council and the mayor had through
Monday, May 8, 2017, to comply with the ordinance.

49.    As of Tuesday, June 12, 2017, the city council had not complied with the Ordinance.

50.    Compliance with the Ordinance is a ministerial duty and can be ordered by writ of
mandamus.



51.     The proposed map meets all of the specifications required by law to be implemented.

***See Attached map and Details - Exhibit 4.***

52.     The map keeps communities of interest connected.

53.     The map does not violate any of the traditional redistricting principles.

54.     The map protects incumbents as best as can be expected when forty (40) percent of the current body is being eliminated.

55.     The map is well within the permissible population deviations permitted by law. The deviations are less then plus or minus five percentage points.

56.     The passage of the initiative created a problem for the city council members. The jobs of four council members are effectively eliminated by this initiated ordinance. Worse for the remaining members of the council is the possibility which leans toward a probability that all of the council members would be voted out of office. Therefore, the city council membership and the mayor circled the wagon to protect the status quo. The city council actions were an abusive use of Amendment 7 of the Arkansas Constitution.

57.     The city council's actions violated the rights of the citizens to have the form of government selected by them in an open, fair and honest election.

58.     The denial of the citizens the opportunity to have an election on the new map is a violation of the voting rights and first amendment rights of the citizens. This city has a history of using voting systems to protect the status quo.

59.     The city has attempted without success to repeal the Initiated Ordinance 1-2016.

60.     All ordinances must be attested by the Mayor and the City Clerk.



61.    All ordinances must be published in a newspaper. The City of Helena-West Helena almost never publishes ordinances in any newspaper.

62.    Ordinances become effective after publication except when an emergency clause is attached to the Ordinance.

63.    Ordinances with properly attached and executed emergency clauses become effective immediately upon passage of the clause even without publication. However, publication must be completed within a reasonable amount of time after passage in order to comply with settled Arkansas law.

64.    Emergency Clauses must state a "real emergency" in order to pass judicial muster and be actually effective.

65.    The emergency clause stated in Ordinance 37-2016 states: "It is hereby found and determined by the city council of the City of Helena-West Helena that an emergency exists due to the need for clarity regarding the redistricting of the city's wards, maintenance of the size of the City Council and for the better overall operation of the city government of the City of Helena -West Helena Therefore (sic), an emergency is hereby declared to exist, and this ordinance, being necessary for the immediate preservation of the peace, life, health, safety, and welfare of the residents of the Helena- West Helena, shall be in full force and effect from and after its passage and approval." *See Ordinance 37-2016 Attached as Exhibit 5.*

67.    Nothing in the emergency clause exhibits any sudden need to act by the city council or the citizens. Context is important in this matter. The first vote by the city council was on December 6, 2016. The Initiated Ordinance would not have become law until December 8, 2016. The second vote was on December 20, 2016. The Initiated Ordinance provided 180 days during



which to comply and the election on the Initiated Ordinance is scheduled for November 2018. There is no possibility of any need for urgent action on the part of the city council.

68.     The significance of the emergency clause is its effect upon the citizen's right to referendum. The city council knew that attaching an emergency clause to their repeal ordinance would thwart the purposes of the Initiated Ordinance. Amendment 7 of the Arkansas Constitution controls how and when an emergency clause may be used.

69.     The emergency clause used in Ordinance 37-2016 fails grossly in its attempt to display a real emergency when quick and unexpected action is required to prevent bad things from happening to the citizens or to insure that good things continue to happen for the citizens.

70.     The city council members of the city of Helena-West Helena has determined by decree that it is an emergency to preserve their own seats. Reasonable people must agree that such is not an emergency and nothing short of perversion of the intended honorable purposes of Amendment 7.

71.     Because the ordinance was not published and has an illegal and ineffective emergency clause attached to it, the ordinance is void.

72.     A void ordinance has no effect as if it never existed. Arkansas law does not permit a city council to cure the publication error by a later publication of the ordinance.

73.     Furthermore, Arkansas law does not permit a private citizen to publish an ordinance in an error to assure that the proper deadlines are met.

74.     The Ordinance 37-2016 is void and cannot not be salvaged. ***See Exhibit 6***

75. Initiated Ordinance 1- 2016 was voted upon by the citizens. The election results have been declared and are final at this time. A challenge to the Initiated Ordinance 1-2016

# ORIGINAL

had to be brought before the election or no later than 20 days after the election results were certified by the Phillips County Election Commission. *See Exhibit 6.*

76. The actions by the City of Helena-West Helena acting through its Mayor and City Council have violated the rights of the plaintiffs and other similarly situated citizens in Helena-West Helena, Arkansas by denying them both substantive and procedural due process with the repeal of their votes to reduce the city council size.

77. The actions of the defendants have exhibited an unconstitutional application of Arkansas's Amendment 7 provisions.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS THAT THIS HONORABLE COURT WILL grant the follow relief:

1.  Declare Ordinance 37-2016 invalid as it has a defective and ineffective emergency clause;

    2.  Declare Ordinance 37-2016 invalid as it has never been published in accord with state law;

    3.  Declare that the people's ordinance, Initiated Ordinance 1-2016, upon which nearly 62% of the people voted favorably, to be valid and in full force and effect;

    4.  Conduct an expedited hearing on these matters as the facts are clear and the relief requested is proper;

    5.  Declare the proposed map, which is the only map ready for use at this time, to be the map upon which future city elections are held;

    6.  Restrain or enjoin officials of the City of Helena-West Helena from failing to comply with orders of this court;

    7.  That this matter be set for a hearing on a temporary restraining order or preliminary injunction on an expedited schedule;

    8.  Award reasonable attorney's fees in light of prevailing case law and the facts of this particular case;

    9.  Award costs, fees and expenses associated with this litigation; and

ORIGINAL

10. Award any and all other relief to which the Plaintiffs may be entitled in this matter.

Respectfully submitted,

James F. Valley, Attorney at Law
ARKANSAS BAR NUMBER:
96052
J. F. VALLEY, ESQ., P.A.
P O BOX 451
HELENA-WEST HELENA, AR 72342
(888)225-0811 Toll Free Telephone/Facsimile
(870)228-9002 Office
(870)619-1760 Fax
(870)816-5500 Mobile
james@jamesfvalley.com Email


STATE OF ARKANSAS          }
                           }ss
COUNTY OF PHILLIPS         }

### *Verification*

I, Elijah Mondy, Jr., Plaintiff in this cause of action, do hereby declare that I have read this complaint and believe that its contents are true and correct. I am asking the court to rely upon this verified complaint to make appropriate decisions henceforth. I am making this statement under penalty of false swearing.

ELIJAH MONDY, JR.

**Page -16- of   -17-**



Subscribed and sworn to before me, Chanta Mitchell, a Notary Public, on this the 14th day of June, 2017.

_____
CHANTA S. MITCHELL

MY COMMISSION EXPIRES:
AUGUST 25, 2019.



EXHIBIT "I"

SUMMARY REPT-GROUP DETAIL

PHILLIPS COUNTY, ARKANSAS
GENERAL ELECTION
NOVEMBER 8, 2016

OFFICIAL

RUN DATE:11/23/16 01:20 PM

REPORT-EL45A    PAGE 001

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| PRECINCTS COUNTED (OF 17) . . . . . | 17 | 100.00 | | | | | |
| REGISTERED VOTERS - TOTAL . . . . . | 12,974 | | | | | | |
| BALLOTS CAST - TOTAL. . . . . . . | 7,015 | | 3,186 | 3,454 | 314 | 40 | 21 |
| VOTER TURNOUT - TOTAL . . . . . . | | 54.07 | | | | | |

**U.S.PRESIDENT**
VOTE FOR 1

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| JOHNSON / WELD (LIB). . . . . . . | 62 | .89 | 29 | 31 | 2 | 0 | 0 |
| KAHN / MONAHAN (IND). . . . . . . | 20 | .29 | 10 | 10 | 0 | 0 | 0 |
| CLINTON / KAINE (DEM) . . . . . . | 4,310 | 61.99 | 1,624 | 2,373 | 270 | 25 | 18 |
| HEDGES / BAYES (IND). . . . . . . | 31 | .45 | 15 | 14 | 2 | 0 | 0 |
| TRUMP / PENCE (REP) . . . . . . . | 2,446 | 35.18 | 1,429 | 962 | 38 | 14 | 3 |
| STEIN / BARAKA (GRN). . . . . . . | 20 | .29 | 8 | 12 | 0 | 0 | 0 |
| MCMULLIN / JOHNSON (BFA) . . . . . | 38 | .55 | 22 | 15 | 0 | 1 | 0 |
| CASTLE / BRADLEY (CON) . . . . . . | 26 | .37 | 12 | 14 | 0 | 0 | 0 |
| Over Votes . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . . | 62 | | 37 | 23 | 2 | 0 | 0 |

**U.S. SENATE**
VOTE FOR 1

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| FRANK GILBERT (LIB) . . . . . . . | 191 | 3.00 | 93 | 92 | 6 | 0 | 0 |
| CONNER ELDRIDGE (DEM) . . . . . . | 3,777 | 59.31 | 1,427 | 2,063 | 246 | 24 | 17 |
| JOHN BOOZMAN (REP) . . . . . . . | 2,400 | 37.69 | 1,375 | 960 | 48 | 15 | 2 |
| Over Votes . . . . . . . . . | 2 | | 0 | 0 | 2 | 0 | 0 |
| Under Votes . . . . . . . . . | 644 | | 291 | 339 | 12 | 0 | 2 |

**U.S. CONGRESS DISTRICT 01**
VOTE FOR 1

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| MARK WEST (LIB) . . . . . . . . | 2,833 | 48.32 | 1,083 | 1,520 | 198 | 19 | 13 |
| RICK CRAWFORD (REP) . . . . . . . | 3,030 | 51.68 | 1,648 | 1,298 | 62 | 16 | 6 |
| Over Votes . . . . . . . . . | 1 | | 0 | 0 | 1 | 0 | 0 |
| Under Votes . . . . . . . . . | 1,151 | | 455 | 636 | 53 | 5 | 2 |

**DISTRICT COURT DISTRICT 22**
VOTE FOR 1

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| JAMAAL "JAY" WALKER . . . . . . . | 3,245 | 49.00 | 1,126 | 1,843 | 243 | 18 | 15 |
| DURWOOD W. KING . . . . . . . . | 3,378 | 51.00 | 1,855 | 1,443 | 57 | 20 | 3 |
| Over Votes . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . . | 392 | | 205 | 168 | 14 | 2 | 3 |

**PHILLIPS COUNTY JUDGE**
VOTE FOR 1

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| JOHN BAILEY, JR. (IND) . . . . . . | 1,650 | 24.56 | 641 | 915 | 85 | 7 | 2 |
| CLARK HALL (DEM) . . . . . . . . | 3,926 | 58.45 | 1,789 | 1,895 | 200 | 26 | 16 |
| ALLEN "BUDDY" RAY (REP). . . . . . | 1,141 | 16.99 | 631 | 482 | 20 | 7 | 1 |
| Over Votes . . . . . . . . . | 2 | | 0 | 0 | 2 | 0 | 0 |
| Under Votes . . . . . . . . . | 296 | | 125 | 162 | 7 | 0 | 2 |

23 Nov 2016

FILED AT 10:05 O'CLOCK A M.

NOV 28 2016

LINDA WHITE, COUNTY & PROBATE CLERK

SUMMARY REPT-GROUP DETAIL

PHILLIPS COUNTY, ARKANSAS
GENERAL ELECTION
NOVEMBER 8, 2016

OFFICIAL

RUN DATE:11/23/16 01:20 PM

REPORT-EL45A    PAGE 002

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| **PHILLIPS COUNTY SHERIFF** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| NEAL BYRD (DEM) | 5,779 | 84.77 | 2,610 | 2,847 | 266 | 36 | 20 |
| ROY COVINGTON (IND) | 1,038 | 15.23 | 485 | 506 | 43 | 3 | 1 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 198 | | 91 | 101 | 5 | 1 | 0 |
| | | | | | | | |
| **PHILLIPS COUNTY CIRCUIT CLERK** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| JOANNA LYNN STILLWELL (DEM) | 6,039 | 100.00 | 2,792 | 2,976 | 253 | 3 | 15 |
| Over Votes | 1 | | 0 | 0 | 0 | 1 | 0 |
| Under Votes | 938 | | 394 | 478 | 61 | 0 | 5 |
| | | | | | | | |
| **JP9 DISTRICT 9** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| JEREMY MONEYMAKER (IND) | 232 | 29.44 | 115 | 114 | 0 | 3 | 0 |
| RICHARD ROBINSON (IND) | 27 | 3.43 | 8 | 19 | 0 | 0 | 0 |
| LITA MOORE-JOHNSON (DEM) | 380 | 48.22 | 219 | 152 | 9 | 0 | 0 |
| RICKEY DAVIDSON (IND) | 149 | 18.91 | 84 | 61 | 3 | 0 | 1 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 26 | | 12 | 13 | 1 | 0 | 0 |
| | | | | | | | |
| **HWH ALDERMAN W3** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| CHRISTOPHER FRANKLIN (IND) | 474 | 73.60 | 197 | 273 | 4 | 0 | 0 |
| LARRY EVANS (IND) | 170 | 26.40 | 64 | 101 | 5 | 0 | 0 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 59 | | 25 | 33 | 1 | 0 | 0 |
| | | | | | | | |
| **HWH ALDERMAN W1** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| BRUCE HUDSON (IND) | 185 | 30.23 | 34 | 146 | 4 | 1 | 0 |
| WANDA L CROCKETT (IND) | 427 | 69.77 | 127 | 287 | 11 | 2 | 0 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 50 | | 15 | 35 | 0 | 0 | 0 |
| | | | | | | | |
| **HWH ALDERMAN W2** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| CHINTAN DESAI (IND) | 372 | 39.08 | 100 | 244 | 22 | 5 | 1 |
| JOE ST. COLUMBIA (IND) | 580 | 60.92 | 227 | 316 | 34 | 2 | 1 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 44 | | 12 | 29 | 2 | 1 | 0 |
| | | | | | | | |
| **HWH DIRECTOR Z1** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| LEROY LOVE CHARLES (IND) | 262 | 31.30 | 95 | 152 | 13 | 2 | 0 |
| MARVIN JARRETT (IND) | 352 | 42.05 | 105 | 224 | 16 | 6 | 1 |
| WILLLIAM C. GANT (IND) | 223 | 26.64 | 56 | 146 | 17 | 4 | 0 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 53 | | 17 | 35 | 1 | 0 | 0 |

SUMMARY REPT-GROUP DETAIL
                          PHILLIPS COUNTY, ARKANSAS                    OFFICIAL
                          GENERAL ELECTION
                          NOVEMBER 8, 2016

RUN DATE:11/23/16 01:20 PM                                  REPORT-EL45A    PAGE 003

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| **HWH DIRECTOR Z2** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| TROY BOBO (IND) . . . . . . . . | 410 | 68.79 | 145 | 249 | 14 | 2 | 0 |
| EDDIE LEE, JR. (IND). . . . . . | 186 | 31.21 | 74 | 109 | 3 | 0 | 0 |
| Over Votes . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . | 80 | | 31 | 43 | 1 | 5 | 0 |
| | | | | | | | |
| **HWH DIRECTOR Z4** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| LYNN CHADWICK (IND) . . . . . . | 446 | 49.56 | 165 | 267 | 8 | 5 | 1 |
| DANIEL STRICKLAND (IND). . . . . | 454 | 50.44 | 124 | 314 | 14 | 1 | 1 |
| Over Votes . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . | 76 | | 17 | 53 | 1 | 5 | 0 |
| | | | | | | | |
| **HWH DIRECTOR Z6 AT LARGE** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| ANDREW BAGLEY (IND) . . . . . . | 2,618 | 62.81 | 867 | 1,645 | 85 | 18 | 3 |
| BARBARA DAVIDSON (IND) . . . . . | 1,550 | 37.19 | 533 | 937 | 71 | 8 | 1 |
| Over Votes . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . | 244 | | 85 | 147 | 10 | 1 | 1 |
| | | | | | | | |
| **CONSTABLE SPRING CREEK** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| LEWIS HALL (IND) . . . . . . . | 313 | 53.23 | 219 | 88 | 3 | 2 | 1 |
| JIMMY JONES (DEM). . . . . . . | 275 | 46.77 | 184 | 85 | 6 | 0 | 0 |
| Over Votes . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . | 28 | | 13 | 14 | 1 | 0 | 0 |
| | | | | | | | |
| **ELAINE ALDERMAN W1** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| EDDIE GREEN (IND). . . . . . . | 149 | 55.81 | 104 | 18 | 22 | 0 | 5 |
| THOMAS WAYNE BROWN, SR (IND) . . . | 118 | 44.19 | 59 | 20 | 37 | 0 | 2 |
| Over Votes . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . | 16 | | 6 | 3 | 5 | 0 | 2 |
| | | | | | | | |
| **ELAINE ALDERMAN W2** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| GERY CRAVENS (IND) . . . . . . | 123 | 46.77 | 46 | 17 | 53 | 0 | 7 |
| CONNIE DOPSON MILLER (IND). . . . | 140 | 53.23 | 116 | 19 | 5 | 0 | 0 |
| Over Votes . . . . . . . . | 1 | | 0 | 0 | 1 | 0 | 0 |
| Under Votes . . . . . . . . | 18 | | 7 | 5 | 5 | 0 | 1 |
| | | | | | | | |
| **LAKEVIEW ALDERMAN W3** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| KITONIA WADE (IND) . . . . . . | 105 | 60.00 | 80 | 25 | 0 | 0 | 0 |
| SHELIA WALKER-GLASS (IND) . . . . | 70 | 40.00 | 44 | 24 | 2 | 0 | 0 |
| Over Votes . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . | 16 | | 10 | 6 | 0 | 0 | 0 |

3/5

SUMMARY REPT-GROUP DETAIL                    PHILLIPS COUNTY, ARKANSAS              OFFICIAL
                                             GENERAL ELECTION
                                             NOVEMBER 8, 2016

RUN DATE:11/23/16 01:20 PM                                                    REPORT-EL45A    PAGE 004

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| **UNOPPOSED CANDIDATES** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| FOR . . . . . . . . . . . . | 5,126 | 100.00 | 2,305 | 2,574 | 244 | 3 | 0 |
| Over Votes . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . | 1,832 | | 881 | 880 | 70 | 1 | 0 |
| | | | | | | | |
| **ISSUE NO. 1** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| FOR . . . . . . . . . . . . | 4,427 | 68.50 | 1,924 | 2,243 | 222 | 23 | 15 |
| AGAINST . . . . . . . . . . | 2,036 | 31.50 | 1,019 | 929 | 70 | 13 | 5 |
| Over Votes . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . | 552 | | 243 | 282 | 22 | 4 | 1 |
| | | | | | | | |
| **ISSUE NO. 2** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| FOR . . . . . . . . . . . . | 4,353 | 67.30 | 1,970 | 2,159 | 192 | 23 | 9 |
| AGAINST . . . . . . . . . . | 2,115 | 32.70 | 974 | 1,014 | 101 | 14 | 12 |
| Over Votes . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . | 547 | | 242 | 281 | 21 | 3 | 0 |
| | | | | | | | |
| **ISSUE NO. 3** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| FOR . . . . . . . . . . . . | 4,868 | 74.41 | 2,124 | 2,446 | 257 | 24 | 17 |
| AGAINST . . . . . . . . . . | 1,674 | 25.59 | 846 | 770 | 42 | 14 | 2 |
| Over Votes . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . | 473 | | 216 | 238 | 15 | 2 | 2 |
| | | | | | | | |
| **ISSUE NO. 4** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| FOR . . . . . . . . . . . . | 3,835 | 61.29 | 1,738 | 1,919 | 178 | 0 | 0 |
| AGAINST . . . . . . . . . . | 2,422 | 38.71 | 1,165 | 1,176 | 81 | 0 | 0 |
| Over Votes . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . | 697 | | 283 | 359 | 55 | 0 | 0 |
| | | | | | | | |
| **ISSUE NO. 5** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| FOR . . . . . . . . . . . . | 3,220 | 50.39 | 1,464 | 1,607 | 149 | 0 | 0 |
| AGAINST . . . . . . . . . . | 3,170 | 49.61 | 1,504 | 1,560 | 106 | 0 | 0 |
| Over Votes . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . | 564 | | 218 | 287 | 59 | 0 | 0 |
| | | | | | | | |
| **ISSUE NO. 6** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| FOR . . . . . . . . . . . . | 3,750 | 56.34 | 1,691 | 1,845 | 189 | 13 | 12 |
| AGAINST . . . . . . . . . . | 2,906 | 43.66 | 1,343 | 1,425 | 110 | 21 | 7 |
| Over Votes . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . | 360 | | 152 | 184 | 15 | 7 | 2 |

*by order of the State* (handwritten, Issue No. 4)

*by order of the State* (handwritten, Issue No. 5)

4/5

SUMMARY REPT-GROUP DETAIL

PHILLIPS COUNTY, ARKANSAS
GENERAL ELECTION
NOVEMBER 8, 2016

OFFICIAL

RUN DATE:11/23/16 01:20 PM

REPORT-EL45A    PAGE 005

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| **ISSUE NO. 7** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| FOR . . . . . . . | 3,608 | 55.88 | 1,618 | 1,824 | 166 | 0 | 0 |
| AGAINST . . . . . | 2,849 | 44.12 | 1,366 | 1,376 | 107 | 0 | 0 |
| Over Votes . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . | 497 | | 202 | 254 | 41 | 0 | 0 |
| | | | | | | | |
| **HWH School District Tax** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| FOR . . . . . . . . . . . . | 2,029 | 48.69 | 625 | 1,321 | 74 | 7 | 2 |
| AGAINST . . . . . . . . . . | 2,138 | 51.31 | 766 | 1,263 | 85 | 21 | 3 |
| Over Votes . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . | 247 | | 94 | 145 | 7 | 1 | 0 |
| | | | | | | | |
| **HWH Ward and Alderman Initiative** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| For . . . . . . . . . . . . | 2,465 | 61.23 | 798 | 1,549 | 105 | 11 | 2 |
| Against . . . . . . . . . . | 1,561 | 38.77 | 558 | 935 | 51 | 15 | 2 |
| Over Votes . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . | 386 | | 129 | 245 | 10 | 2 | 0 |

5/5

*EXHIBIT "2"*

Minutes – Council Meeting December 6, 2016

Meeting called to order by Mayor Jay Hollowell

Prayer offered followed by the Pledge

Roll Call: Present – Crockett, St. Columbia, Huff, Brown, Holder, Etherly, Davis, Franklin, Messina and Ford     Absent: None

Minutes of November 15th and 22nd presented. Motion St. Columbia/Huff: To approve as presented. All present voted Yes.

Guest: Citizens Interested in the Reactivation of the Crime Stoppers Program – Councilman St. Columbia presented the history of and need for reactivation of the Crime Stoppers Program and how it could help deter crime. The content was well received. Motion Franklin/Holder: A voice vote in support of an endorsement of the Crime Stoppers Program. All present voted Yes.

ITEM: New Copiers for District Court Office and Administration due to the lack of availability of parts for the out dated copiers currently being used. Mayor Hollowell advised of the situation with the OCE' copiers and ask Council to approve two copies for District Court and Administration respectively that would be from Ricoh as those in the Police Department earlier this year. The payment and terms would be the same.     Motion Franklin/Davis: To replace the current model copiers with Ricoh copiers utilizing the same plan as currently.  All present voted Yes.

