**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ELIJAH MONDY, JR**                                                                              **PLAINTIFF**

**VS.**                                         **2:17-CV-00104-BRW**

**ADRIAN MESSINA,** *et al.*                                                              **DEFENDANTS**

## ORDER

     Since I will be out of state presiding over jury trials for at least the next two weeks and

Plaintiff filed a Motion for Temporary Restraining Order, I RECUSE.

     Accordingly, the Clerk of the Court is directed to randomly reassign this case to another

district judge.

     IT IS SO ORDERED this 22nd day of June, 2017.


                                                    /s/ Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE