IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ELIJAH MONDY, JR., individually and												PLAINTIFF
on behalf of all similarly situated citizens of the
City of Helena-West Helena, Arkansas

v.						NO. 2:17CV00104 JLH

ADRIAN MESSINA, individually and in
his official capacity as Alderman for the
City of Helena-West Helena, Arkansas, et al.								DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 25th day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE