FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 2 2 1998

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SOUTHERN IMPLEMENT COMPANY, INC.            PLAINTIFF

V.                    NO. H-C-95-31

DEERE & COMPANY, et al                      DEFENDANTS

ORDER

Plaintiff has filed a motion to dismiss its claim with prejudice (docket entry #232) and Defendant has moved to dismiss its counterclaim with prejudice (docket entry #233). The parties have settled the case in full and the motions are granted.

Judgment shall be entered accordingly.

IT IS SO ORDERED this 21st day of October, 1998.

_____
UNITED STATES MAGISTRATE JUDGE

THIS DOCUMENT ENTERED ON DOCKET SHEET IN
COMPLIANCE WITH RULE 58 AND/OR 79(a) FRCP
ON  10/22/98  BY _____

234

AO 72A
(Rev. 8/82)

```
                    F I L E   C O P Y
                                                              vjt
                 UNITED STATES DISTRICT COURT
                   Eastern District of Arkansas
                 U.S. Post Office & Court House
                   600 West Capitol, Suite 402
                 Little Rock, Arkansas 72201-3325


                         October 22, 1998
```

* * MAILING CERTIFICATE OF CLERK * *

Re:   2:95-cv-00031.


True and correct copies of the attached were mailed by the clerk to the following:

    Jess L. Askew III, Esq.
    Attorney at Law
    Centre Place
    212 Center Street
    10th Floor
    Little Rock, AR   72201-2441

    Debra L. Williams, Esq.
    Attorney at Law
    Centre Place
    212 Center Street
    10th Floor
    Little Rock, AR   72201-2441

    Mark Wilson Hodge, Esq.
    Attorney at Law
    Centre Place
    212 Center Street
    10th Floor
    Little Rock, AR   72201-2441

    Arthur E. Raff Jr., Esq.
    Raff & Galloway
    417 Rightor Street
    Helena, AR   72342

    Claire Shows Hancock, Esq.
    Wright, Lindsey & Jennings
    200 West Capitol Avenue
    Suite 2200
    Little Rock, AR   72201-3699

    M. Samuel Jones III, Esq.
    Wright, Lindsey & Jennings
    200 West Capitol Avenue

Suite 2200
Little Rock, AR   72201-3699

Robert G. Serio, Esq.
Moore & Serio
109 Court Street
Post Office Box 224
Clarendon, AR   72029-0224

Francis B. Majorie, Esq.
Majorie & Associates, P.C.
12750 Merit Drive
Suite 1000
Dallas, TX   75251-1243

David M. Donovan, Esq.
Laser, Wilson, Bufford & Watts, P.A.
101 South Spring Street
Suite 300
Little Rock, AR   72201-2488

cc: press

James W. McCormack, Clerk

Date: _____   BY: _____