ITEM: Federal Mandated Overtime issue: Discussion in that the plan and date to be enacted has been enjoined does the City continue with the adjustments. Motion: St. Columbia/Franklin: To stay city action on the overtime issue until Federal mandate is resolved and if enacted make it retroactive to the date specified. All present voted Yes.

ITEM: Discussion/Action – Ward Reduction Initiated Ordinance

Motion Messina/Huff: To repeal the vote of the people regarding the reduction of the number of Wards from 5 to 3. Voting Yes: Crockett, St. Columbia, Huff, Brown, Holder, Etherly, Davis, Franklin, Messina and Ford.  Carried. (A DVD is available)

There being no further business meeting adjourned.     *Copy*

Approved:_____Mayor

Attest: _____ City Clerk Date: 12/26/16

Note: All Members of Council stayed for entire meeting.

*EXHIBIT "3"*

Council Minutes – December 20, 2016

Call to Order – Mayor Jay Hollowell

Prayer offered followed by the Pledge

Roll Call: Present: Crockett, St. Columbia, Huff, Holder, Etherly, Davis, Franklin, Messina and Ford. Absent: Brown

-MINUTES: Motion Huff/St. Columbia: To approve Minutes of December 6, 2016 as presented. All present voted Yes.

-TREASURER: No report/discussion.

BUINESS:

-HELENA HOUSING AUTHORITY APPOINTMENT: Motion Franklin/Huff: To appoint Mrs. Rosetta Crawford to replace the late Mrs. Dorothy Sain on the Commission for a five year term ending January 31, 2021. All present voted Yes.

-PLANNING COMMISSION APPOINTMENT: Motion Huff/Franklin: To appoint Mr. Carl Ray Hoskins to the Commission to replace Andre Valley who is now City Attorney. All present voted Yes.

-ORDINANCE 36 – An Ordinance to amend the Base Pay Ordinance #35.

Motion Crockett/Etherly: To suspend the rules and place on third and final reading by title only. All present voted Yes.

Motion Crockett/Franklin: To Adopt. All present voted Yes.

-COMMUNITY CENTER ADDITION – Mayor Hollowell advised the Council that this project had been defunded due to the length of time it has taken to do project and also due to a staff change in Little Rock that did not know the background. However, the City will re-apply immediately and ask that the funding be reinstated.

-REMOTE ACCESS POLICY – City Attorney Valley presented the Policy and advised Council that it is needed in order to allow access to our Police Computer System by the entity that handles the software for the system and by AT&T as they are

*EXHIBIT "3"*

ready to install the new 911 Equipment. This is the same Policy that was presented by our IT Specialist Trever Simes approximately two months ago.

Motion Franklin/Davis: To approve the Remote Access Policy as presented. All present voted Yes.

(It was also noted that a property owner wishes to donate a building across the street from the West Helena Fire Dept. truck bay to the City for possible use by the Police Department.)

-EXTENSION OF 2016 OPERATING BUDGET.......Motion Franklin/Ford: To extend the 2016 Operating Budget through February 1, 2017 to allow time to finalize the 2017 Operating Budget. All present voted Yes.

-AMENDING OF AGENDA:  Motion Franklin/Huff:  To amend Agenda to allow Reverend Gant of Pettis Memorial Church the opportunity to address the Council. The topic was the recent vote on Initiated Ordinance 1.

-AMENDING OF AGENDA: Motion Crockett/no second. To amend Agenda to allow Attorney James Valley to address the Council regarding same issue.  There being no second, the Motion failed.

-ORDINANCE 37 – An Ordinance to repeal the Initiated Ordinance 1 – Decrease in Number of Wards

Motion Etherly/Huff: To suspend rules and place on third and final reading by title only.   Voting Yes: Crockett, St. Columbia, Huff, Holder, Etherly, Davis, Franklin, Messina and Ford.   Absent: Brown

Motion Huff/Messina: To adopt. Voting Yes: St. Columbia, Huff, Holder, Etherly, Davis, Franklin, Messina and Ford.  Voting No: Crockett   Absent: Brown

Motion Huff/Holder: To adopt Emergency Clause:  Voting Yes: St. Columbia, Huff, Holder, Etherly, Davis, Franklin, Messina and Ford.  Voting No: Crockett  Absent: Brown

Note: There was a discussion following the vote as to the Council's denial of Mr. Valley's request to address Council in that they had allowed Rev. Gant to speak on the same topic.  City Attorney Andre Valley provided Council his legal opinion as to the action they had taken.  A DVD is available should anyone wish to view it.

Mr. James Valley will be placed on the January 3rd agenda to address the Council.

*EXHIBIT "3"*

-MARLON BRAGG, SR. – Mr. Bragg once again addressed the Council because the City has still not returned his items. After discussion, another meeting will be set with the Mayor, Police Chief and possibly City Attorney to discuss the matter.

-COST ANALYSIS FIRE DEPT STAFF – A cost analysis of funding required for promotions in Fire Dept. was presented for Council to review in January.

-BUDGET WORKSHOP – The first budget workshop will be held on January 5th at 5:30 p.m.

-SWEARING IN CEREMONY will be held at Court House on January 1st at Noon. The first Council meeting in January is on the 3rd and someone will be available to swear in those persons unable to make the January 1st ceremony.

There being no further business, meeting adjourned.

Date:_____

Mayor_____ *Copy*

City Clerk _____

EXHIBIT "4"



**Helena-West Helena**
**3-Ward Redistricting**
Plan HWH-01
September 19, 2016
Peter S. Wattson

118

EXHIBIT "4"



**Helena-West Helena**
**3-Ward Redistricting**
Plan HWH-01

**Ward 1**

September 19, 2016
Peter S. Wattson

218

EXHIBIT "4"



**Helena-West Helena**
**3-Ward Redistricting**
Plan HWH-01

# Ward 2

September 19, 2016
Peter S. Wattson

318



# Helena-West Helena
# 3-Ward Redistricting
## Plan HWH-01
# Ward 3
### September 19, 2016
### Peter S. Wattson

City Plan: HWH-01                                                        9/19/2016
Administrator: Peter S. Wattson                                         5:42 p.m.

## Districts & Their Incumbents

| | |
|---|---|
| Number of Incumbents Paired: | 10 |
| Number of Open Seats: | 0 |
| Democrat v. Democrat: | 0 |
| Republican v. Republican: | 0 |
| Democrat v. Republican: | 0 |

| District | Name | Party | Previous District |
|---|---|---|---|
| 1 | Wanda Crockett | | 1 |
| 1 | Ever Jean Ford | | 2 |
| 2 | Adrian Messina | | 1 |
| 2 | Joe St. Columbia | | 2 |
| 2 | Christopher Franklin | | 3 |
| 3 | John Huff | | 3 |
| 3 | Larry Brown | | 4 |
| 3 | Monica Davis | | 4 |
| 3 | Don Etherly | | 5 |
| 3 | Vivian Holder | | 5 |

EXHIBIT "4"

City Plan: HWH-01
Administrator: Peter S. Wattson

9/19/2016
5:42 pm

## Measures of Compactness

|  | Reock | Schwartzberg | Perimeter | Polshy-Popper | Length-Width | Population Polygon | Population Circle | Ehrenburg | Convex Hull |
|---|---|---|---|---|---|---|---|---|---|
| Mean | 0.33 | 2.10 |  | 0.15 | 0.77 | 0.76 | 0.53 | 0.30 | 0.62 |
| Min | 0.25 | 1.91 |  | 0.11 | 0.37 | 0.66 | 0.37 | 0.20 | 0.60 |
| Max | 0.40 | 2.27 |  | 0.19 | 1.20 | 0.94 | 0.73 | 0.35 | 0.64 |
| Std. Dev. | 0.08 | 0.18 |  | 0.04 | 0.42 | 0.16 | 0.18 | 0.09 | 0.02 |
| Sum |  |  | 59 |  |  |  |  |  |  |

| District | Reock | Schwartzberg | Perimeter | Polshy-Popper | Length-Width | Population Polygon | Population Circle | Ehrenburg | Convex Hull |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.40 | 2.27 | 28 | 0.11 | 1.20 | 0.68 | 0.49 | 0.20 | 0.64 |
| 2 | 0.25 | 1.91 | 17 | 0.19 | 0.37 | 0.66 | 0.37 | 0.35 | 0.61 |
| 3 | 0.33 | 2.12 | 14 | 0.14 | 0.74 | 0.94 | 0.73 | 0.35 | 0.60 |

618

City Plan: HWH-01                                                9/19/2016
Administrator: Peter S. Wattson                                  5:43 p.m.

## Population Summary Report

| | | | | | |
|---|---|---|---|---|---|
| Overall Range: | | | 1.69 Percent | 69 Persons |
| Largest District: | 4,139 | Deviation: | 1.10 Percent | 45 Persons |
| Smallest District: | 4,070 | Deviation: | -0.59 Percent | -24 Persons |
| | | Mean Deviation: | 0.73 Percent | 30.00 Persons |
| | | Standard Deviation: | 32 | 31.84 Persons |
| Ideal District: | 4,094 | | | |

| District | Population | Deviation | % Devn. | [% 18+_Wht] | [% 18+_Blk] |
|---|---|---|---|---|---|
| 1 | 4,073 | -21 | -0.51 | 22.81% | 75.80% |
| 2 | 4,070 | -24 | -0.59 | 48.12% | 50.25% |
| 3 | 4,139 | 45 | 1.10 | 14.40% | 84.14% |

**State Total:**          **12,282**

EXHIBIT "4"

| ID | Longitude | Latitude | District | Party | Name | First | Middle | Last | Address | City | State | ZIP |
|----|-----------|----------|----------|-------|------|-------|--------|------|---------|------|-------|-----|
| 1 | -90589268 | 34538438 | 1 | | Wanda Crockett | Wanda | | Crockett | 1408 Holly St | Helena-West Helen | AR | 72342 |
| 2 | -90617233 | 34542888 | 1 | | Adrian Messina | Adrian | | Messina | 101 Highland Park Dr | Helena-West Helen | AR | 72342 |
| 3 | -90592499 | 34532547 | 2 | | Ever Jean Ford | Ever | Jean | Ford | 804 McDonough St | Helena-West Helen | AR | 72342 |
| 4 | -90608337 | 34550180 | 2 | | Joe St. Columbia | Joe | | St. Columbia | 112 Bernice St | Helena-West Helen | AR | 72342 |
| 5 | -90647798 | 34551713 | 3 | | John Huff | John | | Huff | 111 Tennessee St | Helena-West Helen | AR | 72390 |
| 6 | -90636380 | 34550009 | 3 | | Christopher Frankli | Christopher | | Franklin | 811 Anderson St | Helena-West Helen | AR | 72390 |
| 7 | -90657748 | 34536087 | 4 | | Larry Brown | Larry | | Brown | 224 Jane St | Helena-West Helen | AR | 72390 |
| 8 | -90651251 | 34537877 | 4 | | Monica Davis | Monica | | Davis | 331 W Russell St | Helena-West Helen | AR | 72390 |
| 9 | -90674440 | 34555759 | 5 | | Don Etherly | Don | | Etherly | 201 Leifer St | Helena-West Helen | AR | 72390 |
| 10 | -90653113 | 34544938 | 5 | | Vivian Holder | Vivian | | Holder | 206 N Coanza St | Helena-West Helen | AR | 72390 |

8/8

## ORDINANCE NO:37-2016

AN ORDINANCE REPEALING INITIATED ORDINANCE NO 1-2016 AND FOR OTHER PURPOSES

**WHEREAS,** initiated Ordinance NO. 1-2016 was placed on the ballot and was adopted by a majority vote of the electors who cast their ballot on November 8, 2016;

**WHEREAS,** Article 5, section 1 of the Arkansas Constitution provides that the City Council may repeal an initiative measure approved by a vote of the people by a two-third vote of the City Council; and

**WHEREAS,** the Helena-West Helena City Council deems it necessary to repeal initiated Ordinance No. 1-2016

THEREFORE, BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF HELENA-WEST HELENA ARKANSAS AS FOLLOWS:

**Section 1:**     The City Council of the City of Helena-West Helena has reviewed Initiated Ordinance No. 1-2016 and, pursuant to its authority granted by the Arkansas Constitution, hereby repeals initiated ordinance No. 1-2016, which was passed by the citizens at the general election on November 8, 2016.

**Section 2:**     If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect the remaining provisions or applications of this ordinance which can be given effect without the invalid provision or applications, and to this end the provisions of this ordinance are declared to be severable.

**Section 3:**     It is hereby found and determined by the City Council of the City of Helena-West Helena that an emergency exists due to the need for clarity regarding the districting of the city's wards, maintenance of the size of the City Council and for the better overall operation of the city government of the city of Helena-West Helena  Therefore, an emergency is hereby declared to exist, and this ordinance, being necessary for the immediate preservation of the peace, life, health, safety, and welfare of the residents of Helena-West Helena, shall be in full force and effect from and after its passage and approval.

**Passed:**

Approved

J.V. Hollowell, Mayor

Sandi Ramsey, City Clerk

12-20-16

*1/1*

*EXHIBIT "6" FOIA RESPONSE*

# CITY OF HELENA-WEST HELENA

State of Arkansas

County of Phillips

Affidavit Regarding Freedom of Information Request

I, Sandra P. Ramsey, City Clerk for the City of Helena-West Helena, Arkansas do hereby state and affirm the following: I am the record keeper for the City of Helena West Helena and the following items are not among the records kept by me, to wit:

5.  Copy of the cancelled check(s) for payment for publication of Ordinance 37-2016 in the Helena World newspaper.

6.  Copy of the cancelled check(s) for payment of publication of Ordinance 37-2016 in The Arkansas Democrat Gazette newspaper.

9.  Copy of the contract entered into between the city and a demographer or other person or company to draw the three ward map.

Further, Affiant sayeth not.

Sandra P. Ramsey

Subscribed and sworn to before me a Notary Public on this the 31 day of May, 2017.

Notary Public

My Commission Expires: 5-10-2021

OFFICIAL SEAL
DORIS DIANE TYLER
Notary Public - Notary Seal
STATE OF ARKANSAS
PHILLIPS COUNTY
My Commission #12382364
My Commission Expires 5-10-2021

Jay Hollowell, Mayor      Sandi Ramsey, City Clerk      Andre Valley, City Attorney      Derrick Turner, Treasurer

P: 870.817.7400  I  F: 870.338.7250  I  PO 1/166 18  I  226 Perry Street  I  Helena, AR 72342

*JFValley*

EXHIBIT "6" FOIA RESPONSE

James Valley <james@jamesfvalley.com>

---

## FOI
1 message

---

**Sandi Ramsey** <cityclerk@helena-westhelena.us>                    Wed, May 31, 2017 at 9:01 AM
To: james@jamesfvalley.com

The City Attorney reviews all FOI items

and approved their release. They are ready to be

picked up.

Sandi

*EXHIBIT "6" FOIA RESPONSE*

James Valley <james@jamesfvalley.com>

---

## Request for Documents in Connection with Initiated Ordiance 1-2016 and Ordinance 37-2016

1 message

---

James Valley <james@jamesfvalley.com>                                        Thu, May 11, 2017 at 7:19 PM
To: City Clerk-Sandi Ramsey <sandi_101@email.com>, Sandi Ramsey <cityclerk@helena-westhelena.us>
Cc: mayor@helena-westhelena.us, Helen Halbert <chiefofstaff@helena-westhelena.us>, "Andre K. Valley"
<cityattorneyandrevalley@gmail.com>, Andre Valley <andrekvalley@gmail.com>

Dear Sandi:

I would like a copy of the following:

1. Meeting minutes for December 6, 2016;
2. Meeting minutes for December 20, 2016;
3. Copy of Petitions submitted on September 9, 2016 for Initiated Ordiance 1-2016;
4. Copy of any correspondence you created in connection with the Petitions or Initiated Ordinance 1-2016 (e.g. letters to election commission or members thereof or letters to county clerk, secretary of state or anyone else);
5. Copy of the cancelled check(s) for payment for publication of Ordinance 37-2016 in *The Helena World* newspaper;
6. Copy of the cancelled check(s) for payment for publication of Ordinance 37-2016 in *The Arkansas Democrat-Gazette* newspaper;
7. Copy of each ordinance passed in 2016 with an emergency clause;
8. Copy of the three ward map adopted by the city council;
9. Copy of the contract entered into between the city and a demographer or other person or company to draw the three ward map;
10. Copy of the statistical data associated with the map created; and
11. Copy of any document reflecting the salary of each and all of the city council members.

If the document or documents do not exist, I would like a short sworn/notarized statement from you stating that document does not exist. I have included a sample statement below for you to copy and paste if needed.

When can I come by and retreive these items? Alternatively, please fax them to me at (870)619-1760. Thanks.

Sincerely,

/s/ James F. Valley
James F. Valley

---

State of Arkansas
County of Phillips

Affidavit Regarding Freedom of Information Request

I, Sandra P. Ramsey, City Clerk for the City of Helena-West Helena, Arkansas do hereby state and affirm the following:

I am the record keeper for the City of Helena-West Helena and the following items are not among the records kept by me, to-wit:

1. Meeting minutes for December 6, 2016;
2. Meeting minutes for December 20, 2016;
3. Copy of Petitions submitted on September 9, 2016 for Initiated Ordiance 1-2016;

4. Copy of any correspondence you created in connection with the Petitions *EXHIBIT "6" FOIA RESPONSE* letters to election commission or members thereof or letters to county clerk, secretary of state or anyone else,

5. Copy of the cancelled check(s) for payment for publication of Ordinance 37-2016 in *The Helena World* newspaper;

6. Copy of the cancelled check(s) for payment for publication of Ordinance 37-2016 in *The Arkansas Democrat-Gazette* newspaper;

7. Copy of each ordinance passed in 2016 with an emergency clause;

8. Copy of the three ward map adopted by the city council;

9. Copy of the contract entered into between the city and a demographer or other person or company to draw the three ward map;

10. Copy of the statistical data associated with the map created; and

11. Copy of any document reflecting the salary of each and all of the city council members.

Further, Affiant sayeth not.

_____

Sandra P. Ramsey

Subscribed and sworn to before me a Notary Public on this the _____ day of May, 2017.

_____

NOTARY PUBLIC

My Commssion Expires:

_____

{SEAL}                                         _____

—

James F. Valley,  Esq.
J F VALLEY ESQ P A
james@jamesfvalley.com
(888) 225-0811 Phone/Fax/Text
Send Me A Text | Click Here

*EXHIBIT "6" FOIA RESPONSE*

### ORDINANCE NO: 31-2016

AN ORDINANCE REPEALING INITIATED ORDINANCE NO. 1-2016 AND FOR OTHER PURPOSES

**WHEREAS**, initiated Ordinance NO. 1-2016 was placed on the ballot and was adopted by a majority vote of the electors who cast their ballot on November 8, 2016;

**WHEREAS**, Article 5, section 1 of the Arkansas Constitution provides that the City Council may repeal an initiative measure approved by a vote of the people by a two-third vote of the City Council; and

**WHEREAS**, the Helena-West Helena City Council deems it necessary to repeal initiated Ordinance No. 1-2016

THEREFORE, BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF HELENA-WEST HELENA ARKANSAS AS FOLLOWS:

<u>Section 1:</u>     The City Council of the City of Helena-West Helena has reviewed Initiated Ordinance No. 1-2016 and, pursuant to its authority granted by the Arkansas Constitution, hereby repeals initiated ordinance No. 1-2016, which was passed by the citizens at the general election on November 8, 2016.

<u>Section 2:</u>     If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect the remaining provisions or applications of this ordinance which can be given effect without the invalid provision or applications, and to this end the provisions of this ordinance are declared to be severable.

<u>Section 3:</u>     It is hereby found and determined by the City Council of the City of Helena-West Helena that an emergency exists due to the need for clarity regarding the districting of the city's wards, maintenance of the size of the City Council and for the better overall operation of the city government of the city of Helena-West Helena  Therefore, an emergency is hereby declared to exist, and this ordinance, being necessary for the immediate preservation of the peace, life, health, safety, and welfare of the residents of Helena-West Helena, shall be in full force and effect from and after its passage and approval.

Passed:

Approved

_____
J.V. Hollowell, Mayor

_____
Sandi Ramsey, City Clerk

12-20-16

*EXHIBIT "6" FOIA RESPONSE*

Minutes – Council Meeting December 6, 2016

Meeting called to order by Mayor Jay Hollowell

Prayer offered followed by the Pledge

Roll Call: Present – Crockett, St. Columbia, Huff, Brown, Holder, Etherly, Davis, Franklin, Messina and Ford    Absent: None

Minutes of November 15th and 22nd presented. Motion St. Columbia/Huff: To approve as presented. All present voted Yes.

Guest: Citizens Interested in the Reactivation of the Crime Stoppers Program – Councilman St. Columbia presented the history of and need for reactivation of the Crime Stoppers Program and how it could help deter crime. The content was well received. Motion Franklin/Holder: A voice vote in support of an endorsement of the Crime Stoppers Program. All present voted Yes.

ITEM: New Copiers for District Court Office and Administration due to the lack of availability of parts for the out dated copiers currently being used. Mayor Hollowell advised of the situation with the OCE' copiers and ask Council to approve two copies for District Court and Administration respectively that would be from Ricoh as those in the Police Department earlier this year. The payment and terms would be the same.    Motion Franklin/Davis: To replace the current model copiers with Ricoh copiers utilizing the same plan as currently.   All present voted Yes.

ITEM: Federal Mandated Overtime issue: Discussion in that the plan and date to be enacted has been enjoined does the City continue with the adjustments. Motion: St. Columbia/Franklin: To stay city action on the overtime issue until Federal mandate is resolved and if enacted make it retroactive to the date specified. All present voted Yes.

ITEM: Discussion/Action – Ward Reduction Initiated Ordinance

Motion Messina/Huff: To repeal the vote of the people regarding the reduction of the number of Wards from 5 to 3. Voting Yes: Crockett, St. Columbia, Huff, Brown, Holder, Etherly, Davis, Franklin, Messina and Ford. Carried. (A DVD is available)

There being no further business meeting adjourned.    *Copy*

Approved:_____Mayor

Attest: _____City Clerk   Date: 10/20/16

Note: All Members of Council stayed for entire meeting.

*EXHIBIT "6" FOIA RESPONSE*



**LINDA WHITE**
COUNTY CLERK
820 CHERRY ST. STE.202
HELENA, ARKANSAS 72342-3399
PHONE: (870) 338-5505
FAX: (870) 338-5509

December 15, 2016

Dear Ms. Ramsey:

As you requested, herewith is a copy of the vote certification by the Phillips County Election Commission for the November 8, 2016, general election. As you can see, the commissioners certified these final results on November 23, 2016, and filed the same with this office on November 28, 2016.

The final certified results for the proposed initiated ordinance concerning wards and aldermen in the City of Helena-West Helena appear as the last item on the last page.

Sincerely yours,

Linda White

SUMMARY REPT-GROUP DETAIL

(EXHIBIT "6" FOIA RESPONSE

PHILLIPS COUNTY, ARKANSAS
GENERAL ELECTION
NOVEMBER 8, 2016

OFFICIAL

RUN DATE:11/23/16 01:20 PM

REPORT-EL45A    PAGE 001

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| PRECINCTS COUNTED (OF 17) . . . . . | 17 | 100.00 | | | | | |
| REGISTERED VOTERS - TOTAL . . . . . | 12,974 | | | | | | |
| BALLOTS CAST - TOTAL. . . . . . . | 7,015 | | 3,186 | 3,454 | 314 | 40 | 21 |
| VOTER TURNOUT - TOTAL . . . . . . | | 54.07 | | | | | |
| **U.S.PRESIDENT** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| JOHNSON / WELD (LIB). . . . . . | 62 | .89 | 29 | 31 | 2 | 0 | 0 |
| KAHN / MONAHAN (IND). . . . . . | 20 | .29 | 10 | 10 | 0 | 0 | 0 |
| CLINTON / KAINE (DEM) . . . . . | 4,310 | 61.99 | 1,624 | 2,373 | 270 | 25 | 18 |
| HEDGES / BAYES (IND). . . . . . | 31 | .45 | 15 | 14 | 2 | 0 | 0 |
| TRUMP / PENCE (REP) . . . . . . | 2,446 | 35.18 | 1,429 | 962 | 38 | 14 | 3 |
| STEIN / BARAKA (GRN). . . . . . | 20 | .29 | 8 | 12 | 0 | 0 | 0 |
| MCMULLIN / JOHNSON (BFA) . . . . . | 38 | .55 | 22 | 15 | 0 | 1 | 0 |
| CASTLE / BRADLEY (CON). . . . . | 26 | .37 | 12 | 14 | 0 | 0 | 0 |
| Over Votes . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . . | 62 | | 37 | 23 | 2 | 0 | 0 |
| **U.S. SENATE** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| FRANK GILBERT (LIB) . . . . . . | 191 | 3.00 | 93 | 92 | 6 | 0 | 0 |
| CONNER ELDRIDGE (DEM) . . . . . | 3,777 | 59.31 | 1,427 | 2,063 | 246 | 24 | 17 |
| JOHN BOOZMAN (REP) . . . . . . | 2,400 | 37.69 | 1,375 | 960 | 48 | 15 | 2 |
| Over Votes . . . . . . . . . | 2 | | 0 | 0 | 2 | 0 | 0 |
| Under Votes . . . . . . . . . | 644 | | 291 | 339 | 12 | 0 | 2 |
| **U.S. CONGRESS DISTRICT 01** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| MARK WEST (LIB) . . . . . . . | 2,833 | 48.32 | 1,083 | 1,520 | 198 | 19 | 13 |
| RICK CRAWFORD (REP) . . . . . . | 3,030 | 51.68 | 1,648 | 1,298 | 62 | 16 | 6 |
| Over Votes . . . . . . . . . | 1 | | 0 | 0 | 1 | 0 | 0 |
| Under Votes . . . . . . . . . | 1,151 | | 455 | 636 | 53 | 5 | 2 |
| **DISTRICT COURT DISTRICT 22** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| JAMAAL "JAY" WALKER . . . . . . | 3,245 | 49.00 | 1,126 | 1,843 | 243 | 18 | 15 |
| DURWOOD W. KING . . . . . . . | 3,378 | 51.00 | 1,855 | 1,443 | 57 | 20 | 3 |
| Over Votes . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . . | 392 | | 205 | 168 | 14 | 2 | 3 |
| **PHILLIPS COUNTY JUDGE** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| JOHN BAILEY, JR. (IND) . . . . . | 1,650 | 24.56 | 641 | 915 | 85 | 7 | 2 |
| CLARK HALL (DEM) . . . . . . . | 3,926 | 58.45 | 1,789 | 1,895 | 200 | 26 | 16 |
| ALLEN "BUDDY" RAY (REP). . . . . | 1,141 | 16.99 | 631 | 482 | 20 | 7 | 1 |
| Over Votes . . . . . . . . . | 2 | | 0 | 0 | 2 | 0 | 0 |
| Under Votes . . . . . . . . . | 296 | | 125 | 162 | 7 | 0 | 2 |

23 Nov 2016

8/166

FILED AT 10:05 O'CLOCK A M

NOV 28 2016

LINDA WHITE, COUNTY & PROBATE CLERK

SUMMARY REPT-GROUP DETAIL    PHILLIPS COUNTY, ARKANSAS    EXHIBIT "6" FOIA RESPONSE
Case 2:17-cv-00104-JLH    Document 11    Filed 06/14/17    Page 44 of 168
                          GENERAL ELECTION
                          NOVEMBER 8, 2016

RUN DATE:11/23/16 01:20 PM

|  | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|

REPORT-EL45A    PAGE 002

**PHILLIPS COUNTY SHERIFF**
VOTE FOR 1

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| NEAL BYRD (DEM) | 5,779 | 84.77 | 2,610 | 2,847 | 266 | 36 | 20 |
| ROY COVINGTON (IND) | 1,038 | 15.23 | 485 | 506 | 43 | 3 | 1 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 198 | | 91 | 101 | 5 | 1 | 0 |

**PHILLIPS COUNTY CIRCUIT CLERK**
VOTE FOR 1

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| JOANNA LYNN STILLWELL (DEM) | 6,039 | 100.00 | 2,792 | 2,976 | 253 | 3 | 15 |
| Over Votes | 1 | | 0 | 0 | 0 | 1 | 0 |
| Under Votes | 938 | | 394 | 478 | 61 | 0 | 5 |

**JP9, DISTRICT 9**
VOTE FOR 1

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| JEREMY MONEYMAKER (IND) | 232 | 29.44 | 115 | 114 | 0 | 3 | 0 |
| RICHARD ROBINSON (IND) | 27 | 3.43 | 8 | 19 | 0 | 0 | 0 |
| LITA MOORE-JOHNSON (DEM) | 380 | 48.22 | 219 | 152 | 9 | 0 | 0 |
| RICKEY DAVIDSON (IND) | 149 | 18.91 | 84 | 61 | 3 | 0 | 1 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 26 | | 12 | 13 | 1 | 0 | 0 |

**WH ALDERMAN W3**
VOTE FOR 1

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| CHRISTOPHER FRANKLIN (IND) | 474 | 73.60 | 197 | 273 | 4 | 0 | 0 |
| LARRY EVANS (IND) | 170 | 26.40 | 64 | 101 | 5 | 0 | 0 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 59 | | 25 | 33 | 1 | 0 | 0 |

**WH ALDERMAN W1**
VOTE FOR 1

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| BRUCE HUDSON (IND) | 185 | 30.23 | 34 | 146 | 4 | 1 | 0 |
| WANDA L CROCKETT (IND) | 427 | 69.77 | 127 | 287 | 11 | 2 | 0 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 50 | | 15 | 35 | 0 | 0 | 0 |

**WH ALDERMAN W2**
VOTE FOR 1

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| SHINTAN DESAI (IND) | 372 | 39.08 | 100 | 244 | 22 | 5 | 1 |
| JOE ST. COLUMBIA (IND) | 580 | 60.92 | 227 | 316 | 34 | 2 | 1 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 44 | | 12 | 29 | 2 | 1 | 0 |

**DIRECTOR Z1**
VOTE FOR 1

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| ROY LOVE CHARLES (IND) | 262 | 31.30 | 95 | 152 | 13 | 2 | 0 |
| ERVIN JARRETT (IND) | 352 | 42.05 | 105 | 224 | 16 | 6 | 1 |
| LILLIAH C. GANT (IND) | 223 | 26.64 | 56 | 146 | 17 | 4 | 0 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 53 | | 17 | 35 | 1 | 0 | 0 |

SUMMARY REPT-GROUP DETAIL

PHILLIPS COUNTY, ARKANSAS
GENERAL ELECTION
NOVEMBER 8, 2016

*EXHIBIT "6" FOIA RESPONSE*

RUN DATE:11/23/16 01:20 PM

REPORT-EL45A    PAGE 003

|  | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| **HWH DIRECTOR Z2** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| TROY BOBO (IND) . . . . . . . . | 410 | 68.79 | 145 | 249 | 14 | 2 | 0 |
| EDDIE LEE, JR. (IND). . . . . . | 186 | 31.21 | 74 | 109 | 3 | 0 | 0 |
| Over Votes . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . . | 80 | | 31 | 43 | 1 | 5 | 0 |
| | | | | | | | |
| **HWH DIRECTOR Z4** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| LYNN CHADWICK (IND) . . . . . . | 446 | 49.56 | 165 | 267 | 8 | 5 | 1 |
| DANIEL STRICKLAND (IND). . . . . | 454 | 50.44 | 124 | 314 | 14 | 1 | 1 |
| Over Votes . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . . | 76 | | 17 | 53 | 1 | 5 | 0 |
| | | | | | | | |
| **HWH DIRECTOR Z6 AT LARGE** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| ANDREW BAGLEY (IND) . . . . . . | 2,618 | 62.81 | 867 | 1,645 | 85 | 18 | 3 |
| BARBARA DAVIDSON (IND) . . . . . | 1,550 | 37.19 | 533 | 937 | 71 | 8 | 1 |
| Over Votes . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . . | 244 | | 85 | 147 | 10 | 1 | 1 |
| | | | | | | | |
| **CONSTABLE SPRING CREEK** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| LEWIS HALL (IND) . . . . . . . | 313 | 53.23 | 219 | 88 | 3 | 2 | 1 |
| JIMMY JONES (DEM). . . . . . . | 275 | 46.77 | 184 | 85 | 6 | 0 | 0 |
| Over Votes . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . . | 28 | | 13 | 14 | 1 | 0 | 0 |
| | | | | | | | |
| **LAINE ALDERMAN W1** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| EDDIE GREEN (IND). . . . . . . | 149 | 55.81 | 104 | 18 | 22 | 0 | 5 |
| THOMAS WAYNE BROWN, SR (IND) . . . | 118 | 44.19 | 59 | 20 | 37 | 0 | 2 |
| Over Votes . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . . | 16 | | 6 | 3 | 5 | 0 | 2 |
| | | | | | | | |
| **LAINE ALDERMAN W2** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| GERY CRAVENS (IND) . . . . . . | 123 | 46.77 | 46 | 17 | 53 | 0 | 7 |
| CONNIE DOPSON MILLER (IND). . . . | 140 | 53.23 | 116 | 19 | 5 | 0 | 0 |
| Over Votes . . . . . . . . . | 1 | | 0 | 0 | 1 | 0 | 0 |
| Under Votes . . . . . . . . . | 18 | | 7 | 5 | 5 | 0 | 1 |
| | | | | | | | |
| **LAKEVIEW ALDERMAN W3** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| LITONIA WADE (IND) . . . . . . | 105 | 60.00 | 80 | 25 | 0 | 0 | 0 |
| THELIA WALKER-GLASS (IND) . . . . | 70 | 40.00 | 44 | 24 | 2 | 0 | 0 |
| Over Votes . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . . | 16 | | 10 | 6 | 0 | 0 | 0 |

SUMMARY REPT-GROUP DETAIL    Case 2:17-cv-00104-JLH    Document 1    Filed 06/14/16    Page 46 of 168    EXHIBIT "6" FOIA RESPONSE

PHILLIPS COUNTY, ARKANSAS
GENERAL ELECTION
NOVEMBER 8, 2016

OFFICIAL

RUN DATE:11/23/16 01:20 PM

REPORT-EL45A    PAGE 004

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| **UNOPPOSED CANDIDATES** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| FOR | 5,126 | 100.00 | 2,305 | 2,574 | 244 | 3 | 0 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 1,832 | | 881 | 880 | 70 | 1 | 0 |
| | | | | | | | |
| **ISSUE NO. 1** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| FOR | 4,427 | 68.50 | 1,924 | 2,243 | 222 | 23 | 15 |
| AGAINST | 2,036 | 31.50 | 1,019 | 929 | 70 | 13 | 5 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 552 | | 243 | 282 | 22 | 4 | 1 |
| | | | | | | | |
| **ISSUE NO. 2** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| FOR | 4,353 | 67.30 | 1,970 | 2,159 | 192 | 23 | 9 |
| AGAINST | 2,115 | 32.70 | 974 | 1,014 | 101 | 14 | 12 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 547 | | 242 | 281 | 21 | 3 | 0 |
| | | | | | | | |
| **ISSUE NO. 3** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| FOR | 4,868 | 74.41 | 2,124 | 2,446 | 257 | 24 | 17 |
| AGAINST | 1,674 | 25.59 | 846 | 770 | 42 | 14 | 2 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 473 | | 216 | 238 | 15 | 2 | 2 |
| | | | | | | | |
| **ISSUE NO. 4** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| FOR | 3,835 | 61.29 | 1,738 | 1,919 | 178 | 0 | 0 |
| AGAINST | 2,422 | 38.71 | 1,165 | 1,176 | 81 | 0 | 0 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 697 | | 283 | 359 | 55 | 0 | 0 |
| | | | | | | | |
| **ISSUE NO. 5** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| FOR | 3,220 | 50.39 | 1,464 | 1,607 | 149 | 0 | 0 |
| AGAINST | 3,170 | 49.61 | 1,504 | 1,560 | 106 | 0 | 0 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 564 | | 218 | 287 | 59 | 0 | 0 |
| | | | | | | | |
| **ISSUE NO. 6** | | | | | | | |
| **VOTE FOR 1** | | | | | | | |
| FOR | 3,750 | 56.34 | 1,691 | 1,845 | 189 | 13 | 12 |
| AGAINST | 2,906 | 43.66 | 1,343 | 1,425 | 110 | 21 | 7 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 360 | | 152 | 184 | 15 | 7 | 2 |

*by order of the State*

*by order of the State*

*by order of the State*

*EXHIBIT 46 FOIA RESPONSE*

SUMMARY REPT-GROUP DETAIL

PHILLIPS COUNTY, ARKANSAS
GENERAL ELECTION
NOVEMBER 8, 2016

OFFICIAL

RUN DATE:11/23/16 01:20 PM

REPORT-EL45A    PAGE 005

| | TOTAL VOTES | % | ELECTION DAY | EARLY VOTE | ABSENTEE | HAND COUNT | PROVISIONAL |
|---|---|---|---|---|---|---|---|
| **ISSUE NO. 7** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| FOR | 3,608 | 55.88 | 1,618 | 1,824 | 166 | 0 | 0 |
| AGAINST | 2,849 | 44.12 | 1,366 | 1,376 | 107 | 0 | 0 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 497 | | 202 | 254 | 41 | 0 | 0 |
| | | | | | | | |
| **HWH School District Tax** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| FOR | 2,029 | 48.69 | 625 | 1,321 | 74 | 7 | 2 |
| AGAINST | 2,138 | 51.31 | 766 | 1,263 | 85 | 21 | 3 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 247 | | 94 | 145 | 7 | 1 | 0 |
| | | | | | | | |
| **HWH Ward and Alderman Initiative** | | | | | | | |
| VOTE FOR 1 | | | | | | | |
| For | 2,465 | 61.23 | 798 | 1,549 | 105 | 11 | 2 |
| Against | 1,561 | 38.77 | 558 | 935 | 51 | 15 | 2 |
| Over Votes | 0 | | 0 | 0 | 0 | 0 | 0 |
| Under Votes | 386 | | 129 | 245 | 10 | 2 | 0 |

*See EXHIBIT "6" FOIA RESPONSE*

*Submitted*

*is submitted after deadline not counted*

*582 Verified*

September 9, 2016

Honorable Sandra Ramsey, City Clerk
CITY OF HELENA-WEST HELENA, AR
P O Box 248
226 Perry Street
Helena-West Helena, AR 72342-0248

Re:    Initiated Ordinance 1-2016
       Petitions/Signatures

Dear Madam Clerk:

On the pages that follow, please find attached the signature of more than 519 registered voters/citizens of the City of Helena-West Helena, Arkansas. We are submitting 820 signatures. This petition to adopt initiated ordinance 1-2016 is made pursuant to the Amendment 7 of the Arkansas Constitution (Amendment 7).

Amendment 7 permits citizens to initiate an ordinance when registered voters numbering at least 15 percent of the total number of votes cast in the most recent mayoral election sign the petition. We are required to submit the signed petitions to you, the city clerk.

You are to review the signatures and affirm that the signers/voters are electors of the City of Helena-West Helena by checking their names, dates of birth and registered voting addresses against the records housed with the Arkansas Secretary of State or his local designee, the county clerk.

The code states: "(b) The information provided by the person on the petition may be used as evidence of the validity or invalidity of the signature. However, if a signature of a registered voter on the petition is sufficient to verify the voter's name, then it shall not be adjudged invalid for failure to sign the name or write the residence and city or town of residence exactly as it appears on voter registration records, for failure to print the name in the space provided, for failure to provide the correct date of birth, nor for failure to provide the correct date of signing the petition, all the information being an aid to verification rather than a mandatory requirement to perfect the validity of the signature." A.C.A. § 7-9-104

10 day rule Amendment 7 Ark. Constitution:
Amendment of Petition.  (a)(1) If the Secretary of State, county clerk or city
clerk, as the case may be, shall decide any petition to be insufficient, he or
she shall without delay notify the sponsors of such petition, and permit at
least thirty (30) days from the date of such notification, in the instance of a
state-wide petition, or ten (10) days in the instance of a municipal or county
petition, for correction or amendment.

Once you have completed that process, you are to certify this ordinance to the
Phillips County Election Commission for inclusion on the November 8, 2016
General Election Ballot along with all other city election matters.

You are, as we understand the process, given ten (10) days to process these
petitions. However, Tim Humphries with the Arkansas State Board of
Elections informed us that the ballots have to be available 47 days before the
general election for overseas distribution. That means the election commission
needs the certification post-haste.

Time is of the essence. Please do not hesitate to contact us if you have any
questions or concerns. We would also like to know, as soon as you make your
final determination, what your decision is. We want to know whether you
decide to forward to the election commission or for some reason or another
you decide that the petition signatures are not sufficient. We want to hear
from you no matter what you decide.

Also, please contact Mr. Johnny McKenzie of the Phillips County Election
Board Commission to insure that we all have the same understanding and let
us know. Thank you so much.


Sincerely,

Elijah Mondy
870 338-3241
870 817-3999 Cell
emondy@sbcglobal.net

Contact: Attorney James F. Valley
870 816-5500
james@jamesfvalley.com

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

9-9-16
9:5 Am

14/166



# CITY OF HELENA-WEST HELENA

September 14, 2016

Ms. Linda White

Phillips County Clerk

620 Cherry Street

Helena, AR 72342

RE: Initiated Ordinance 1-2016

Ms. White:

Please be advised that I, Sandi Ramsey, City Clerk for the City of Helena-West Helena, Arkansas, have certified that sufficient signatures of qualified electors have been properly verified in order that the aforementioned Initiated Ordinance 1-2016 may be placed on the ballot.


Very truly yours,

Sandi Ramsey

City Clerk

City of Helena-West Helena, AR

Cc: Phillips County Election Commission

---

Jay Hollowell, Mayor      Sandi Ramsey, City Clerk      Chalk Mitchell, City Attorney      Derrick Turner, Treasurer

P: 870.817.7400 | F: 870.338.7250 | ___248 | 226 Perry Street | Helena, AR 72342

16/166

EXHIBIT "6" FOIA RESPONSE

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| (1) Marie Key | MAXIO V. KEY | 09-05-16 | 304 50 COANZA | |
| (2) Anthony Wamwiit | Anthony WAMWRIS | 09-5-16 | 432 S. BARISO | 1-29-62 |
| (3) Effie Randle | Effie Randle | 09-5-16 | 403 South Baringo ct west Helena | 8-22-70 |
| (4) Charmaine Wallace | Charmain Wallace | 09-5-16 | 403 S Baringo | 8-26-94 |
| (5) Monica Turner | Monica Turner | 09-5-16 | 403+Helena at 1 South Baringo | 3-4-76 |
| (6) Justian Ezea | | | | |
| (7) Justan Ezea | Justian Ezea | 09-5-16 | #5 South Baringo ct | 10-26-1958 |
| (8) Jamie Lee | Jamie Lee | 9-5-16 | 2 S. Baringo ct GO. H. APT | 6-13-83 |
| (9) Irene Jackson | Irene Jackson | 9-5-16 | 818 Eem st | 7-12-48 |
| (10) Bobie Banks | Bobie Banks | 9-5-16 | 843 E/M ST | ✓ |
| (11) Joe D. Banks | Joe D. Banks | 9-5-16 | 843 Elm | ✓ |
| (12) LaCamra Sheard | LaCamra Sheard | 9-5-16 | 830 Elm Street | 11-29-95 |
| (13) Everette Duncan | Everette Duncan | 9-5-16 | 403 Deasto street | 11-18-88 |
| (14) James Thompson | JAMES Thompson | 9-5-16 | 600 Ladino St.t | J-15-36 |
| (15) Pearlie Shields | Pearlie Shields | 9-5-16 | 613 Ladino | 11-08-54 |
| (16) Jason Johnson | Jason Johnson | 9-5-16 | 613 Ladino | 2-15-86 |
| (17) Gwen Mabon | Gwen Mabon | 9-5-16 | 731 South | 9-15-59 |
| (18) Jesse Mabon | Jesse Mabon | 9-5-16 | 731 South | 6-11-65 |
| (19) Steven Brown | Steven Brown | 9-5-16 | 458 west | 2-4-67 |
| (20) William Gilchrest | William Gilchrest | 9-5-16 | 458 West st | 10-28-40 |

_Elijah Moudy_____, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature:

_Elijah Moudy, Jr._

Subscribed and sworn to me this 5th day of Sept 2016.

Signature:

_J Valley_

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County
NOTARY PUBLIC

My Commission Expires:

_5-2-2026_

certified 9-13-16
Anama

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-9-16
9 15 AM

17/166

1 of 104

INITIATED ORDINANCE 1-2016

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

*TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:*

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

*NOW, THEREFORE,* Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

    ☐    "For Initiated Ordinance 1-2016"

    ☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| | Lynn Boone | 8/28/16 | 1234 Audubon Dr. | 9/15/51 |
| | Herbert Pete Burton | 8/28/16 | 1001 North Ridge Dr. | 2/13/58 |
| Rosie Burton | Rosie Burton | 8/28/16 | 1001 N. Ridge Dr. | 9/29/56 |
| | Millie Mae Kelly | 8/29/16 | 130 Maple St. | 1/19/67 |
| Lucy Brown | Lucy Brown | 8/29/18 | 617 Beechwood | 3-16-58 |
| | Dorothy M Hall | 8/29/16 | 1119 Perry St | 12/29/64 |
| Vivian Hoskin | Vivian Hoskin | 8/29/16 | 123 Spruce St Hel | 2/18/58 |
| | Oscar L Hoskin | 8/29/16 | 123 Spruce St Helena | 7/15/57 |
| | Naymon Jessica | 8/29/16 | 138 Spruce St Hel | 8/26/88 |
| Mario Crawford | Mario Crawford Sr | 8/29/16 | 464 Joyner Dr. | 1/19/84 |
| Veena Boyd | Veena Boyd | 8-30-16 | 810 Columbia | 8-27-56 |
| Shirley Baker | Shirley Baker | 8-31-16 | 417½ PC 388 Rd | 09/13/67 |
| Cornell Clark | Cornell Clark | 9-1-16 | 446 N Tenth | 6-15-57 |
| Alex J Smith | Alex J Smith | 9-2-16 | 1069 Hulk St | 2-7-79 |
| Constance Garrett | Constance Garrett | 9-2-16 | 245 North Herring Way | 5/29/63 |
| LD Terry Jr | LD Terry Jr | 9-2-16 | 263 Martin Luther | 11/06/98 |
| Myrna Seely | Myrna Seely | 9-2-16 | 110 Hospital Dr | 5-24-38 |
| Anita Insco | Anita Insco | 9-2-16 | 408 Waverlywood | 9-7-59 |
| Barbara Hayes | Barbara Hayes | 9-2-16 | 108 Center Dr | 2/12/55 |
| Latasha Thrift | Latasha Thrift | 9-2-16 | 214 N 8 | 12.2.86 |

I, Belinda Mcnul, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature: Belinda Mcnul

Subscribed and sworn to me this 4th day of Sept 2016.

Signature: J Valley

J. F. VALLEY
NOTARY PUBLIC
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires: 5-2-26

Certified 9-13-16
19/166

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-9-16
9:15 AM

2 of 64

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**      When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**      We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**      The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.      That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.      Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.      That the ballot question upon which the citizens shall vote shall be as follows:
                  AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
                  THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.
          ☐      "For Initiated Ordinance 1-2016"
          ☐      "Against Initiated Ordinance 1-2016."

Article 4.      All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.      If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.      That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.      If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

EXHIBIT "6" FOIA RESPONSE 2

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| | | 8-24-16 | 202 Elm Street | 2-5-80 |
| | Cattie Taylor | 8-26-16 | 217 Biscoe | 3-13-51 |
| | Joseph Austin | 8-29-16 | 1144 Cherry St | 1-24-90 |
| | Michael Boone | 9-2-16 | 361 Saint Clair | 1-24-78 |
| James Williams | Felner Williams | 9/2/16 | 520 Perry | 6-17-49 |
| Billy W. | B. Williams | 9/2/16 | 520 Perry | 3-30-51 |
| | R. Lee | 9/2/16 | 711 Othnut | 2-28-92 |
| Jessie Stallings | Jessie Stallings | 9-2-16 | 1426 Holly | 09-27-84 |
| Catty Price | Catty Price | 9-3-16 | 356 Dinard St. WH | 2-19-53 |
| Carolyn Hoskin | Carolyn Hoski | 9/3/16 | 226 N. 5th Street | 8-16-55 |
| Kaylin McAbee | Kaylin McAbee | 9/3/16 | 108 N 3rd | 4-4-83 |
| Beverly Vincent | Beverly Vincent | 9/3/16 | 626 Sioux | 2-4-47 |
| Willie Vincent | Willie Vincent | 9/3/16 | 626 Sioux | 11/19/44 |
| Robert Craig | Robert Craig | 9/3/16 | 514 Poplar | 6-21-39 |
| Sharon Wash | Sharon Washington | 9/4/16 | 1412 Springdale | 1-14-74 |
| Jacqueline Bryant | Jacqueline Bryant | 9/4/16 | 920 Porter & Sec | 5-30-85 |
| Effie L. Bryant | Effie L. Bryant | 9/4/16 | 129 Oakland Ave | 1-3-64 |
| Debbie Smith | Debbie Smith | 9/4/16 | 112 Lassalle | 6-25-81 |
| Cynthia Otis | Cynthia Otis | 9/4/16 | 802 N. Sam Lo. H. | 4-25-81 |
| Beverly Sherrod | Beverly Sherrod | 9/4/16 | 306 Cresent | 12/30/86 |

I, Belinda Mondy being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

Signature: Belinda Mondy

Subscribed and sworn to me this 4th day of Sept 2016.

Signature: JF Valley

J. F. VALLEY
NOTARY PUBLIC
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5-2-26

Certified
9-13-16
Mondy

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-9-16
9:15 AM

21/166

3 of 64

*EXHIBIT "6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐    "For Initiated Ordinance 1-2016"

☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

*EXHIBIT "A" FOIA RESPONSE*

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|-----------|-------------|-------------|-------------------|---------------|
| 1. Corion Hug | Carrian Hughes | 8/29/16 | 112 Wire Ln Helena, AR 72342 | 1/8/1982 |
| 2. Amirna Moss | Amirna Moss | 8/29/16 | 602 Phillips Street Helena, AR 7234 | 10/14/79 |
| 3. Betty Carter | Betty Carter | 9/1/2016 | 627 N 14th Helena Ar 72338 | 8/25/61 |
| 4. Crandice Carter | Crandice Carter | 9-1-16 | 425 Wire St Helena 72333 | 7/23/88 |
| 5. Nicole Carter | Nicole Carter | 9-2-16 | 14 160 Porter Hitwina Ac 72348 | 10/4/70 |
| 6. Terrill Carter | Terrill Carter | 9-2-16 | 1416 Porter Helen Ar 72341 | 10/29/67 |
| 7. Danille Carter | Danille Carter | 9-2-16 | 40 Lambert Circle West Helen Ar | 9/1/80 |
| 8. Niki Lee | niki Lee | 9-1-16 | 621 Cedar Dr West Helena | 8-1-79 |
| 9. Hudson Hawkins SR | Hudson Hawkinson | 9-1-16 | 508 Park Ave | 2-12-1988 |
| 10. Nancy Stephens | Nancy Stephens | 9-1-16 | 255 Panama Rd | 7-28-82 |
| 11. Gloria Davis | Glin Pen | 9-1-16 | 255 Cir Views | 11-18-55 |
| 12. Jacoby Gibson | Jacoby Gibson | 9-1-16 | 40 Lea Joyner Dr | 9-24-1992 |
| 13. Shirley Pope | Shirley Pope | 9-2-16 | 201 Longbell St | 8-8-1951 |
| 14. Lashundra Brown | Lashundra Brown | 9/2/16 | 726 Liberty St. | 5/1/81 |
| 15. Enjoria Brower | Enjoria Brower | 9/2/16 | 1600 Poplar St. Apt 5A | 10/01/93 |
| 16. Evelyn Taylor | Evelyn Taylor | 9-2-16 | 483 Valley Dr. | 4-22-32 |
| 17. Noema Thrift | Noema Thrift | 9-2-16 | 633 N 4th W Helena | 7-27-55 |
| 18. Cleadis Wells | Cleadis Wells | 9-2-16 | 101 Po Box Hally Grove | 4-7-48 |
| 19. Carmichael Haire | Carmichael Haire | 9-2-16 | 915 Garland Ave | 3-4-91 |
| 20. Clinton T. Smith | Clinton T. Smith | 9-2-16 | 1062 Park St Helen | 9-2-35 |

Belinda Monell, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

Signature: *Belinda Monell*

Subscribed and sworn to me this 4th day of Sept 2016.

Signature: *J. F. Valley*

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5-2-26

Certified
9-13-16
Ananey

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

9-9-16
9:5am

4 of 64

*EXHIBIT "6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

*NOW, THEREFORE,*Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

*"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."*

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐    "For Initiated Ordinance 1-2016"

☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| *Elijah Monday* | Elijah Monday | 8/25/16 | 217 Moore St | 11/04/88 |
| *April E. Mondy* | April E. Mondy | 8/27/16 | 200 Moore St. | 12/23/84 |
| *Zipporah Mondy* | Zipporah Mondy | 8/27/16 | 200 Moore St. | 8/28/86 |
| *Joshua Mondy* | Joshua Mondy | 8/27/16 | 200 Moore St. | 3/21/93 |
| *Leah Mondy* | Leah Mondy | 8/27/16 | 200 Moore St. | 7/14/95 |
| *Belinda Mondy* | Belinda Mondy | 8/27/16 | 200 Moore. | 8-2-63 |
| *Elijah Mondy* | Elijah Mondy | 8/27/16 | 200 Moore St | 10-8-46 |
| *Tommy Stephens* | Tommy Stephens | 8/29/16 | 1177 Ohio St | 3/2/67 |
| *Clotest Donaby-Martin* | Clotest Donaby-Martin | 8/30/16 | 153 Oakland Ave Helena | 2/28/24 |
| *Terence Brown* | Terence Brown | 8-30-16 | 399 N Village Dr | 2-25-79 |
| *Alexis Oconer* | Alexis Oconer | 8/30/2016 | 532 Cleaver | 8-11-1999 |
| *Felicia Howell* | Felicia Howell | 8/30/2016 | 325 Proffitt | 8-15-1991 |
| *Ernestine Winston* | Ernestine Winston | 8/31/16 | 1211 W. Springdale Rd W. Helena | 8/28/61 |
| *Brenda Steele* | BRENDA STEELE | 8/31/16 | POBox 3353 W Helena | 7/20/66 |
| *Lee Keller* | Lee Keller | 8/31/16 | 214 Co. R. St | 5/2/61 |
| *Cheryl Lee* | Cheryl Lee | 8/31/16 | 233 S Tenth W.H. AR | 7/17/73 |
| *Wanda Smith* | Wanda Smith | 8/31/16 | 313 Cheryndale E.S. Helena | 6/10/55 |
| *Wynoia Donaby* | Wynoia Donaby | 8/31/16 | 38 Nth 8th Street West Helena, AR | 7/14/65 |
| *Leonard Fitzgerald* | Leonard Fitzgerald | 9/31/16 | 2 nd Maldvale W.Helena | 1/14/52 |
| *Warren Stephens* | Warren Stephens | 8/9/16 | 255 Panama Rd | 2/9/70 |

Belinda Mondy being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature:

*Belinda Monsley*

Subscribed and sworn to me this 4th day of Sept 2016.

Signature:

*J.V. Valley*

STATE OF
NOTARY
PUBLIC
J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5-2-26

Certified
9-13-16
SRamsey

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-5-16
9:5 am

5 of 64

*EXHIBIT "6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient, the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,**Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:
AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.
☐    "For Initiated Ordinance 1-2016"
☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| 1) Sara Gulliam | Sara Gulliam | 9/3/16 | 1228 Porter St | 7/12/84 |
| 2) James McRa | James McRa | 9/13/16 | 1228 Porter | 5/12/67 |
| 3) Patrick McBride | Patrick McBride | 3 Sept 16 | 1122 Porter | 06/29/65 |
| 4) Christina Muscidae | Christina Muscidae | 3 Sept 16 | 1122 Porter | 11/07/61 |
| 5) ~~illegible~~ | | | | |
| 6) Samuel Sellis | Samuel Sellis | 9/3/16 | 1103 College | 8/27/8 |
| 7) Casey Grant | Casey Grant | 9/3/16 | 927 Perry St. | 1/27/9 |
| 8) Morgan Ragland | Morgan Ragland | 9/3/16 | 927 Perry St | 2/21/94 |
| 9) Diane Davis | Diane Davis | 9/3/16 | 1009 Perry Street | 1/10/61 |
| 10) Bruce Hudson | Bruce Hudson | 9/3/16 | 1015 Perry St | 6/22/53 |
| 11) LaSonya McClure | LaSonya McClure | 9/3/16 | 1101 Perry St | 8/18/88 |
| 12) Amanda Candelaria | Amanda Candelaria | 9/3/16 | 1013 Perry St. | 8/9/87 |
| 13) Tony W. Less | Tony W. Less | 9/3/16 | 726 Liberty | 10/2/79 |
| 14) Orville Jiles | Orville Jiles | 9/3/16 | 722 Liberty | 12/14/5 |
| 15) P.D. Sin | P.D. Sin | 9/3/16 | 722 Liberty St | 12/8/55 |
| 16) Ashline Chandler | Ashline Chandler | 9/3/16 | 734 Liberty St | 3/22/6 |
| 17) Willie Mae Versey | Willie Mae Versey | 9/3/16 | 106 N. Summit | 4/16/56 |
| 18) Samuel L. Versey | Samuel L. Versey | 9/3/16 | 106 N. Summit | 6/21/47 |
| 19) Deborah King | Deborah King | 9/3/16 | 105 N. Summit | 5/20/51 |
| 20) Carol Birth | Carol Birth | 9/3/16 | 110 N. Summit | 2/24/76 |

April B. Money, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature:

_April B. Money_

Subscribed and sworn to me this 3rd day of Sept 2016.

Signature:

_J Valley_

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5-2-26

Certified
9-13-16
A Ramsey

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-9-16
9:15 am

27/166

6 of 64

*EXHIBIT "6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:** When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:** We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:** The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

**Article 1.** That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

**Article 2.** Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

**Article 3.** That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

- ☐ "For Initiated Ordinance 1-2016"
- ☐ "Against Initiated Ordinance 1-2016."

**Article 4.** All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

**Article 5.** If any provision of this ordinance or the application thereof to any person or circumstance is held invalid such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

**Article 6.** That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

**Article 7.** If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| Charles Jefferson | CHARLES JEFFERSON | 9/4/16 | 134 SPRUCE | 2/12/65 |
| Sandra R. Tyler | Sandra L. Tyler | 9/4/16 | 512 Grand Ave. | 2-06-57 |
| Roosevelt Tyler | Roosevelt Tyler | 9-4-16 | 512 Grand Av. | 9-13-49 |
| Elijah Johnson | ELIJAH JOHNSON | 9-4-16 | 527 Grand | 2-21-48 |
| M Sanders | M Sanders | 9-4-16 | 595 Grand Ave | 8-16-87 |
| Sammie Arnett Jr | Sammie Arnett Jr | 9-4-16 | 426 Valley Dr. | 4-21-74 |
| Jennifer Sidney | Jennifer Sidney | 9-4-16 | 228 S. Texas St | 5-2-60 |
| Tommiesien Hawkin | Tommiesien Hawkin | 9-4-16 | 923 Poplar | 6-2-79 |
| Ricky Johnston | Ricky Johnston | 9-4-16 | 209 So 10TH ST. | 5-26-52 |
| Connie Johnston | Connie Johnston | 9-4-16 | 209 So 10th S. | 4-19-56 |
| Teresa Wilson | TERESA WILSON | 9-4-16 | 741 Airport Rd | 11/3/62 |
| Petra Pruitt | Petra Pruitt | 9-4-16 | 201 S. Job St. | 3-6-74 |
| Cullen Gomez | Cullen Gomez | 9-4-16 | 209 Li than | 3-2-52 |
| Kathy Caldwell | Kathy Caldwell | 9-4-16 | 126 S. 9TH St | 12-13-63 |
| Yvonne Holms | Yvonne Holms | 9-4-16 | 802 Plaza | 5-17-71 |
| ~~scribbled~~ | | | | |
| William | William | 4-9-16 | 720 Garland | 7-25-64 |
| Alendie Morris | Alendie Morris | 9-4-16 | 137 So 5th | 10-8-62 |
| Jason Rohe # | Jason Rohe # | 9-4-16 | 108 Canna  Helena 772342 | 9-9-75 |
| | | | | |

April E. Monds, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature: _April E. Monds_

Subscribed and sworn to me this _4th_ day of _Sept_ 2016.

NOTARY
PUBLIC
J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

Signature: _J F Valley_

My Commission Expires:

_5-2-26_

Certified
9-13-16

29/166

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-9-16
9:15 AM

7 of 64

*EXHIBIT "6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"*AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.*"**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐    "For Initiated Ordinance 1-2016"

☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| | | | | |
| Bobby Pittman | Bobby Pittman | 9-3-16 | 212 Moore St. | 4-25-51 |
| Carolyn Bome | Carolyn Bome | 9-3-16 | 1234 Audubon | 6-11-54 |
| Walter Brown | Walter Brown | 9-3-16 | 1229 Audubon | 6-17-54 |
| Marie Maxie | Marie Maxie | 9-3-16 | 113 Oakland Ave | 12-10-64 |
| Daniel Swopes | Daniel Swopes | 9-3-16 | 166 Helendale | 12-6-51 |
| Wanda Ridge | Wanda Ridge | 9-3-16 | 172 Helendale | 10-24-36 |
| Charles E Ridge | Charles E Ridge | 9-3-16 | 172 Helendale | 12-24-32 |
| Bernie | Bernie Crawley | 9-3-16 | 104 Rose Cir. | 9-26-77 |
| Andrew Coleman | Andrew Coleman | 9-3-16 | 47 Lambert Dr. Dr | 8-6-69 |
| Ollie Rayford | Ollie Rayford | 9/1/16 | 49 Lambert Dr. | 5-21-38 |
| Rosie Ward | Rosie Ward | 9-3-16 | 56 Lambert Dr | 12-13-38 |
| Dorothy Glass | Dorothy Glass | 9/3/16 | 105 Lambert Dr | 12-2-39 |
| Ora Lee Burns | Ora Lee Burns | 9/3/16 | 311 Cresent Dr | 7-20-36 |
| John Dobson | John Dobson | 9-3-16 | 1411 S Spling Dale | 11-3-84 |
| Erma T. Jackson | ERMA T. JACKSON | 9-3-16 | 420 N Washington H. | 3-24-36 |
| Dewayne Harvey | Dewayne Harvey | 9-3-16 | 101 South Meadowbrook | 5-26-76 |
| Carlita King | Carlita King | 9-3-16 | 308 n Monda Dostt | 2-6-86 |
| Cassandra Hillery | Cassandra Hillery | 9-3-16 | 586 Sioux Street | 6-18-68 |
| Annie B. Cornelious | Annie B. Cornelious | 9-3-16 | 588 Sioux Street | 4-26-37 |

Zipporah Mondy, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature:

_Zipporah Mondy_

Subscribed and sworn to me this ___3rd___ day of __September__, 2016.


J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

Signature:

_J F Valley_

My Commission Expires:

5-2-26

certified
9-13-16
31/166 names

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-9-16
915 am

8 of 64

*EXHIBIT 6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

*WHEREAS:*    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (20  4) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

*WHEREAS:*    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

*WHEREAS:*    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy in and positive participation future opportunities for our city.

*NOW, THEREFORE,* Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

- ☐    "For Initiated Ordinance 1-2016"
- ☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

*EXHIBIT 6 FOIA RESPONSE* 2

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| Maxie Key | MAXIE V KEY | 09-05-16 | 30ASO COANZA | |
| Anthony Wainwright | Anthony Wainright | 09-5-16 | 432 S. Barisid | 1-29-62 |
| Effie Randle | Effie Randle | 09-5-16 | 403 South Baringcot west Helena | 8-22-70 |
| Charmaine Wallace | Charmaine Wallace | 09-5-16 | 405 S. Baringo | 8-26-94 |
| Monica Turner | Monica Turner | 09-5-16 | 405 Helena Rd 1 South Baringo | 3-4-76 |
| Justian Ezeu | | | | |
| Justian Ezeu | Justian Ezeu | 09-5-16 | #5 south Baringo ct. | 10-26-1958 |
| Jamie Lee | Jamie Lee | 9-5-16 | 2 S. Baringo ct | 6-13-83 |
| Irene Jackson | Irene Jackson | 9-5-16 | 818 Eam St | 7-12-48 |
| Bobie Banks | Bobie Banks | 9-5-16 | 843 E/m ST | ✓ |
| Joe D. Banks | Joe D. Banks | 9-5-16 | 843 Elm | ✓ |
| LaCamra Sheard | LaCamra Sheard | 9-5-16 | 830 Elm Street | 11-29-95 |
| Everette Duncan | Everette Duncan | 9-5-16 | 403 Deasto Street | 11-18-88 |
| James Thompson | JAMES Thompson | 9-5-16 | 600 Ladino St | 7-15-36 |
| Pearlie Shields | Pearlie Shields | 9-5-16 | 613 Ladino | 11-08-56 |
| Jason Johnson | Jason Johnson | 9-5-16 | 613 Ladino | 2-15-86 |
| Gwen Mabon | Gwen Mabon | 9-5-16 | 731 South | 9-15-59 |
| Jesse Mabon | Jesse Mabon | 9-5-16 | 731 South | 6-11-65 |
| Steven Brown | Steven Brown | 9-5-16 | 458 West | 2-4-67 |
| William Gilchrest | William Gilchrest | 9-5-16 | 458 West St | 10-28-40 |

Elijah Moody____, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature:

Elijah Moody, Jr.

Subscribed and sworn to me this 5th day of Sept 2016.

Signature:

J Valley

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County
NOTARY PUBLIC

My Commission Expires:

5-2-2026

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-9-16
9 15 AM

certified 9-13-16
Aramsey

33/166

1 of 64

*EXHIBIT "6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient; if the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐    "For Initiated Ordinance 1-2016"
☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

*INITIATED ORDINANCE - 2016*

*EXHIBIT "6" FOIA RESPONSE* F2

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| 1. Roosevelt Carter X | Roosevelt Carter, Jr. | 09-04-16 | 101 Lasalle Dr. | 10-27-93 |
| 2. Marguerite Hawkin | Marquerite Hawkin | 9-4-16 | 793 MLK Dr Apt 109 | 8-14-75 |
| 3. Dida Cann | Marcy R Helan | 9-5-16 | 7806 | 5/23/63 |
| 4. Marguite Huse | Christ Huse | 9-5-16 | 793 MK Dr 908 | 9/06/89 |
| 5. Trina Hicks | Trina Hicks | 9/5/16 | 793 MLK Jr Dr apt 108 | 3-18-78 |
| 6. Donnothia Pickley | Donnothia Pickney | 9-5-16 | 793 MLK Dr apt 103 | 1-14-83 |
| 7. Veronica Oks | Veronica Oks | 9-5-16 | 3105 PC 113 Rd | 12-3-87 |
| 8. Terrence Mitchell | Terrence Mitchell | 9-5-16 | 797 Vista Dr. | 4-10-91 |
| 9. Malinda Tye | Malinda Tye | 9-5-16 | 797 Martin Luther | 4/20/81 |
| 10. Dennis Pauly | Dennis Pauly | 9-5-16 | 120 Dennis Ave | 2/22/nv |
| 11. Dennis 150 | Dennis 150 | 9-5-16 | 180 Dennis | 3/8/65 |
| 12. Tameka Kirkwood | Tameka Kirkwood | 9-5-16 | 175 Dennis Phillips | 8-28-83 |
| 13. Rosemary Carter | Rosemary Carter | 9-5-16 | 114 Dennis W-A | 10-2-80 |
| 14. Willie Robinson | Willie Robinson | 9-5-16 | 159 Little Rock RD | 8-21-62 |
| 15. Javaris Austin | Javaris Austin | 9-5-16 | 1313 Clarianna st. | 04-20-87 |
| 16. Rose Austin | Rose Austin | 9/5/16 | 1313 Clarianna | 1/4/68 |
| 17. Aaron Williams | Aaron Williams | 9/5/16 | 125 Dennis St | 6-17-74 |
| 18. Steven Austin | Steven Austin | 9/5/16 | 1313 Clarianna | 3-5-68 |
| 19. Dontrel Austin | Dontrell Austin | 9/5/16 | 1313 Clarianna st. | 12-12-84 |

I, Shareka Wolinder, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

Signature: Shareka Wolf

Subscribed and sworn to me this 8th day of Sept 2016.

Signature: J.F. Valley

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
NOTARY PUBLIC
Phillips County

My Commission Expires:
5-2-2026

Certified
9-13-16
Prilimar

9-9-16
9:15 am

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

25 of 104

EXHIBIT "6" FOIA RESPONSE 2

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**      When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**      We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**      The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy in and positive participation future opportunities for our city.

*NOW, THEREFORE,* Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.      That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.      Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.      That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐    "For Initiated Ordinance 1-2016"

☐    "Against Initiated Ordinance 1-2016."

Article 4.      All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.      If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.      That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.      If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

5 IV
17 Y

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*
Page 2 of 2

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| 1. Paula Russell | Paula Russell | 9-2-16 | 753 Denise Drive WH | 12-3-59 |
| 2. Earnestine Russell | Earnestine Russell | 9-2-16 | 1325 Clarianna | 4-16-32 |
| 3. Mae Beth Smith | 138 Baring WH | 9-2-16 | 138 Baring West Hel | 5-21-37 |
| 4. Barbara Williams | Barbara Williams | 9-27-16 | 816 Cooke St. West Hel | 1-17-50 |
| 5. Ona Lee Burns | Ona Lee BURNS | 9-2-16 | 3411 Cresme N wH | 12-20-30 |
| 6. Beatrice Johnson | Beatrice Johnson | 9-2-16 | 646 Cooke st W. Hel. m | 8-5-32 |
| 7. Mary Freeman | Mary Freeman | 9-22-16 | 646 Cooke st. west Helen | 7-22-27 |
| 8. Sarah Smith | Sarah Smith | 9-02-16 | 125 N Artati | 7-10-42 |
| 9. Mary Mitchell | Mary Mitchell | 9-02-16 | 523 Grand Ave. Helena | 3-28-51 |
| 10. Hazel McColchion | Hazel McColchion | 9-02-16 | 517 Pearl St. Helena | 11/10/30 |
| 11. Lula Mae Nunn | Lula Mae Nunn | 9-2-16 | 1084 Harvey St WH | 1-5-44 |
| 12. Don Wallace | Don Wallace | 9-2-16 | 75-7 N. Early | 3/11/53 |
| 13. Katherine Stanton | Katherine Stanton | 9-2-16 | 834 Alabama WH | 7-24-83 |
| 14. Warren Henderson | Warren Henderson | 9-2-16 | 221 South St | 12-18-34 |
| 15. Marie Womach | Marie Womach | 9-2-16 | 701 Stratton Drive | 12/13/67 |
| 16. Annenette Smith | Annenette Smith | 9/2/16 | 305 W Leh w. Helena | 6/24/66 |
| 17. Artis Williams | Artis Williams | 9-2-16 | 214 Coanza | 1-20-42 |
| 18. Alberta Jones | Alberta Jones | 9-3-16 | 340 Denise Drive | 12-22-69 |
| 19. Lizzie Tillman | Lizzie Tillman | 9-3-16 | 334 S. Coanza | 1-3-35 |
| 20. Moses Tillman | Moses Tillman | 9-3-16 | 334 S. Coanza | 11-3-31 |

I, Alice W. Valley, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature:

*Alice W. Valley*

Subscribed and sworn to me this 5th day of Sept 2016.

Signature:

J. F. VALLEY
MY COMMISSION # 12807705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5-2-2026

Certified
9-13-16
primary

9-9-16
915 Ar

71/166

*EXHIBIT "6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

*WHEREAS:*      When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

*WHEREAS:*      We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

*WHEREAS:*      The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

*NOW, THEREFORE,* Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

> "*AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
> THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.*"

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.      That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.      Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.      That the ballot question upon which the citizens shall vote shall be as follows:

> AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
> THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐      "For Initiated Ordinance 1-2016"

☐      "Against Initiated Ordinance 1-2016."

Article 4.      All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.      If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.      That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.      If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map that appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*
Page 2 of 2

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | Essie L Jones | Essie L. Jones | 09-03-16 | 36 Ambat Cir W.H | 07-16-49 |
| 2. | Laverne Thompson | LAVERNE THOMPSON | 9-3-16 | PO Box 51 HELENA | 3-10-45 |
| 3. | Sandra Bayley | Sandra Bayley | 9-4-16 | 219 St. Anthony WH | 2-7-62 |
| 4. | Nathan Andrew Bagley | Nathan Andrew Bagley | 9-4-16 | 219 St. Anthony WH | 4-3-75 |
| 5. | Tiffany Gant | TIFFANY GANT | 9-4-16 | 219 St Anthony WH | 6-20-81 |
| 6. | alice W Valley | alice. W. Valley | 9-5-16 | 215 Carnze | 3-30-38 |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

I, _Alice W. Valley_ being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature: _Alice W. Valley_

Subscribed and sworn to me this _5th_ day of _Aug_ 2016.

Signature: _J. F. Valley_

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:
_5-2-2026_

certified
9-13-16
Mansay

73/166

9-9-16
9/5 Ar
FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

27 of 104

*EXHIBIT "6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**      When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**      We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**      The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

*NOW, THEREFORE,* Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

*"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."*

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.      That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.      Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.      That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐      "For Initiated Ordinance 1-2016"

☐      "Against Initiated Ordinance 1-2016."

Article 4.      All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.      If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.      That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.      If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

2?

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| Shirley Smith | Shirley Smith | 9-5-16 | 106 Hillsboro | 7-25-47 |
| Walter Smith | WALTER L. SMITH | 9-05-16 | 106 HILLSBORO | 08-18-52 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

I, Patsy Plumley being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature:

Patsy Jo Plumley

Subscribed and sworn to me this 5th day of Sept 2016.

Signature:

Patsy Jo Plumley

9-9-16
9:15 Am

My Commission Expires:

certified
9-13-16
PRamsey
75/166

NOTARY PUBLIC
PATSY JO PLUMLEY
STATE OF ARKANSAS • PHILLIPS COUNTY
Commission # 12395415
My Commission Expires 8-29-2023

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

72 of 1.4

*EXHIBIT "6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

***NOW, THEREFORE,*** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

***"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."***

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

    ☐    "For Initiated Ordinance 1-2016"
    ☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.



| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| Gloria Scott | Gloria Scott | 9.3.16 | 26 Parkdale | 10-14-56 |
| Rena Jackon | Rena Jackson | 9-3-16 | 603 Walace | 85-61 |
| Malik Washington | Malik Washington | 9-3-16 | 318 South 6th | 12-24-97 |
| Monica franklin | Monica franklin | 9-3-16 | 203 franklin St | 01-28-89 |
| Jimmy Davis | Jimmy Davis | 9-3-16 | 203 Franklin St | 04-05-86 |
| Devin Crumpton | Devin Crumpton | 9/3/16 | 310 Cresent Dr | 03/30/94 |
| CHanter Covington | CHanter Covington | 9/3/16 | 120 Alier St | 1/6/80 |
| Charlene Washington | CHARLENE | 9/3/16 | 400 Lambert Dr | 5-4-39 |
| Tiffany Brankley | Tiffany Brankley | 9/3/16 | 210 E Meadowbrook | 8-28-89 |
| Kristopher Moore | Kristopher Moore | 9/3/16 | 326 Seminole | 8/20/91 |
| Michael Walsh | Michael Walsh | 9-3-16 | 303 Navisto | old |
| Elisha Mondy | Elisha Mondy | 9-3-16 | 200 Moore street | 12/17/90 |
| Michel | 102 S Dick St | 09-3-16 | 102 S D St | Married |
| Verna Heely | Verna Heely | 9/3/2016 | 217 Biscoe St | |
| Shaneka Washington | Shaneka Washington | 9/4/16 | 1412 Springdale Rd | 01/10/91 |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

I, Elizabeth Whitfield, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature: Elizabeth Whitfield

Subscribed and sworn to me this _____ day of Sept 2016.

Signature: J. Valley

My Commission Expires:

5-2-2026

certified
9-13-16

77/166

NOTARY PUBLIC
J.F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

NOTARY PUBLIC
J.F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

NOTARY PUBLIC
J.F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County



9-9-16
9:15 am

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

29 of 64

*EXHIBIT "6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE**
**THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**      When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**      We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**      The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE**
**THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.      That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.      Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.      That the ballot question upon which the citizens shall vote shall be as follows:
                AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
                THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

    ☐  "For Initiated Ordinance 1-2016"

    ☐  "Against Initiated Ordinance 1-2016."

Article 4.      All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.      If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.      That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.      If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*
Page 2 of 2

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|-----------|--------------|-------------|-------------------|----------------|
| Smith Whitfield | Linda Whitfield | 9/3/16 | 801 College St, Helena | 10/22/195 |
| Rondalyn Grant | Rondalyn Grant | 9/23/86 | 120 Oakland Ave | 11/22/81 |
| Cambretha White | Cambretha White | 9/3/16 | 170 Oakland Ave | 09/07/97 |
| Debra Swope | Debra Swope | 9/18/16 | 209 Jefferson | 12-24-96 |
| Roger Johnson III | Roger Johnson III | 9/3/16 | 122 IW | 12/23/77 |
| Grant Mart | Jonathan Mardin | 9-3-16 | 105 Rose Circle | 8-5-76 |
| Hainley Butler | Hainley Butler | 9/3/16 | S. Edgewood dr | 5/18/ |
| Malcolm Hunt | Malcolm Hunt | 9-3-16 | Hedgewood cr | 6-4-90 |
| Derrik Jackson | Derrik Jackson | 9-3-16 | 779 Liberty St | 7-20-1978 |
| Lonel Washington | Lonel Washington | 9-3-16 | 52 Lambert Dr. | 10/18/62 |
| Jessica Clemons | Jessica Clemons | 9-3-16 | 55 Lambert Dr | 11-14-85 |
| James Danaby | James Danaby | 9-3-16 | 314 So 5th W Helena | 8-29-60 |
| Emola Clemons | Emola Clemons | 9-3-16 | 55 Lambert Dr. | 1-30-48 |
| Millicent Johnson | Millicent Johnson | 9-3-16 | 202 Lambert Dr. | 6-1-75 |
| Ulysses Williams | Ulysses Williams | 9-3-16 | 239 Desoto St | 9-15-47 |
| Annetta W Trice | Annetta W Trice | 9-3-16 | 553 Old Dominion | 07-26-66 |
| DaWayne David | DaWayne David | 9-3-16 | 870-753-2533 | 02-06-88 |
| Bridgit Campbell | Bridgit Campbell | 9-3-16 | 244 N. County 29 | 01-27-57 |
| Linda Thornton | Linda Thornton | 9-3-11 | 637 Beechwood St | 03-01-57 |
| Travis Davis | Travis Davis | 9-3-16 | McDonough St | 04-09-96 |

I, Elizabeth Whitfield being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

J. F. VALLEY
NOTARY PUBLIC
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

Signature:
Elizabeth Whitfield

Subscribed and sworn to me this _____ day of Sept 2016.

Signature:

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:
5-2-2026

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-9-16
9:15 Am

Certified
9-13-16

12

2n of 164

*EXHIBIT "6" FOIA RESPONSE*

## AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
## THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**      When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**      We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**      The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.      That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.      Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.      That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐      "For Initiated Ordinance 1-2016"

☐      "Against Initiated Ordinance 1-2016."

Article 4.      All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.      If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.      That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.      If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

EXHIBIT "6" FOIA RESPONSE 2

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| Patsy Jo Plumley | PATSY Jo PLUMLEY | 8/29/16 | 113 HILLSBORO HELENA, AR 72342 | 4-1-36 |
| Robert Travis | ROBERT TRAVIS | 8/29/16 | 565 N. SEBASTIAN | 6/19/44 |
| Suzanne Travis | SUZANNE TRAVIS | 8/29/16 | 565 N. SEBASTIAN W. HELENA AR | 5/13/53 |
| Elaine Canady | Elaine Canady | 8/29/16 | 113 HILLSBORO HELENA AR 72342 | 11/21/55 |
| Judy N Travis | JUDY D. TRAVIS | 8/30/16 | 112 QUAPAW HELENA 72342 | 9/21/46 |
| Curtis M. Plumley | Curtis M. Plumley | 9/1/16 | 516 N. 4th St. W. Helena, An | 8/26/96 |
| Curtis B. Plumley | Curtis B. Plumley | 9-1-16 | 516 N. 4th ST W. Helena An | 2-3-64 |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

I, _Belinda Mondy_, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature:

_Belinda Mondy_

Subscribed and sworn to me this ___7th___ day of ___Sept___ 2016.

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

Signature:

_J F Valley_

My Commission Expires:

5-2-2026

6

certified
9-13-16

81/166 mj

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-9-16
9:15 AM

21 of 104

*EXHIBIT "6" FOIA RESPONSE*

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**   When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**   We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**   The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

*NOW, THEREFORE,*Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.     That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.     Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.     That the ballot question upon which the citizens shall vote shall be as follows:
            AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
            THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.
      ▢     "For Initiated Ordinance 1-2016"
      ▢     "Against Initiated Ordinance 1-2016."

Article 4.     All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.     If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.     That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.     If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*
*page 2 of 2*

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1 | *Patricia Jones* | Patricia Jones | 8/28/16 | 726 Beech St. | 3/3/1941 |
| 2 | *Claudean Williams* | Claudean Williams | 8/28/16 | 1015 Walker St | 10/2/62 |
| 3 | *Felton Jones* | Felton Jones | 8/28/16 | 726 Beech St | 7/23/55 |
| 4 | *Larry Edwards* | Larry Edwards | 8/18/16 | 122 Sacred Heart | 12/10/53 |
| 5 | *Raymond Williams* | Williams Raymond | 8/28/16 | 1315 Walker | 4/21/16 |
| 6 | *Katherine Dean* | Katherine Dean | 8/29/16 | 836 Arkansas | 1/22/1x4 |
| 7 | *Lloyd Cornelious* | Lloyd Cornelious | 8/29/16 | 115 Alan St | 6-11-49 |
| 8 | *Charlie Moore* | Charlie Moore | 8/29/16 | 1305 Cherry St | 8-4-60 |
| 9 | *Betty Faye Brimley* | Betty Faye Brimley | 8/29/16 | 831 Elm St, HWH, AR | 1/18/1947 |
| 10 | *Robert E. Kinchen* | Robert E. Kinchen | 8/29/16 | 117 Paradise Cove Hel | 10/31/1955 |
| 11 | *Linda Shannon* | Linda Shannon | 8-29-16 | 1220 W Cleburne W Helena | 03/13/63 |
| 12 | *Vickie Washington* | Vickie Washington | 8-29-16 | 104 Perkins St | 10/17/68 |
| 13 | *Sandra Lee* | Sandra Lee | 8-29-16 | 1009 Walker St | 11/14/52 |
| 14 | *Thelma Reed* | Thelma Reed | 8-29-16 | 1308 Pecan Street | 12/6/59 |
| 15 | *William Cain* | William Cain | 8-29-16 | 1155 Commerce | 4/28/49 |
| 16 | *Cordelia Foster* | Cordelia Foster | 8-29-16 | 401 Monroe St, Helena, AR 72342 | 6/2/65 |
| 17 | *James M Pierce* | James M. Pierce | 8-29-16 | Phillip 300 Rd, Helena | 6-27-74 |
| 18 | *Elster Gant Jr.* | Elster Gant Jr. | 8-29-16 | 823 Cherry St Helena | 9-9-64 |
| 19 | *Ivone Bridges* | Ivone Bridges | 8-29-16 | 5 Edgewood Circle | 10-1-65 |
| 20 | *Faire Bailey* | Faire Bailey | 8/29/16 | 1027 Park Hill | 9-18-06 |

I, Joseph Dean, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

Signature:

*Joseph Dean*

Subscribed and sworn to me this _17th_ day of _Sept_ 2016.

Signature:

*J H Valley*

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5-2-2026

certified
9-13-16
SANDRA

18

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-9-16
9:15 am

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐    "For Initiated Ordinance 1-2016"

☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*

Page 2 of 2

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| Tommy Gant | TOMMY GANT | 8-29-16 | 501 monroe St | 6-23-54 |
| Justin Clark | Justin Clark | 8-30-16 | 837 Cooke St | 4-26-88 |
| Charles Jones | Charles Jones | 8-30-16 | 110 Jones Rd. | 2-06-70 |
| Sharod Randell | Sharod Randell | 8-31-16 | 438 West Strad | 6-3-59 |
| Vivian Eaton | Vivian Eaton | 8-31-16 | 923 poplar St | 11-13-51 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

I, Joseph Dean , being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

Signature:

Joseph Dean

Subscribed and sworn to me this 7th day of Sept 2016.

Signature:

J. Valley

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5-2-2026

4

certified
9-13-16
mayor

85/166

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-9-16
9:15 a

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**      When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**      We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**      The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initial Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.      That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.      Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.      That the ballot question upon which the citizens shall vote shall be as follows:

> AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
> THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

- ▢  "For Initiated Ordinance 1-2016"
- ▢  "Against Initiated Ordinance 1-2016."

Article 4.      All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.      If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.      That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.      If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*
Page 2 of 2

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | Walter J. Miller | WALTER J MILLER | 9/1/16 | 201 LAMBERT DR WHELENA | 5/3/36 |
| 2. | Ebony McMickle | Ebony McMickle | 9/2/16 | 329 Denise Dr | 8/31/92 |
| 3. | Connell Rogers | Connell Rogers | 9/2/16 | 104 Biltel y. Wa | 8/13/71 |
| 4. | Thomas Webster | Thomas Webster | 9/2/16 | 613 Elm St Helena | 6/1/57 |
| 5. | Larry Edward | Larry Edward s | 9/6/16 | 127 Sacra Ct Hay | 12/10/53 |
| 6. | Theressa Sims | Theressa Sims | 9/6/16 | 117 Lambert Dr HW | 5/31/49 |
| 7. | E. Valley | Elizabeth R. Valley | 9/7/16 | 112 Glenn | 1/1/71 |
| 8. | Amy son Valley | Amy son R Valley | 9/7/16 | " " | 5/23/94 |
| 9. | Jonathan V. Valley | Jonathan V. Valley | 9/7/16 | " " | 10/10/92 |
| 10. | Rachel D. Valley | Rachel D. Valley | 9/7/16 | " " | 12/15/92 |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

I, J F Valley , being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

Signature:

Subscribed and sworn to me this 07 day of Sept. 2016.

Signature:

CS Mitchell

My Commission Expires:
08/25/2019

CS MITCHELL
PHILLIPS COUNTY, ARKANSAS
Comm. Exp. 08-25-19
NOTARY PUBLIC
Comm. No. 12372678

Certified
9-13-16
mams

9.9.16
9:15 am
FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

87/166

EXHIBIT "6" FOIA RESPONSE

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**      When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**      The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.       That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.       Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.       That the ballot question upon which the citizens shall vote shall be as follows:
            AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
            THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.
    ☐     "For Initiated Ordinance 1-2016"
    ☐     "Against Initiated Ordinance 1-2016."

Article 4.      All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.      If any provision of this ordinance or the application thereof to any person or circumstance is held invalid; such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application; and to this end the provisions of this ordinance are declared to be severable.

Article 6.      That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.      If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016 then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

24 of 64

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | Walt M. Wilke | Walter M Wilkie | Aug 18, 2016 | 201 Ridgemont R Helena, AR 72342 | Sept 2, 1944 |
| 2. | Louis Hardman | Louis Hardman | Aug 21, 2016 | 131 Valley Dr Helena, Ar 72342 | Nov 3, 1942 |
| 3. | Don Gentry | Don Gentry | Aug 31, 2016 | 503 Rolling Oaks Dr. Helena AR 72342 | Aug 5, 1941 |
| 4. | Billie J. Moore | Billie J. Moore | 8/21/16 | 135 Rose Curve Helena | 9-39-38 |
| 5. | John Moore | John O. Moore | ✓ | ✓ | 5-22-27 |
| 6. | Bettye W. Hendrix | Bettye W. Hendrix | 8/21/16 | 123 Stonebrook Rd | 9-26-35 |
| 7. | Gwen Newkirk | Gwen G. Newkirk | 8/21/16 | 131 S. Summit Dr | 9-24-3 |
| 8. | Mary H. Ligon | MARY H. Ligon | 8/21/16 | 205 Ridgemont Rd Helena Ar | 9-24-35 |
| 9. | Pat Williams | Pat Williams | 8-21-16 | 111 Front St Helena, AR | 6-8-32 |
| 10. | PAT Owens | Pat Owens | 8-21-16 | P.O. Box 316 - Helena | 8-19-32 |
| 11. | Doris A. Holmes | Doris A Holmes | 8-21-16 | 104 Canna Pl. | 2-23-34 |
| 12. | Melinda Allen | MELINDA Allen | 8/21/16 | 102 Nighth L | 5-16-54 |
| 13. | Madelyn Gordon | Madelyn Gordon | 8-21-16 | 132 Neil Rd | 7-22-51 |
| 14. | Nancy Wilkie | Nancy Wilkie | 8-21-16 | 201 Ridgemont Rd | 11-01-40 |
| 15. | Phillip Allen | Phillip Allen | 8-21-16 | 100 Green Acre | 7-1-73 |
| 16. | Geraldine Pitts | GERALDINE Pitts | 8.24.16 | West Helena | 7-22-34 |
| 17. | Debbie Galloway | Debbie Galloway | 8/24/16 | 103 Valley Dr. | 10-18-49 |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

I, *Walt M. Wilke* being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature:

*Walt M Wilke*

Subscribed and sworn to me this 7th day of Sept 2016.

/4

Signature:

*Wanda Robertson*

My Commission Expires:

6-13-2023

WANDA ROBERTSON
MY COMMISSION # 12394022
EXPIRES: June 13, 2023
Phillips County

certified
9.13.16
Wanda

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9.9.16
9:15 AM

*EXHIBIT "6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**
**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;
**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and
**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,**Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.
Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..
Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:
                     AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
                     THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.
     ☐    "For Initiated Ordinance 1-2016"
     ☐    "Against Initiated Ordinance 1-2016."
Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.
Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.
Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.
Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*

Page 2 of 2

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | Paula H. Oliv | Paula H. Oliver | 8/21/16 | 1039 Parke Hill | 11/30/5? |
| 2. | Jan Hickey | Jan Hickey | 8/21/16 | 7039 Park Hill | 10/9/50 |
| 3. | Doris Sibley | Doris Sibley | 8/21/16 | 100 Rose Cir | 7-16-29 |
| 4. | Charles Sibley | CHARLES SIBLEY | 8/21/16 | 100 Rose Circle | 7.16.29 |
| 5. | Jimmy Gordon | Jimmy Gordon | 8/21/16 | 732 Mahl Rd. | 6-25-4 |
| 6. | Berton Sulliv | BERTON SULLIVER | 8-21-16 | 280 WOODLAND ARM | 8-5-40 |
| 7. | Holt Pittman | Holt Pittman | 8-21-16 | 822 Fairwood Cn | 12-7-74 |
| 8. | Dana Pittman | Dana Pittman | 08-21-16 | 822 Fairwood Cn | 07.20.78 |
| 9. | Vance Montgomery | VANCE MONTGOMERY | 8-21-16 | 120 STONEBROOK Rd. | 5-17-41 |
| 10. | Chris Carnathan | Chris Carnathan | 8/21/16 | 100 Valley Dr. | 11/4/74 |
| 11. | Bill Hoover | Bill Hoover | 8-21-16 | | 03/31/58 |
| 12. | Becky Carnathan | Becky Carnathan | 8/21/16 | 400 Rolling Oaks | 03/31/58 |
| 13. | Gene Carnathan | Gene CARNATHAn | 8-21-16 | " " " " | 1-1-42 |
| 14. | Rebecca Jane Taylor | Rebecca Jane Taylor | 8-21-16 | 2960 PC U01 Rd | 1.23.50 |
| 15. | Lorena Montgomery | Lorena Montgomery | 8-21-16 | 120 Stonebrook | 10-09-47 |
| 16. | Carolyn Roy | CAROLYN ROY | 8-21-16 | 306 WAVERLY WOOD LN | 6-23-40 |
| 17. | Bonnie Gentry | Bonnie Gentry | 8-21-16 | 503 Rolling Oaks Dr | 2-1-43 |
| 18. | Elizabeth S | Elizabeth Stephens | 8-21-16 | 50 Stephens Rd Hele | 2/16/25 |
| 19. | Guyla Handman | Guyla Handman | 8-21-16 | 131 Valley Dr. | 7/25/42 |
| 20. | Floyd Huert | Floyd Huert | 8-21-16 | 318 Neil Rd | 11-11-44 |

_Wanda Martin_, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

Signature:

_Wanda Martin_

Subscribed and sworn to me this ___7th___ day of ___Sept___ 2016.

Signature:

_Wanda Robertson_

My Commission Expires:

_6-13-2023_

15

WANDA ROBERTSON
MY COMMISSION # 12394022
EXPIRES: June 13, 2023
Phillips County

91/166

Certified copy

FILED 9-9-16
SANDI RAMSEY 9 15 AM
CITY CLERK
HELENA WEST HELENA

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE* of 2

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**      When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**      We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**      The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,**Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.      That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.      Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.      That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐      "For Initiated Ordinance 1-2016"

☐      "Against Initiated Ordinance 1-2016."

Article 4.      All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.      If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.      That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.      If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*

Page 2 of 2

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | Deborah Self | Deborah Self | 8/23/16 | 323 St. Clair W.H. | 11/29/64 |
| 2. | Nora Waters | Nora Waters | 8/30/16 | 656 Mimosa St. | 3/04/37 |
| 3. | Belinda Patton | Belinda Patton | 8/30/16 | 160 Pc 371 Rd. W.H. | 5/23/64 |
| 4. | Winford Henson | Winford Henson | 9/4/16 | 323 St. Ciaia W.H. | 9/14/41 |
| 5. | Dennis Johnston | Dennis Johnston | 9/7/16 | 726 Mimosa W.H. | 9/5/53 |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

I, Walter M Webb, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature:

*Walt M Webb*

Subscribed and sworn to me this 7th day of Sept 2016.

Signature:

*Wanda Robern*

My Commission Expires:

6-13-2023

WANDA ROBERTSON
MY COMMISSION # 12394022
EXPIRES: June 13, 2023
NOTARY PUBLIC
Phillips County

Certified
9-13-16
pranie

FILED    9-9-16
SANDI RAMSEY    9/15
CITY CLERK
HELENA WEST HELENA

37 of 64

INITIATED ORDINANCE 1-2016          *EXHIBIT "6" FOIA RESPONSE*

Page 1 of 2

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:

**WHEREAS:**     When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**     We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**     The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

NOW, THEREFORE, Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.      That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.      Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.      That the ballot question upon which the citizens shall vote shall be as follows:

          AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE

          THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

    ☐      "For Initiated Ordinance 1-2016"

    ☐      "Against Initiated Ordinance 1-2016."

Article 4.      All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.      If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.      That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.      If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

<div align="right">

FILED

SANDI RAMSEY

CITY CLERK

HELENA WEST HELENA

</div>

37 of 64

*EXHIBIT "6" FOIA RESPONSE* [2]

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| 1. Amber Tipton | Amber Tipton | 9/6/16 | 317 Pascoe St | 1-31-73 |
| 2. Marjorie Smith | Marjorie Smith | 9/06/16 | 305 Oakland | 12-12-22 |
| 3. Jimmy Webster | Jimmy Webster | 9/6/16 | 301 Woodland | 12-22-33 |
| 4. Holly Jordan | Holly Jordan | 9/7/16 | 118 Waverly | 11/9/40 |
| 5. Mickey R. Jordan | Mickey R. Jordan | 9/7/16 | " Wood " | 11/8/42 |
| 6. Al Hadley Jr | Al Hadley Jr | 9/7/16 | 219 Waverly Wood Circle | |
| 7. Charles Sibley | Charles Sibley | 9/7/16 | 100 Rose Circle Helena | 6/24/28 |
| 8. Cathy Campbell | Cathy Campbell | 9/7/16 | 229 A Cherry St Helena | 1-11-54 |
| 9. Kathleen Quinlen | Kathleen Quinlen | 9/7/16 | 707 Beech St Helena | 1-8-79 |
| 10. Robert Cheek | Robert T Cheek Jr | 9/7/16 | 526 Perry St. | 3/2/84 |
| 11. Chris Maloney | Chris Maloney | 9/7/16 | 1181 Springdale | 10/04/65 |
| 12. Janice Williams | Janice Williams | 9-7-16 | 100 Novembe | 9-2-73 |
| 13. Heather E Ferebee | Heather E Ferebee | 9-7-16 | 131 Waverly Wood Dr | 6-29-82 |
| 14. Dana Chadwick | Dana Chadwick | 9-7-16 | 107 Valley Dr. | 11/10/46 |
| 15. Jane Russell | Jane Russell | 9-7-16 | 1702 Stringtown Rd | 8-23-45 |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

I, Douglas Friedlander, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature:

Subscribed and sworn to me this 7th day of Sept. 2016.

Signature:

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:
5-2-2026

Certified
9-13-16
premis

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-9-16
9:15 Am

95/166

38 of 64

*EXHIBIT "6" FOIA RESPONSE* 2

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

*WHEREAS:*      When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

*WHEREAS:*      We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

*WHEREAS:*      The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

*NOW, THEREFORE,* Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.      That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.      Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.      That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐      "For Initiated Ordinance 1-2016"

☐      "Against Initiated Ordinance 1-2016."

Article 4.      All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.      If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.      That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.      If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE* 2

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | *Troy Boho Sr* | Troy L. Boho | 9-4-16 | 870 Kentucky St. W. Helena, AR | 6-14-45 |
| 2. | *Marie Corbin* | Marie Corbin | 9-4-16 | 316 Crescent Dr West Helena Ark | 2-9-39 |
| 3. | *Rhonda Fh* | Rhonda Fitzhug | 9-7-16 | 427 N 11th St W. Helena | 10-27-59 |
| 4. | *Meanna Scott* | MEANNA SCOTT | 9-7-16 | 500 RICE St W HELENA | 7-27-89 |
| 5. | *Fresnoba Bailey* | Fresnoba Bailey | 9-7-16 | 727 Richmond Hill West Helena AR | 4-27-80 |
| 6. | *Betty Branch* | Betty Branch | 9-7-16 | 415 Saturn Cone | 5-3-73 |
| 7. | *Lola Brider* | Lola Brider | 9-7-16 | 321 So S 7th | 10-22-76 |
| 8. | *Darsol Britton* | Darsol Britton | 9-7-16 | 615 Garland | 11-22-71 |
| 9. | *Ollie Quarles* | Ollie Quarles | 9-7-16 | 615 Garland | 9-8-75 |
| 10. | *Demarcus Burton* | Demarcus Burton | 9-7-16 | 1625 Sunset Dr Helena | 8-31-05 |
| 11. | *Regina Johnson* | Regina Johnson | 9-7-16 | 430 Valley Dr Helena AR | 10-23-82 |
| 12. | *Adriene Corbin* | ~~~~ | 9-7-16 | 53 Harvey St W H | ~~~~ |
| 13. | ~~~~ | Adriene Diane Corbin | 9-7-16 | 53 Harvey St W. Helena, AR 72390 | 8-4-54 |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

I, *MARIE CORBIN* being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature: *Marie Corbin*

Subscribed and sworn to me this 8th day of Sept 2016.

Signature: *J Valley*

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5-2-2026

certified
9-13-16
97/166 *amay*

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-9-16
9:15 AM

39 of 64

*EXHIBIT "6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**      When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**      We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**      The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

*"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."*

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.      That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.      Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.      That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐      "For Initiated Ordinance 1-2016"

☐      "Against Initiated Ordinance 1-2016."

Article 4.      All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.      If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.      That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.      If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

*EXHIBIT "6" FOIA RESPONSE* 2

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | Sheronda Burton | Sheronda Burton | 9/4/16 | 232 Bart. W. Helena | 5/6/1981 |
| 2. | Leon Burton | Leon Burton | 9/4/16 | 232 Bart ir. Hela | 2-18-83 |
| 3. | Emma White | Emma Davis | 9-4-16 | 620 Jefferson Helena | 2-20-56 |
| 4. | Francine Crain | Francine Crain | 9/4/16 | 514 poplar Helena | 8/28/38 |
| 5. | Mary Hill | Mary Hill | 9/4/16 | 232 Bart Street | 11/16/49 |
| 6. | S.B. Mitchell | S.B. MITCHELL | 9-04-16 | 1645 PC Road 343 | 10-23-38 |
| 7. | Rafe Mitchell | RAFE MITCHELL | 9-4-2016 | Jordan St 203 Westa | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

I, Robert Crain , being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

5

Signature:

Robert Crain

Subscribed and sworn to me this 8th day of Sept. 2016.

Signature:

J. F. Valley

J. F. VALLEY
NOTARY PUBLIC
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5-2-2026

Certified
9-13-16
pnancy

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-9-16     9:15 pm

40 of 64

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**     When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**     We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**     The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.     That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.     Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.     That the ballot question upon which the citizens shall vote shall be as follows:

                    AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
                    THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

        ▢     "For Initiated Ordinance 1-2016"

        ▢     "Against Initiated Ordinance 1-2016."

Article 4.     All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.     If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.     That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.     If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law, following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE I-2016

*EXHIBIT "6" FOIA RESPONSE* f2

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | Willie Mills J. | Willie Mills Jr. | 9-3-16 | 522 Biscoe | 9-21-22 |
| 2. | Tonye Seals | Tonye Seals | 9-4-16 | 327 N6th 6th | 10-17-79 |
| 3. | Flora Hayes | Flora Hayes | 9-4-16 | 238 S. 8th Street | 6-11-55 |
| 4. | Kaeisha Fitzhgh | Kaeisha Fitzhugh | 9-4-16 | 427 N. 11th St. | 11-15-83 |
| 5. | Jw T. Dixon | Jw T. Dixon | 9-4-16 | 304 N Meadowbrook | 12-24-86 |
| 6. | Lucille K Slaughter | Lucille K Slaughter | 9-8-16 | 232 So 8th St | 4-1-43 |
| 7. | W.H. Slaughter | W.H. Slaughter | 9/8/16 | 232 S. 8th ST | 5-19-37 |
| 8. | Luther Hayes | Luther Hayes | 9/8/16 | 238. south 8th st | 06-30-91 |
| 9. | Elizabeth Whitfield | Elizabeth Whitfield | 9/8/2016 | 501 College Street | 04-17-91 |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

I, Luther Hayes , being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature: Luther Hayes

Subscribed and sworn to me this 8th day of Sept. 2016.

Signature: JF Valley

NOTARY PUBLIC
J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5-2-2026

7

certified
9-13-16
pr Ramsey

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-9-16   9:15 AM

41 of 64

101/166

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:** When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:** We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:** The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### *"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE*
### *THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."*

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.       That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.       Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.       That the ballot question upon which the citizens shall vote shall be as follows:

> AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
> THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐       "For Initiated Ordinance 1-2016"

☐       "Against Initiated Ordinance 1-2016."

Article 4.       All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.       If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.       That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.       If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

*EXHIBIT "6" FOIA RESPONSE* :2

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|-----------|--------------|-------------|-------------------|---------------|
| 1. Calvin Miller | Calvin Miller | 8-30-2016 | 143 Dennis Dr. | 1/6/1957 |
| 2. Mary H. Miller | Mary H. Miller | 8-30-2016 | 143 Dennis Dr. | 1/3/1960 |
| 3. Ollie E. White | Ollie E. White | 8-30-2016 | 1720 Holly St. | 03/14/75 |
| 4. Joshua Boyd | Joshua Boyd | 8-31-16 | 810 Columbia | 08/15/83 |
| 5. Nathan Whitfield | Nathan Whitfield | 9-4-16 | 719 Perry St. | 8/4/87 |
| 6. Tomisha Gant | Tomisha Gant | 9-4-16 | 308 Righton Apt. C Helena AR | 9/8/85 |
| 7. Michelyn Gant | Michelyn Gant | 9-4-16 | Monroe St. Helena AR | 4-5-90 |
| 8. Dorothy Randle | Dorothy Randle | 9-7-16 | 467 Devilla | 5-20 |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

I, Verna Boyd, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature: Verna Boyd

Subscribed and sworn to me this 8th day of Sept 2016.

Signature: J. J. Valley

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5-2-2026

6

certified
9.13.16
mamso

9.9.16
9.15 AR
FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

42 of 64

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*

## AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**     When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**     We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**     The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

## "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.     That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.     Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.     That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

- ▢     "For Initiated Ordinance 1-2016"
- ▢     "Against Initiated Ordinance 1-2016."

Article 4.     All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.     If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.     That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.     If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1 2016

*EXHIBIT "6" FOIA RESPONSE* 2

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|-----------|-------------|-------------|-------------------|---------------|
| Rev Ta Sean Smith | Rev. Ta'Sean Smith | 9/5/16 | 1104 Cherry | 09/13/45 |
| Dominique Smith | Dominique Smith | 9/5/16 | 1032 Forrest Hill | 10/17/86 |
| Kejiah D. Walker | Kejiah D. Walker | 9/5/16 | 717 Forrest Hill | 8-14-75 |
| Courtney Baylark | Courtney Baylark | 9-5-16 | 717 Forest Hill | 7-13-80 |
| Belinda Gentry | Belinda Gentry | 9-5-16 | 641 Forrest Hill | 12-12-89 |
| Chester Gentry | CHESTER GENTRY | 9-2-16 | 641 FORREST HILL | 3-2-58 |
| Carolyn Parks | CAROLYN PARKS | 9/5/16 | 724 Forrest Hill | 12/14/60 |
| James Parks | James PARKS | 9/5/16 | 724 Forrest Hill | 3/30/53 |
| Ruthie Pride | Ruthie L. Pride | 9/8/16 | 721 Forrest Hill Dr | 3/25/65 |
| Linda Washington | Linda Washington | 9/8/16 | 473 Devilla | 9/15/66 |
| Dorothy Tate | Dorothy Tate | 9/8/16 | 402 Devilla St | 11/14/53 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I, Belinda Mony, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

Signature: _Belinda Mony_

Subscribed and sworn to me this 8th day of Sept 2016.

Signature: _J F Valley_

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5-2-2026

8

Certified
9-13-16
nams

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-9-16  9:15 AM

43 of 64

*EXHIBIT "6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**        When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**        We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**        The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,**Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.        That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.        Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.        That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

- ☐    "For Initiated Ordinance 1-2016"
- ☐    "Against Initiated Ordinance 1-2016."

Article 4.        All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.        If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.        That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.        If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE* 2

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1 | Nancy Banks | Nancy Banks | 9-2-16 | 614 Kighton St | 1-9-75 |
| 2 | Irma Knowlton | IRMA Knowlton | 9-6-16 | 430 West St | 7-3-42 |
| 3 | Billy McMillen | Billy McMillen | 9/8/16 | 1711 Strington Rd | 5/15/41 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |

I Belinda Mondy being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature: Belinda Mondy

Subscribed and sworn to me this 8th day of Sept 2016.

Signature: J. F. Valley

My Commission Expires:

_____

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

3

Certified
9-13-16
DNams

9-9-16
915 Am

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

448 64

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**     When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**     We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**     The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.     That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.     Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.     That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐     "For Initiated Ordinance 1-2016"

☐     "Against Initiated Ordinance 1-2016."

Article 4.     All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.     If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.     That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.     If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

*EXHIBIT "6" FOIA RESPONSE* **2**

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| 1. Rev. Cedric Pride | Rev.Cedric Pride | 9-5-16 | 929 Forrest Blvd | 8-12-59 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

I, Belinda Mondy being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature:

Subscribed and sworn to me this ___8th___ day of ___Sept.___ 2016.

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
NOTARY
SEAL
PUBLIC
Phillips County

My Commission Expires:

5-2-2026

Signature:

certified
9.13.16
pride

9-9-16
9:15 Am
FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

109/166

45 of 64

*EXHIBIT "6" FOIA RESPONSE*

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:** When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:** We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:** The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐    "For Initiated Ordinance 1-2016"

☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

*EXHIBIT "6" FOIA RESPONSE* 2

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | James C. Frazi | JAMES C. FRAZIER | 9/2/16 | 100 Quapaw | 9/29/36 |
| 2. | Elaine M. Frazier | ELAINE M. FRAZIER | 9-2-16 | 100 Quapaw | 8-4-40 |
| 3. | Frank Clancy | FRANK CLANCY | 9/7/16 | 2000 Holly | 6-16-54 |
| 4. | Brett S. Smith | Brett S. Smith | 9/7/16 | 1634 Sulpher springs | 2-3-58 |
| 5. | Kevin A. Smith | Kevin A. Smith | 9/7/16 | 135 Waverly wood Dr | 3/12/62 |
| 6. | Richard Parker | Richard Parker | 9/7/16 | 100 Ridgemont | 9/28/46 |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

I, Belinda Mon, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

Signature: _____

Subscribed and sworn to me this 8th day of Sept 2016.

Signature: _____

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County
NOTARY PUBLIC

My Commission Expires:

5-2-2026

5 certified 9-13-16

many

9-9-16
9:15 Am

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

46 of 64

111/166

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

   ▢    "For Initiated Ordinance 1-2016"

   ▢    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*

Page 2 of 2

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | Nancy Banks | Nancy Banks | 9-2-16 | 644 Highton St | 4-19-75 |
| 2. | Tena Knowlton | TENA Knowlton | 9-6-16 | 430 West St | 7-3-72 |
| 3. | Billy McNaithe | Billy McNaithe | 9/2/16 | 1805 Huntan Rd | 5/13/41 |
| 4. | Carolyn McMillan | Carolyn McMillan | 9/8/16 | 1711 Stringtown Rd. | 5/24/44 |
| 5. | Billy McMillan | Billy McMillan | 9/8/16 | 1705 Stringtown Rd | 5/15/41 |
| 6. | Shirley Stevenson | Shirley Stevenson | 9/8/16 | 4615 Sam Street | 8-19-56 |
| 7. | Willie Felton | Willie Felton | 9/8/16 | 1707 Stringtown Rd | 6/1/61 |
| 8. | Sharon Wooten | Sharon Wooten | 9/8/16 | 1711 Stringtown Rd | 12/10/63 |
| 9. | Barbara Stevenson | BARBARA Stevenson | 9-8-16 | 521 Anderson St | 1-13-57 |
| 10. | Hillary Miller | Hillary Miller | 9-8-16 | 101 Pinewood | 10/2/85 |
| 11. | Michael Tharp | Michael Tharp | 9-8-16 | 108 Gladon | 2-1-81 |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

I, Belinda Mony being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

Signature: Belinda Mony

Subscribed and sworn to me this 8th day of Sept. 2016.

Signature: J Valley

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County
NOTARY PUBLIC

My Commission Expires:

5-2-2026    3

9-9-16
9 15 Am

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

Certified
9-13-16
manso

113/166

47 of 64

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

*TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:*

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

*NOW, THEREFORE,* Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐    "For Initiated Ordinance 1-2016"

☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

EXHIBIT "6" FOIA RESPONSE '2

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| 1. Alohus A Smot | Alohus A. Smth | 9-8-16 | 1003 PC 300 | 3-9-61 |
| 2. Amanda Anders | Amanda Anders | 9-8-16 | 1003 Pc 300 | 5-29-81 |
| 3. Ollie Wardlaw | Ollie Wardlaw | 9-8-16 | 235 N Ashlar St | 3-2-52 |
| 4. Lillean Leach | Lillian E Leach | 9/8/16 | 32 Parkdale | 12/11/51 |
| 5. Chasity Perry | Chasity Perry | 9/8/16 | 514 Grand Ave. | 1-26-92 |
| 6. Johnie Pearc | Johnie Pearc | 9-8-16 | 4654 West | 9-8-63 |
| 7. Darrell Joshae | Darrell Joshae | 9.8-16 | 83 Cross St | 5-23-53 |
| 8. Ariel Buston | Ariel Buston | 9-8-16 | 3801 Denise Dr. | 10/7/90 |
| 9. Thessa Thelman | Thessa Thelman | 9/8/16 | 520-Russell | 11/10/87 |
| 10. David Clark | David Clark | 9/8/16 | 214 North 11th | 9/23/61 |
| 11. Daishun Tyler | Daishun Tyler | 9/8/16 | 210 W.10th street | 03/10/1987 |
| 12. Nathan Hughes | Nathan Hughes | 9-8-16 | 725 Kentucky | 12/9/90 |
| 13. Willie Keller | Willie Keller | 9-8-16 | Garland 126 | 2564 |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

I, Leonard Fitzgerald, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature of Petitioner:

Leonard Fitzgerald

Subscribed and sworn to me this 8th day of Sept 2016.

Signature: J Valley

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5 - 2 - 2026

9-9-16
9:15 Am
FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

certified
9.13.16
manu

4/8 of 64

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE 2*

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:** When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:** We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:** The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.       That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.       Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.       That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐   "For Initiated Ordinance 1-2016"

☐   "Against Initiated Ordinance 1-2016."

Article 4.       All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.       If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.       That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.       If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE* 2

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| 1. Fran Venson | FRAN VENSON | 9-2-16 | 408 BONANZA | 7/13/61 |
| 2. Teresa Bailey-Jones | Teresa Bailey-Jones | 9-2-16 | 102 Carolina | 4/14/75 |
| 3. Mary Tye | Mary Tye | 9-2-16 | 1066 Arkansas | 12/27/56 |
| 4. Evelyn Combs | Evelyn Combs | 9-2-2016 | 114 Navijo | 8/12/63 |
| 5. Courtney Combs | Courtney Combs | 9-2-2016 | 100 Danna Apt#116 | 11-25-196 |
| 6. Jesse Milton | Jesse Milton | 9-2-16 | 701 Mimosa | 3-23-71 |
| 7. Lisa Lee | LISA LEE | 9-2-16 | 203 N. Ashby | 10-6-66 |
| 8. Sandra Berkwood | Sandra Berkwood | 9-16-16 | 326 N Washington | 10-25-68 |
| 9. Harry Lindsey | HARRY Lindsey | 9/07/16 | 207 Larry St WH | 12/04/1943 |
| 10. Donnell Key | Donnell Key | 9-07-16 | 209 South 7 | 6-26-71 |
| 11. Dennis Thompson | Dennis Thompson | 9-07-16 | 239 South Rein | 02-15-92 |
| 12. Jeanette Gales | Jeanette Gales | 9-7-16 | 1795 P.C. 300 RD | 3-25-57 |
| 13. Joyce Lewis | Joyce Lewis | 9-7-16 | 458 N. Washington | 98 |
| 14. H. Marie Glenworth | H. Marie Glenworth | 9-8-16 | | |
| 15. Mary Rozier | Mary Rozier | 9-8- | mc | 1-45-64 |
| 16. Kenneth J Prio | Kenneth J Prio | 9-8-16 | 562 S. Ridge Dr WH Ark 72390 | 9-13-57 |
| 17. Mark Lindsey | Mark Lindsey | 9-8-16 | 203 Porter WH | 1-11-61 |
| 18. Ophelia Gates | Ophelia Gates | 9-8-16 | 203 Oxford dr WH | 11-19-81 |
| 19. Carlonda Gray | Carlonda Gray | 9-8-16 | 458 Desota | 8-16-65 |
| 20. Vanessa Turner | Vanessa Turner | 9-8-16 | 212 Balboa Ct | 7-22-90 |

I, _Leonard Fitzgerald_____, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature:

_Leonard Fitzgerald_

Subscribed and sworn to me this _8th_ day of _Sept_ 2016.

Signature:

_J. Valley_

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

_5-2-2026_

/5

certified
9-13-16
snam

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

49 of 64
9-15 AM

INITIATED ORDINANCE 1-2016

EXHIBIT "6" FOIA RESPONSE

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**     When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**     We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**     The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.     That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.     Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.     That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐     "For Initiated Ordinance 1-2016"
☐     "Against Initiated Ordinance 1-2016."

Article 4.     All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.     If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.     That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.     If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 2015

*EXHIBIT "6" FOIA RESPONSE #2*

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | Camille Germany | Camille Germany | 9-1-16 | 810 Alabama St West Helena | 2-1-49 |
| 2. | Detina Baker | Detina Baker | 9-2-16 | 1723 Porter St Helena, AR 72342 | 9-11-82 |
| 3. | Alie Jackson | Alie Jackson | 9-2-16 | 1312 Perry St | 7-25-48 |
| 4. | Chatorion Dillard | Chatorion Dillard | 9-2-16 | 406 Pecan St | 8-4-94 |
| 5. | Ella James | ELLA JAMES | 9-2-16 | 207 Jefferson Helena AR | 4/27/58 |
| 6. | Evelyn Suggs | Evelyn Suggs | 9-2-16 | 1056 2000 W Helena | 3/25/58 |
| 7. | Jacquilin Conley | Jacquilin Conley | 9-2-16 | 819 Miller Helena | 9/29/63 |
| 8. | Tanny Colt | Tanny Colt | 9-2-16 | 29 Ferman | 10-7-59 |
| 9. | Stephanie Smith | STEPHONIE SMITH | 9-6-16 | 303 South Ninth | 6-23-68 |
| 10. | Jo Ann Austin | Jo Ann Austin | 9-6-16 | 838 Georgia St | 5/17/52 |
| 11. | Curtis Powers | Curtis Powers | 9-6-16 | 526 Kentucky St | 5/3/72 |
| 12. | Susan Smith | Susan Smith | 9-6-16 | 303 S. Ninth St | 11-12-70 |
| 13. | Rosevelt Bird | R. B | 9-6-16 | 513 Columbia St | 9-24-60 |
| 14. | Loyal Bullock | Loyal Bullock | 9-7-16 | 504 College St | 10-16-58 |
| 15. | Synthious Bose | Synthious Bose | 9-8-16 | 1013 Forrest Hill | 4-17-88 |
| 16. | Shirley Foreman | SHIRLEY FOREMAN | 9-8-16 | 1159 College | 7-23-57 |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

I, Kevin Wiley Sr, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

Signature:

Kevin Wiley Sr.

Subscribed and sworn to me this 8th day of Sept 2016.

Signature:

J. F. Valley

J. F. VALLEY
NOTARY PUBLIC
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5-2-2026

9

Certified
9-13-16
BANmey
119/166

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-9-16
9-16 AM

50 of 64

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:** When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:** We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:** The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,**Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

"*AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.*"

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐    "For Initiated Ordinance 1-2016"

☐    "Against Initiated Ordinance 1-2016."

Article 4:    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

*EXHIBIT "6" FOIA RESPONSE* 2

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| 1. | Jessica Rossoni | 9-4-16 | 101 Waverly Wood Dr. | 12-6-90 |
| 2. | Victor Sellarole | 9-4-16 | 191-Waverly wood | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

I, Belinda Mondy, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature:

Subscribed and sworn to me this 8th day of Sept. 2016.

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5-2-2026

Signature:

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

Certified
9.13.16
121/166Ms

9.-9.16
9:15 AM

5/08 64

*EXHIBIT "6" FOIA RESPONSE 2*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

  ▢    "For Initiated Ordinance 1-2016"
  ▢    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

*EXHIBIT "6" FOIA RESPONSE*

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| 1. *Mary Arnold* | MARY ARNOLD | 9-3-16 | 216 1010 Street | 4-7-53 |
| 2. *Kathy Chisnall* | KAthy Chisnall | 9-8-16 | 728 Beechwood DE | 10-18-51 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

_____, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

Signature: _____

Subscribed and sworn to me this ___8th___ day of ___Sept.___ 2016.

Signature: _____

My Commission Expires:

___11/10/2019___        /

KATHY CHISNALL
NOTARY
★
PUBLIC
#12373774
EXPIRES
11-10-2019
COUNTY, AR

123/166

Certified
9-13-16

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA
9-8-16
9:15 Am

*pnams*   5 2. 8/6 9/

EXHIBIT "6" FOIA RESPONSE

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE**
**THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE**
**THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐    "For Initiated Ordinance 1-2016"

☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

EXHIBIT "6" FOIA RESPONSE of:

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1) | Diane Clemons | Diane Clemons | 9-6-2016 | 4203 Jenn St | 3-27-53 |
| 2) | Danny Carcily | Danny Carcily | 9-6-2016 | 106 Oak Forest | 10-8-48 |
| 3) | Deborah Gallaway | Deborah Gallaway | 9-6-16 | 121 N. 10th St | 8-29-56 |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

_____, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature:

Subscribed and sworn to me this __8th__ day of __Sept__ 2016.

Signature:

My Commission Expires:

__11-10-2019__

KATHY CHISNALL
NOTARY
PUBLIC
#12373774
EXPIRES
...2019
...LIPS COUNTY, AR

Certified
9-13-16
Onams

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

53 of 64
9-9-16

125/166

EXHIBIT "6" FOIA RESPONSE

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**  When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**  We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**  The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

**Article 1.**  That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

**Article 2.**  Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

**Article 3.**  That the ballot question upon which the citizens shall vote shall be as follows:

> AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐  "For Initiated Ordinance 1-2016"

☐  "Against Initiated Ordinance 1-2016."

**Article 4.**  All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

**Article 5.**  If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

**Article 6.**  That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

**Article 7.**  If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE 2*

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| 1. Henry Mooney | Henry Mooner | 9-8-16 | 1136 Cherry | 9-15-62 |
| 2. Cindy Randall | Cindy Randell | 9-8-16 | 112 Tennessee | 9-14-78 |
| 3. Moiella Jones | Moiella Jones | 9-8-16 | (illegible) Kentucky | 5-24-54 |
| 4. Sandra Nealy | Sandra Nealy | 9-8-16 | 118 Tennessee | 11-16-73 |
| 5. Tra Nealy | Tra Nealy | 9-8-16 | 118 Tennessee | 8-1-94 |
| 6. Demarius Bibbs | Demarius Bibbs | 9-8-16 | (illegible) Kentucky | 6-6-94 |
| 7. Robert Henry | Robert Henry | 9-8-16 | 118 Tennessee | 8-26-77 |
| 8. Mary Mitchell | Maryice Mitchell | 9-8-16 | 107 Pershing St | 4-14-46 |
| 9. Shelia Mitchell | Shelia Mitchell | 9-8-16 | 514 Quirides Lane | 1-2-83 |
| 10. Mary Mitchell | Mary Mitchell | 9-8-16 | 107 Pershing St | 8-20-84 |
| 11. Tanya Harrison | Tanya Harrison | 9-8-16 | 1131 College | 10-11-76 |
| 12. Eboni Giles | Eboni Giles | 9-8-16 | 108 Trinity | 12-13-96 |
| 13. Freddie Haynes | Freddie Haynes | 9-8-16 | 125 Dennis dr | 9-28-78 |
| 14. Tabaitha Murry | Tabaitha Murry | 9-8-16 | 125 Dennis Dr. | 10-30-76 |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

I, _Sharon Washington_, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature: _Sharon Washington_

Subscribed and sworn to me this _8th_ day of _Sept_ 2016.

Signature: _J.J. Valley_

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

_5-2-2026_

certified
9-13-16
127/166 Ramsey

FILED
SANDI RAMSEY   9-9-16
CITY CLERK     9:15 An
HELENA WEST HELENA

54 of 64

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE 2*

## AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.       That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.       Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.       That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

    ▢    "For Initiated Ordinance 1-2016"
    ▢    "Against Initiated Ordinance 1-2016."

Article 4.       All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.       If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.       That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.       If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | Janela Payne | JANELA PAYNE | 9/7/16 | 632 Mimosa W.H | 8/31/62 |
| 2. | Walter Payne Jr. | WALTER PAYNE JR | 9/8/16 | 514 E Baldwin W.H | 10/12/57 |
| 3. | Walter Payne Sr | WALTER PAYNE SR | 9/8/16 | 514E Baldwin W.H | 4/29/51 |
| 4. | Janie Davis | JANIE DAVIS | 9/8/16 | 514 E. Baldwin W.H | 6/27/50 |
| 5. | Michael Payne | Michael Payne | 9/8/16 | 203 Garland W.H | 6/19/58 |
| 6. | Darryl Payne | DARRYL PAYNE | 9/8/16 | 514 E. Baldwin WH | 1/21/69 |
| 7. | Osie Shaffer Jr | OSIE Shaffer JR | 9/8/16 | 612 E. Preh W.H | 9/4/46 |
| 8. | James Shaffer | James Shaffer | 9/8/16 | 115 Meadowbrook | 3/25/50 |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

I, Belinda Mondy, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature: Belinda Mondy

Subscribed and sworn to me this 8th day of Sept 2016.

Signature: J.F. Valley

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires: 5-2-2026

certified 9.13.16

FILED SANDI RAMSEY CITY CLERK HELENA WEST HELENA
9-9-16 915pm

*EXHIBIT "6" FOIA RESPONSE 2*

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐    "For Initiated Ordinance 1-2016"
☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| 1. Dawna Parker | DAWNA PARKER | 9-5-16 | 100 Ridgemont Rd. | 2-24-47 |
| 2. | ANNA SKORUPA | 9/5/2016 | 816 College St. Helena | 02/10/1981 |
| 3. | Douglas Friedlander | 9/5/16 | 816 College St. Helena | 06/25/1976 |
| 4. Monique Miller | Monique Miller | 9/5/2016 | 720 Beech St. | 2/8/1982 |
| 5. Carolyn Hicks | Carolyn Hicks | 9/5/16 | 302 East Ridge Helena | 4/30/57 |
| 6. Mark Price | Mark A. Price | 9/6/16 | 221 W. Russell | 11-04-62 |
| 7. Lakisha Stevenson | Lakisha Stevenson | 9-7-16 | 34 parkdale | 11-04-84 |
| 8. James Hicks | JAMES HICKS | 9-7-16 | 227 Kentucky St. | 10-16-52 |
| 9. Corey Gordon | Corey Gordon | 9-7-16 | 115 N. 6th St | 9-18-87 |
| 10. Eric Martin | Eric Martin | 9-7-16 | 155 Oakland | 5-30-70 |
| 11. Kaseri Lofton | Kaseri Lofton | 9-7-16 | 932 Arkansas | 07-25-95 |
| 12. Tonya Johnson | Tonya Johnson | 9-7-16 | 433 West St | 01-12-90 |
| 13. Julie Maloney | Julie Maloney | 9-7-16 | 1481 Springdale | 12-24-71 |
| 14. Roscoe Wilson | Roscoe Wilson | 9-7-16 | 210 Moore St | 11-27-58 |
| 15. | Clinton Yesu | 9-8-16 | 104 Avalon Ave | 08-17-55 |
| 16. Amos Newell | Amos Newell | 9-8-16 | 123 Phillips 234 Rd | 11-13-57 |
| 17. Carrie Newell | Carrie Newell | 9-8-16 | " | 4-29-53 |
| 18. Carilyn Shears | Carilyn Shears | 9-9-16 | 15 Edgewood Cir. | 2-4-55 |
| 19. Jackie Scott | Jackie Scott | 9-9-16 | 203 Fairview | 11-1-64 |
| 20. Maxine German | Maxine German (Miller) | 9-9-16 | 1005 Arkansas St | 12-31-63 |

I, Belinda Mondy being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

Signature: Belinda Mondy

Subscribed and sworn to me this 8th day of Sept 2016.

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

Signature: J F Valley

My Commission Expires: 5-2-2026

certified 9-13-16
pending 9-9-16 9-15 pm

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

56 of 64

*EXHIBIT "6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

*NOW, THEREFORE,* Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

*"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."*

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐    "For Initiated Ordinance 1-2016"

☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE* 2

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | *[illegible]* | *[illegible]* | *[illegible]* | *[illegible]* | *[illegible]* |
| 2. | Christopher Smith | Christopher Smith | 9-6-16 | 227 S. Baring | 9/26/78 |
| 3. | Christine Smith | ChristiN Smith | 9/7/16 | 227 S. Barin go | 3-6-47 |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

I, Durenia Smith , being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature: *Durenia Smith*

Subscribed and sworn to me this 8th day of Sept. 2016.

Signature: *J F Valley*

J. F. VALLEY
NOTARY PUBLIC
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5-2-2026

9-9-16
915 Am

certified
9-13-16
pnamso

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

57864

133/166

*EXHIBIT "6" FOIA RESPONSE* 2

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:** When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:** We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:** The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

**Article 1.** That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

**Article 2.** Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

**Article 3.** That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

- ☐ "For Initiated Ordinance 1-2016"
- ☐ "Against Initiated Ordinance 1-2016."

**Article 4.** All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

**Article 5.** If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

**Article 6.** That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

**Article 7.** If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE 2*

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | *Michael Hudson* | MICHAEL HUDSON | 9/5/16 | 433 WEST | 3/9/61 |
| 2. | *J.F. Valley* | J.F. Valley | 9/7/16 | 112 Gladon St | 12/7/68 |
| 3. | *C.S. Mitchell* | C.S Mitchell | 9/7/16 | 737 Liberty St | 12/01/84 |
| 4. | *A.L.Pat Roberson III* | A.L Pat Roberson III | 9/7/16 | 143 Quapaw Trail Helena | Jul 12-41 |
| 5. | | A.L. Patrick Roberson IV | 9/7/16 | 725 SAINT REGIS | 12/21/74 |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

I, Elijah Mosby, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature: *Elijah Mosby*

Subscribed and sworn to me this 8th day of Sept 2016.

Signature: *J.F. Valley*

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5-2-2026

Certified
9-13-16
Dramsey   9-9/16
            9/8pm

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

58 of 64

135/166

*EXHIBIT "6" FOIA RESPONSE 2*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**        When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**        We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS**:        The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.        That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.        Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.        That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐        "For Initiated Ordinance 1-2016"

☐        "Against Initiated Ordinance 1-2016."

Article 4.        All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.        If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.        That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.        If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE 2*

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| | | | *139 N seventh. west Helena* | |
| Lawrence L Bryant | LAwrence L. BRyant | 9/8/16 | ↓ | 08-30-57 |
| agtha Murphy | Agatha Murphy | 9/8/16 | 1325 pecan street | 11-09-1990 |
| Jasmine Jackson | | | | |
| Patrick Ottis | Patrick Ottis | 9-8-16 | 213 Jane st | 1-21-89 |
| Teresa moore | Teresa moore | 9-8-16 | 245 S coarza | 3-27-72 |
| Lashontia Dismue | Lashontie Dismue | 9/8/16 | 645 Seminole St | 10-3-82 |
| Arlisha Brewer | Arlisha Brewer | 9-8-16 | 217 Jane St. | 9-5-67 |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

I, Kinia Harris being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

Certified
9-13-16

Signature Kinel Harris

Subscribed and sworn to me this 8th day of Sept 2016. means

Signature J Vally

My Commission Expires:
5-2-2026

J. F. VALLEY
NOTARY PUBLIC
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips Co

137/166

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

9-9-16

59 of 64

*EXHIBIT "6" FOIA RESPONSE*

## AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
## THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.        That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.        Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et./Seq..

Article 3.        That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐    "For Initiated Ordinance 1-2016"

☐    "Against Initiated Ordinance 1-2016."

Article 4.        All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.        If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.        That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.        If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm, or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

34 of 64

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE* :2

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|
| 1. Shawndus Gregory | Shawndus Gregory | 9/7/16 | 106 Ivy Circle Helena | 6/8/64 |
| 2. Vivian R Williams | Vivian R Williams | 9/7/16 | 1126 Columbia St Helena | 10/30/90 |
| 3. Bianca Rose | Bianca Rose | 9/7/16 | 51 Phillips Rd 359 5 | 3/28/92 |
| 4. Denise Otey | Denise Otey | 9/7/16 | 333 Luscar West Helena 72390 | 02/08/92 |
| 5. | Charlotte Gibran | 9/7/16 | 106 PC 241 Helena | 10/24/85 |
| 6. | Jennifer Rowen | 9/7/16 | 220 S. 9th Street Helena AR | 12/26/88 |
| 7. Phillip Gregory | Phillip Gregory | 9/7/16 | 106 Ivy Circle Helena | 6/11/62 |
| 8. Vickie Gregory | Vickie Gregory | 9/8/16 | 104 Ivy Circle Helena | 4/5/67 |
| 9. | Aaron Gilmore | 9-8-16 | 127 Shaninik Hill, | 5-11-9 |
| 10. Fionia Burnside | ~~Fionia Burnside~~ | 9-8-16 | 542 Roseland W Helena 7290 4-24-01 |  |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

I, Shawndus Gregory, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature: Shawndus Gregory

Subscribed and sworn to me this 8th day of Sept 2016.

Signature: J. F. Valley

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:
5-2-2026

certified
9-13-16
Notary

9-9-16
9:15 Am

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

6

139/166

60 of 64

*EXHIBIT "6" FOIA RESPONSE*

**AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.**

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

**"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."**

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐    "For Initiated Ordinance 1-2016"
☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law, following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE* 2

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | Marvin Jarrett | Marvin Jarrett | 8/8/16 | 245 N. Baringo St | 4/9/58 |
| 2. | Isaac Tribune | Isaac Tribune | 9-8-16 | 828 000 K Street | 07-10-5? |
| 3. | Xayana Harvey | Xayana Harvey | 9/8/16 | 245 N Barno St | 6/14/98 |
| 4. | Jonathan Jarrett | Jonathan Jarrett | 9/8/16 | 245 N Baringo | 7/15/90 |
| 5. | Matthew Jarrett | Matthew Jarrett | 9/8/16 | 245 N. Baringo | 2/12/98 |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

Marvin Jarrett being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature: Marvin Jarrett

Subscribed and sworn to me this 8th day of Sept 2016.

Signature: J. Valley

J. F. VALLEY
NOTARY PUBLIC
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:

5-2-2026        5

Certified
9-13-16
OriRam

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

9-9-16
9:15 AM    61 of 64

*EXHIBIT "6" FOIA RESPONSE 2*

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**      When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**      We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**      The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.      That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.      Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.      That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐      "For Initiated Ordinance 1-2016"

☐      "Against Initiated Ordinance 1-2016."

Article 4.      All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.      If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.      That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.      If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

*EXHIBIT "6" FOIA RESPONSE* 2

| Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|-----------|--------------|-------------|-------------------|---------------|
| 1. Annie Redmon | Annie Redmon | 8-30-16 | 125 Westwood | 11-03-51 |
| 2. Mattie Clemons | Mattie Clemons | 8-30-16 | 508 Hawkins | 08-08-63 |
| 3. Anita Haggins | Anita Haggins | 9/5/16 | 141 Beechwood | 2/12/63 |
| 4. Franecia Barnes | Franecia Barnes | 9/5/16 | 115 Sacred Heart | 11-13-79 |
| 5. Lawrena Hope | Lawrena Hope | 9/6-2016 | 562 Grave 9th | 3-22-67 |
| 6. Lorene Dixon | Lorene Dixon | 9-6-16 | 558 Old Dominion | 5-24-56 |
| 7. Tameko Miller | Tameko Miller | 9-6-16 | 180 Oakland Ave | 4-10-68 |
| 8. Sylvester Lovelady | Sylvester Lovelady | 9-6-16 | 810 Phillis Rd#21 Lexa, Ar | 11-28-49 |
| 9. Patsy Billingsley | Patsy Billingsley | 09/06/16 | 201 Crisp, West Helena, AR | 11-01-53 |
| 10. David Billingsley | DAVID Billingsley | 09/06/16 | 201 Crisp, West Helena, AR | 08/01/87 |
| 11. Angela Billingsley | Angela Billingsley | 9/6/16 | 1319 Clarienna St | 3-18-73 |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

I, Annie Red, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature: Annie Redmon

Subscribed and sworn to me this 8th day of Sept 2016.

J. F. VALLEY
MY COMMISSION #12607705
EXPIRES: May 2, 2026
Phillips County

Signature: J F Valley

My Commission Expires:

5-2-2026

Certified
9-13-16
Div. 143/166

9-9-16
9:15 AM      62 of 64

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

*EXHIBIT "6" FOIA RESPONSE 2*

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐    "For Initiated Ordinance 1-2016"

☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | Jordan Redd Jr | Jordan Redd Jr. | 9-3-16 | 644 Mimosa, | 9-10-84 |
| 2. | Catherine Gibson | Cathrine Gibson | 9-8-16 | 644 Mimosa | 3-11-55 |
| 3. | George Gibson | George A Gibson | 9-8-16 | 644 Mimosa | 1-31-55 |
| 4. | Van Taylor | Van Taylor | 9-8-16 | 1122 Cherry | 3-10-58 |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

I, George Gibson, being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal vote of the City of Helena-West Helena.

Signature: _____

Subscribed and sworn to me this 8th day of Sept 2016.

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
NOTARY PUBLIC
Phillips County.

Signature: _____

My Commission Expires:

5-2-2026

Certified
9-8-16
phamg        9.9.16
             9 15Am

145/166

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA

63 of 64

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE 2*

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:**    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

> AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
> THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

   ☐    "For Initiated Ordinance 1-2016"

   ☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

INITIATED ORDINANCE 1-2016    *EXHIBIT "6" FOIA RESPONSE*

Page 2 of 2

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | Aithu Coleman | Authur Coleman | 9/8/16 | 39 E Parkdale W Helexi | 7/11/48 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

I, ELIJM MONDY , being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

certified
9-13-16
Subscribed and sworn to me this  8th  day of  Sept  2016 Pnamn

Signature: Elijah Mondy

Signature: JJ Valle

My Commission Expires:
5-2-2026


J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

FILED
SANDI RAMSEY
CITY CLERK
HELENA WEST HELENA  9-9-16

147/166

64 of 64

INITIATED ORDINANCE 1-2016          *EXHIBIT "6" FOIA RESPONSE*

Page 1 of 2

## AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

*TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:*

**WHEREAS:**      When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:**      We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:**      The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

*NOW, THEREFORE,* Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

"*AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.*"

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

**Article 1.**      That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

**Article 2.**      Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

**Article 3.**      That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE

THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐     "For Initiated Ordinance 1-2016"

☐     "Against Initiated Ordinance 1-2016."

**Article 4.**      All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

**Article 5.**      If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

**Article 6.**      That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

**Article 7.**      If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. These members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

*EXHIBIT "6" FOIA RESPONSE*

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | Annie Early | ANNIE Early | 9-3-16 | 54 Herne, W.H. AR | 10/14/34 |
| 2. | Josephine Alexander | Josephine Alexander | 4-3-16 | 243 S.Baringo W.H. Ar. | 1-15-33 |
| 3. | Willean Davis | Willean Davis | 9-3-16 | 173 Phillips 327 Rd WH | 12-2-42 |
| 4. | Darlene Mayweather | DARLene MAYWEATHER | 9-3-16 | 58 Ramby Dr. W.H | 6-22-31 |
| 5. | Robert Martin | ROBERT MARTIN | 9-4-16 | 107 Kohllet Dr WH | 7/14-38 |
| 6. | Eddie Mae Martin | Eddie Mae Martin | 9-5-16 | 501 Kellust W.H | 4/07/46 |
| 7. | Jimmie L Martin | JIMMIE L. Martin | 9-5-16 | 501 Kelly WH | 1-25-45 |
| 8. | Veola Ayers | VeoLA AYERS | 9-8-16 | 108 W. Park WH | 10/30/61 |
| 9. | Maggie Ayers | Maggie Ayers | 9-8-16 | 108 W. Park, WH | 6/6/30 |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

I, Alice W. Valley being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

Signature: Alice W. Valley

Subscribed and sworn to me this 9th day of Sept, 2016.

J. F. VALLEY
NOTARY PUBLIC
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

Signature: J F Valley

My Commission Expires: 5-2-2026

*This pape was submitted after deadline and not counted.*

1:30 pm

Rec'd 9/9/16

*EXHIBIT "6" FOIA RESPONSE*

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

**TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:**

**WHEREAS:** When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

**WHEREAS:** We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

**WHEREAS:** The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

**NOW, THEREFORE,** Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

*"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE*
*THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."*

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

**Article 1.** That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

**Article 2.** Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

**Article 3.** That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐ "For Initiated Ordinance 1-2016"
☐ "Against Initiated Ordinance 1-2016."

**Article 4.** All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

**Article 5.** If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

**Article 6.** That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

**Article 7.** If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016 then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

*EXHIBIT "6" FOIA RESPONSE*

| | Signature | Printed Name | Date Signed | Residence Address | Date of Birth |
|---|---|---|---|---|---|
| 1. | Annie Early | ANNIE Early | 9-3-16 | 64 Harne WH AR | 10/14/34 |
| 2. | Josephine Alexander | Josephina Alexander | 9-3-16 | 243 S.Baringo W.H.Ar. | 1-15-33 |
| 3. | Willean Davis | Willean Davis | 9-3-16 | 173 Phillips 327 Bd WH | 11-2-42 |
| 4. | Darlene Mayweather | DARLENE MAYWEATHER | 9-3-16 | 28 Kimberly Dr., W.H | 03-22-31 |
| 5. | Robert Martin | ROBERT MARTIN | 9-4-16 | 107 Lamliet Dr WH | 7-14-38 |
| 6. | Eddie Mae Martin | Eddie Mae Martin | 9-5-16 | 501 Kellust. WH | 4/07/46 |
| 7. | Jimmie L Martin | JIMMIE L. Martin | 9-8-16 | 501 Kelly  WH | 1-25-45 |
| 8. | Veola Ayers | VeolA AYERS | 9-8-16 | 108 W. Park, WH | 10/30/61 |
| 9. | Maggie Ayers | Maggie Ayers | 9-8-16 | 108 W.Park, WH | 6/6/30 |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

I, Alice W. Valley being duly sworn, state that the foregoing persons signed this sheet of the foregoing petition and each of them signed his name hereunto in my presence. I believe that each has stated his name, date of birth, and residence correctly and that each signor is a legal voter of the City of Helena-West Helena.

Signature: *Alice W. Valley*

Subscribed and sworn to me this 9th day of Sept, 2016.

J. F. VALLEY
MY COMMISSION # 12607705
EXPIRES: May 2, 2026
Phillips County

My Commission Expires:
5-2-2026

Signature: *J F Valley*

This pape was submitted after deadline and not counted.

:30 pm

Rec'd 9/9/16

INITIATED ORDINANCE 1-2016

*EXHIBIT "6" FOIA RESPONSE*

Page 1 of 2

### AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.

*TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:*

*WHEREAS:*    When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

*WHEREAS:*    We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

*WHEREAS:*    The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

NOW, THEREFORE, Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

### "AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
### THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.    That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.    Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.    That the ballot question upon which the citizens shall vote shall be as follows:

> AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
> THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐    "For Initiated Ordinance 1-2016"

☐    "Against Initiated Ordinance 1-2016."

Article 4.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5. ·    If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.    That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.    If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.

*EXHIBIT "6" FOIA RESPONSE*

ORDINANCE 02-2012

AN ORDINANCE SETTING FORTH THE WARD BOUNDARIES
AS BASED ON THE CENSUS OF 2010.

BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF HELENA
WEST HELENA, ARKANSAS;

Whereas, it is the duty of the Helena West Helena City Council to see that
each Ward has as nearly as equal population as would best serve the interest
of the people of the City of Helena West Helena to proceed with the City
Council being elected by Wards and in order to cause the least amount of
confusion and other matters, the boundaries of Wards One, Two, Three,
Four and Five are hereby established according to the attached maps.

EMERGENCY CLAUSE
That an emergency exists and this Ordinance will be in full force and effect
following this passage on this the 21 day Feb, 2012.

Approved: _____ Mayor

Attest: _____ City Clerk

EXHIBIT "6" FOIA RESPONSE



**FIRST DRAFT
PROPOSED WARD 1
REDISTRICTING**
HELENA-WEST HELENA

NOTE:

All of the census blocks
shown on this map, including
both city and county, are
used in calculating population
counts for the five wards. All
are assumed to be inside the
corporate limits of the City.

- - - - Current Ward Boundary
- - - - City Limits
        2010 Census Blocks

Proposed Wards
1
2
3
4
5



NOTE:
All of the census blocks shown on this map, including both city and county, are used in calculating population counts for the five wards. All are assumed to be inside the corporate limits of the City.

FIRST DRAFT
PROPOSED WARD 2
REDISTRICTING
HELENA-WEST HELENA

Feet
0  375 750    1,500    2,250    3,000

Current Ward Boundary
City Limits
2010 Census Blocks
Proposed Wards
1
2
3
4
5

EXHIBIT "6" FOIA RESPONSE

155/166

NOTE:
All of the census blocks shown on this map, including both city and county, are used in calculating population counts for the five wards. All are assumed to be inside the corporate limits of the City.

FIRST DRAFT
PROPOSED WARDS 3 & 5
REDISTRICTING
HELENA-WEST HELENA

Legend:
- - - - Current Ward Boundary
- - - - City Limits
- - - 2010 Census Blocks
Proposed Wards
1
2
3
4
5

EXHIBIT "6" FOIA RESPONSE



FIRST DRAFT
PROPOSED WARD 4
REDISTRICTING
HELENA-WEST HELENA

EXHIBIT "6" FOIA RESPONSE

NOTE:
All of the census blocks
shown on this map, including
both city and county, are
used in calculating population
counts for the five wards.  All
are assumed to be inside the
corporate limits of the City.

Feet
0   375  750     1,500    2,250    3,000

- - - - - Current Ward Boundary
- · - · - · City Limits
        2010 Census Blocks
Proposed Wards
1
2
3
4
5



CURRENT

| Ward | Total Population | | | Racial Characteristics | | | | | | Minority Populations | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | | +/- | White | | Black | | Other | | Latino | | All Minorities | |
| 1 | 2,075 | (438) | -17.43% | 202 | 9.73% | 1,829 | 88.1% | 7 | 0.34% | 27 | 1.30% | 1,863 | 89.8% |
| 2 | 2,631 | 118 | 4.70% | 1,220 | 46.37% | 1,360 | 51.7% | 11 | 0.42% | 23 | 0.87% | 1,394 | 53.0% |
| 3 | 3,009 | 496 | 19.74% | 814 | 27.05% | 2,101 | 69.8% | 28 | 0.93% | 49 | 1.63% | 2,178 | 72.4% |
| 4 | 2,410 | (103) | -4.10% | 346 | 14.36% | 2,015 | 83.6% | 11 | 0.46% | 24 | 1.00% | 2,050 | 85.1% |
| 5 | 2,442 | (71) | -2.83% | 343 | 14.05% | 2,050 | 83.9% | 13 | 0.53% | 23 | 0.94% | 2,086 | 85.4% |
| TOTALS | 12,567 | | 37.17% | 2,925 | 23.28% | 9,355 | 74.4% | 70 | 0.56% | 146 | 1.16% | 9,571 | 76.2% |

PROPOSED WARDS

| Ward | Total Population | | | Racial Characteristics | | | | | | Minority Populations | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | | +/- | White | | Black | | Other | | Latino | | Minority | |
| 1 | 2,498 | (15) | -0.60% | 260 | 10.41% | 2,193 | 87.8% | 7 | 0.28% | 27 | 1.08% | 2,227 | 89.2% |
| 2 | 2,527 | 14 | 0.56% | 1,230 | 48.67% | 1,235 | 48.9% | 12 | 0.47% | 33 | 1.31% | 1,280 | 50.7% |
| 3 | 2,522 | 9 | 0.36% | 581 | 23.04% | 1,860 | 73.8% | 18 | 0.71% | 47 | 1.86% | 1,925 | 76.3% |
| 4 | 2,506 | (7) | -0.28% | 497 | 19.83% | 1,959 | 78.2% | 20 | 0.80% | 16 | 0.64% | 1,995 | 79.6% |
| 5 | 2,514 | 1 | 0.04% | 357 | 14.20% | 2,108 | 83.9% | 13 | 0.52% | 23 | 0.91% | 2,144 | 85.3% |
| TOTALS | 12,567 | | 1.16% | 2,925 | 23.28% | 9,355 | 74.4% | 70 | 0.56% | 146 | 1.16% | 9,571 | 76.2% |

158/166

EXHIBIT "6" FOIA RESPONSE

# CONTRACT

THIS CONTRACT, made and entered into this 7th day of July, 2009 A.D., by and between the City of Helena-West Helena and Southern Bancorp Capital Partners, parties of the First Part, hereinafter termed "CLIENTS" and Urban Planning Associates, Inc., of the City of Little Rock, County of Pulaski, State of Arkansas, hereinafter termed "CONTRACTOR,"

*WITNESSETH:*

## SECTION 1. PRODUCT(S)/SERVICE(S)

That for and in consideration of the payments and agreements hereinafter mentioned, to be performed by the CLIENT, the CONTRACTOR hereby agrees with said CLIENT to provide the product(s) and or service(s) described hereinafter:

1.    Meet with the city staff, planning commission and elected officials to identify major land use issues facing the community of Helena-West Helena.

2.    Conduct public hearings as necessary to obtain citizen views and recommendations concerning land use issues.

3.    Prepare or update a Future Land Use Plan for the city. The plan will be of sufficient detail to meet the requirements of A.C.A. 14-56-416 (a) (1) to wit: "Following adoption and filing of the land use plan, the commission may prepare for submission to the legislative body a recommended zoning ordinance for the entire area of the municipality." When the planning commission has approved the plan, the consultant will submit the final draft to the City council for adoption. Following this adoption, the consultant will provide copies of the plan in both paper and digital formats in a form suitable to the CLIENT.

4.    After adoption of a future land use plan, prepare a new zoning code that will carry out or protect the provisions of the land use plan.

5.    Refine the zoning code and submit for adoption:

## SECTION 2. CONTRACT PERIOD AND AMOUNT

The term of this shall be fulfilled when the CONTRACTOR presents all deliverable products as approved by the CLIENT. Assuming a start date of July 15, 2009, the intended completion date of the contract is January 31, 2009 but this may be extended by mutual agreement between the two parties. The total fee for all services shall not exceed $16,000.00.

## SECTION 3. PAYMENTS

Payments will be made on a monthly basis following submission and acceptance by the CLIENT of a progress report outlining the activities undertaken during the previous month. The monthly payment amount shall be $3,000.00 for four months whereupon no further payment shall be made until acceptance of the final documents and other material outlined herein. Invoices shall be submitted to The City of Helena-West Helena P.O. Box 248, Helena-West Helena, AR 72342.

## SECTION 4. QUALITY OF WORK

All material, workmanship and equipment shall be subject to the inspection and approval of the CLIENT. All work or service unsatisfactorily performed shall be promptly corrected and made acceptable to the CLIENT.

## SECTION 5. CONTRACT CHANGES

There shall be no changes to this agreement unless a revised contract is negotiated and executed by both parties.

## SECTION 6. THIRD-PARTY CONTRACTS

Unless otherwise authorized in writing by the CLIENT, the CONTRACTOR shall not assign this contract, or execute any contract, amendment or change order thereto, or obligate itself in any manner with any third party with respect to its rights and responsibilities under this contract without the prior written concurrence of the CLIENT. In addition, the CONTRACTOR hereby insures that all subcontractors shall comply with the applicable provisions of this contract.

## SECTION 7. TERMINATION

a. Termination for Convenience. The CLIENT may terminate this contract, in whole or in part, at any time by thirty (30) days' written notice to the CONTRACTOR. The CONTRACTOR shall be paid for work performed up to the time of termination. The CONTRACTOR shall promptly submit an invoice for the work performed up through time of termination. If the CONTRACTOR had any property, reports or materials in its possession belonging to or due the CLIENT, the CONTRACTOR will account for the same and surrender to the CLIENT or dispose of it in such a manner as the CLIENT directs.

b. Termination for Default. If the CONTRACTOR fails to comply with any provisions of the contract including, but not limited to, the timely performance, the CLIENT may terminate this contract for default. Termination shall be effected by serving a notice of termination on the

CONTRACTOR setting forth the manner in which the CONTRACTOR is in default. The CONTRACTOR will only be paid for services performed in accordance with the manner of performance set forth in this contract.

If it is later determined by the CLIENT that the CONTRACTOR had an excusable reason for not performing, such as a strike, fire, or flood, events which are not the fault of, or are beyond the control of, the CONTRACTOR, the CLIENT, after setting up a new delivery or performance schedule, may allow the CONTRACTOR to continue work, or treat the termination as a termination for convenience.

c. <u>Mutual Agreement</u>. By mutual agreement and consent of the parties thereto, this contract may be terminated.

## SECTION 8.  CONTRACTOR INDEBTEDNESS

The CONTRACTOR hereby warrants that he is in no way currently indebted to the CLIENT, Phillips County or State of Arkansas and is in compliance with any and all applicable laws and ordinances thereof. Indebtedness to any of the above may be basis for cancellation of this contract.

## SECTION 9.  GOVERNING RULES AND REGULATIONS

The CONTRACTOR and its subcontractors will comply with all federal, state and local laws, statutes, ordinances, rules and regulations, and the orders and decrees of any court or administrative bodies or tribunals in any nature affecting the performance of this contract including without limitation, worker's compensation laws, minimum and maximum salary and wage statues. When required, the CONTRACTOR shall furnish the CLIENT with satisfactory proof of its compliance therewith.

## SECTION 10.  COVENANT AGAINST CONTINGENT FEES

The CONTRACTOR warrants that it has not employed or retained any company or persons, other than a bona fide employee working solely for the CONTRACTOR to solicit or secure this contract, and that is had not paid or agreed to pay any company or persons, other than a bona fide employee working solely for the CONTRACTOR, any fee commission, percentage, brokerage fee, gifts, or any other consideration, contingent upon or resulting from the award or making of this contract. For breach or violation of this warranty, the CLIENT shall have the right to annul this contract without liability, or at its discretion, to deduct from the contract price or consideration, or otherwise recover, the full amount of such fee, commission, percentage, brokerage fee, gift, or contingent fee.

*EXHIBIT "6" FOIA RESPONSE*

### SECTION 11. PROHIBITED INTEREST

No employee, officer, or agent of the CLIENT, or other local public body shall participate in selection, or in the award or administration, of a contract if a conflict of interest, real or apparent, would be involved. Such conflict would arise when:

a.  the employee, officer or agent;
b.  any member of his immediate family;
c.  his or her partner; or
d.  an organization which employs, or is about to employ, has a financial or other interest in the firm selected for the award.

Such officers, employees or agent shall neither solicit nor accept gratuities, favors, or anything of monetary value from contractors, potential contractors, or parties of subagreements.

### SECTION 12. COVENANT AGANINST GRATUITIES

The CONTRACTOR warrants that no person or selling agency has offered or given gratuities (in the form of entertainment, gifts or otherwise) to any official or employee of the CLIENT with a view toward securing favorable treatment in the awarding, amending, or evaluating performance of the contract.

### SECTION 13. EQUAL EMPLOYMENT OPPORTUNITY

In connection with the execution of this contract, the CONTRACTOR shall not discriminate against any employee or applicant because or race, color, religion, sex, or national origin. The CONTRACTOR shall take affirmative action to insure that applicants are employed, and that employees are treated during employment without regard to their race, color, religion, sex, age, or national origin. Such action shall include, but not be limited to, the following: employment, upgrading, demotion or transfer, recruitment or recruitment advertising, layoff or termination, rates of pay or other forms of compensation, and selection for training, including apprenticeship.

### SECTION 14. HOLD HARMLESS CLAUSE

The CONTRACTOR shall save harmless the CLIENT from all claims and liability due to its negligent acts or omissions or the negligent acts or omissions of its subcontractors, agents or employees.

### SECTION 15. OWNERSHIP

All data, maps, materials, and digital files created as a result of this agreement immediately become the property of the CLIENT. The CONTRACTOR shall not retain

any copyright or other prohibitions against the use of intellectual property associated with this project by the CLIENT. The CONTRACTOR shall be free to use copies of the Comprehensive Plan document as examples in educational and marketing activities carried out by the firm.

## SECTION 16. INDEPENDENT CONTRACTOR

The CONTRACTOR will perform the duties of an independent corporation and not as an agent or employee of the CLIENT.

## SECTION 17. RESPONSIBILITIES OF THE CLIENT

The responsibilities of the CLIENT shall include the following.

1. The CLIENT shall furnish the CONTRACTOR with any available digitized versions of the streets and roads within the planning area along with any digitized versions of lots, blocks and subdivisions.

2. The CLIENT shall pay for all newspaper ads associated with citizen participation activities associated with the planning process provided that no costs for advertising shall be incurred by the CONTRACTOR without the express consent of the CLIENT.

3. The CLIENT shall provide venues for all public meetings associated with the activities described herein.

## SECTION 18. DELIVERABLE PRODUCTS

The CONTRACTOR shall provide or deliver the following products to the CLIENT.

1. A web page containing draft material, information, and schedules associated with the work being done under this contract. The web page may be accessed through the CONTRACTOR'S web site or may be hyper-linked to a site or sites designated by the CLIENT.

2. Printed copies of draft material to allow review and analysis by the planning commission, city staff, elected officials, and interested citizens not to exceed 25 copies. The CONTRACTOR will provide digital copies in pdf format for additional distribution by the CLIENT.

3. Upon approval by the City Council, 50 copies of all final products plus digital pdf copies to the CLIENT for use on web sites and for additional distribution.

*EXHIBIT "6" FOIA RESPONSE*

## SECTION 19. AGENT FOR SERVICE

The agent for service relative to all matters pertaining to this contract and delivery of project products shall be as follows:

a.      For the CLIENT:

James Valley, Mayor
City of Helena-West Helena, Arkansas
P.O. Box 248
Helena-West Helena, AR 72342

and

Joe Black, President
Southern Bancorp Capital Partners
502 Cherry Street
Helena-West Helena, AR 72342

b.      For the CONTRACTOR:

James G. von Tungeln, AICP, President
Urban Planning Associates, Inc.
300 Spring Street Suite 703
P.O. Box 3482
Little Rock, AR 72203

IN WITNESS WHEREOF, THE PARTIES TO THESE PRESENTS HAVE EXECUTED THIS AGREEMENT, CONSISTING OF ____18____ SECTIONS AND _____7_____ TYPEWRITTEN PAGES, IN THE YEAR AND DAY FIRST ABOVE WRITTEN.

City of Helena-West Helena, ARKANSAS PARTY OF THE FIRST PART

BY:

        James F. Valley, Mayor

ATTEST:

        Sandi Ramsey, City Clerk

*EXHIBIT "6" FOIA RESPONSE*

Southern Bancorp Capital Partners, ARKANSAS PARTY OF THE FIRST PART

By: _____
     Joe Black, President

ATTEST: _____


URBAN PLANNING ASSOCIATES, INC. PARTY OF THE SECOND PART

BY: _____
    James G. von Tungeln

ATTEST: _____

(SEAL IF BY CORPORATION)

EXHIBIT "6" FOIA RESPONSE

*EXHIBIT "7"*

INITIATED ORDINANCE 1-2016

Page 1 of 2

*AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE*
*THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES.*

*TO THE HONORABLE SANDRA RAMSEY, CITY CLERK, HELENA-WEST HELENA, PHILLIPS COUNTY, ARKANSAS:*

*WHEREAS:*     When fifteen percent (15%) of the number of voters who voted in the last mayoral general election (2014) sign an initiated petition and file the petition with the City Clerk according to law and election shall be ordered;

*WHEREAS:*     We understand that our signature on this document does not necessarily indicate how we might vote on the issue if it makes it to the ballot. We understand that this petition must be filed with the county clerk on or after August 10, 2016 and on or before September 9, 2016. The city clerk will have 10 days to determine whether our petition is sufficient. If the city clerk deems the petition sufficient, the city clerk shall certify it to the county board of election commissioners who shall at the general election on November 8, 2016 present the following question; and

*WHEREAS:*     The facts leading to our support of this petition include but are not in any way limited to our concern for the direction of our city in specific and community in general. Our city has lost nearly 4,000 residents since the 2000 Census was completed. We believe that an election to determine will bring stability to our political process and encourage more city-wide engagement in the governance of our city. We believe more engagement by more of our citizens will create greater buy-in and positive participation future opportunities for our city.

*NOW, THEREFORE,* Be it Enacted by the Citizens of the City of Helena-West Helena, State of Arkansas, an Initiated Ordinance to be Entitled:

*"AN INITIATED ORDINANCE TO REDUCE THE NUMBER OF WARDS AND TO CHANGE*
*THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS AND FOR OTHER PURPOSES."*

NOW, therefore, be it Ordained by the Citizens of the City of Helena-West Helena, State of Arkansas:

Article 1.     That the number of wards in our great city, be reduced from five (5) wards with ten (10) alderpersons to three (3) wards with six (6) alderpersons.

Article 2.     Each ward shall elect two alderpersons as follows: Position One of each ward shall be elected by the residents of the ward only and Position Two of each ward shall be elected by the residents of the entire city as per Arkansas Code Annotated Section 14-43-307 et. Seq..

Article 3.     That the ballot question upon which the citizens shall vote shall be as follows:

AN INITIATED PETITION TO REDUCE THE NUMBER OF WARDS AND TO CHANGE
THE METHOD FOR ELECTION OF ALDERMEN IN HELENA-WEST HELENA, ARKANSAS.

☐     "For Initiated Ordinance 1-2016"

☐     "Against Initiated Ordinance 1-2016."

Article 4.     All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

Article 5.     If any provision of this ordinance or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other appropriations or applications of the ordinance which can be given effect without the invalid provision or application, and to this end the provisions of this ordinance are declared to be severable.

Article 6.     That this Initiated Ordinance shall become effective upon the thirtieth day following passage by a majority vote of the citizenry.

Article 7.     If a majority of the qualified electors voting on the question at the election vote for Initiated Ordinance 1-2016, then, at the next general election, which shall occur in November 2018, aldermen throughout the city shall be elected consistent with this ordinance. The new wards shall be drawn and apportioned in accord with settled law following traditional redistricting principles within 180 days after the passage of this ordinance. The mayor shall work with a person, firm or corporation with an office in Phillips County, Arkansas, as selected by a majority vote of the city council to create a map the appropriate written descriptions of the wards for use by the office of the county clerk as well as the general public. The members of the city council elected based upon this ordinance shall begin their term of service on January 1, 2019 and serve in accord with Arkansas Law.